# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED IN OPEN COURT

### Holding a Criminal Term

OCT 19 2005

#### Grand Jury Sworn in on October 31, 2003

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA : | CRIMINAL NO. 04-128 |
| : | |
| v. : | VIOLATIONS: |
| : | 21 U.S.C. §846 |
| **JOHN L. FRANKLIN,** : | (Conspiracy to Distribute and Possess With |
| **JOSEPH L. BLACKSON,** : | Intent to Distribute One Kilogram or More of |
| also known as "Joe Black," : | Phencyclidine, Ecstasy, and 50 Grams or More |
| **KENNETH A. COLE,** : | of Cocaine Base); |
| also known as "Cricket," : | 18 U.S.C. §1962(d) |
| **ANTHONY R. DAVIS,** : | (Conspiracy to Participate in a Racketeer |
| also known as "Football," : | Influenced Corrupt Organization); |
| **KENNETH DODD,** : | 21 U.S.C. §848(a) and (b) |
| also known as "K," : | (Continuing Criminal Enterprise); |
| also known as "K-Dog," : | 22 D.C. Code, §§801(a), 4502 |
| **JAMES D. HILL,** : | (First Degree Burglary While Armed); |
| also known as "Foxy," : | 22 D.C. Code, §§ 2801, 4502 |
| **JAMAL HINSON,** : | (Armed Robbery) |
| **SHAWN HINSON,** : | 22 D.C. Code §§2101, 4502 |
| also known as "Jack," : | (First-Degree Murder While Armed); |
| **JONTE D. ROBINSON,** : | 22 D.C. Code §2104.01(b) |
| also known as "Tay," : | (First Degree Murder While Armed - Felony |
| also known as "Black," : | Murder, With Aggravating Circumstances); |
| **WILLIAM D. ROBINSON,** : | 22 D.C. Code, §4504(a) |
| also known as "Dee," : | (Possession Of a Firearm During Crime Of |
| **WILLIAM H. SIMMONS,** : | Violence Or Dangerous Offense); |
| also known as "Mike," : | 18 U.S.C. §1959(a) |
| **DWAINE WILLIAMS,** : | (Violent Crime in Aid of Racketeering |
| also known as "Dwayne Williams," : | Activity); |
| also known as "Scooter," : | 21 U.S.C. §843(b) |
| **GEORGE WILSON,** : | (Unlawful Use of a Communications Facility); |
| also known as "Shug," : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| also known as "Donnell Mack," : | (Unlawful Possession With Intent to Distribute, |
| also known as "Herman Walker," : | or Distribution, of Phencyclidine, Ecstasy, or |
| **APRIL DODD,** : | Cocaine Base); |
| **TOMMIE DORSEY,** : | 21 U.S.C. §860(a) |
| also known as "Pinball," : | (Unlawful Possession With Intent to Distribute, |
| **ELLIOTT FIELDS,** : | or Distribution, of Phencyclidine, Ecstasy, or |



also known as "L,"
**LARRY GOOCH,**
also known as "Goo,"
**REGINA LENEAR,**
also known as "Gina,"
**KEITH A. ODLE,**
                    **Defendants.**

:    Cocaine Base, Within 1000 Feet of a School);
:    22 D.C. Code §§401, 4502
:    (Assault with Intent to Kill While Armed);
:    22 D.C. Code, §405(b)
:    (Assaulting, Resisting or Interfering With a
:    Police Officer With a Dangerous Weapon);
:    21 U.S.C. §§841(a)(1), 841(b)(1)(B)(iv)
:    (Unlawful Distribution of 10 Grams or More of
:    Phencyclidine);
:    21 U.S.C. §§841(a)(1), 841(b)(1)(B)(iii)
:    (Unlawful Distribution of 5 Grams or More of
:    Cocaine Base);
:    21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(iii)
:    (Unlawful Distribution of 50 Grams or More
:    of Cocaine Base);
:    18 U.S.C. §922(g)(1)
:    (Unlawful Possession of a Firearm and
:    Ammunition by a Person Convicted of a Crime
:    Punishable by Imprisonment for a Term
:    Exceeding One Year);
:    18 U.S.C. §924(c)(1)
:    (Using, Carrying and Possessing a Firearm
:    During a Drug Trafficking Offense);
:    7 D.C. Code  §2506.01(3)
:    (Criminal Forfeiture);
:    22 D.C. Code  §1805
:    (Aiding and Abetting);
:    18 U.S.C. §2
:    (Aiding and Abetting).
:
:
:
:
:

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT ONE

## NARCOTICS CONSPIRACY

## A.  THE CONSPIRACY

From on or about sometime in at least 1997, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including November 2004, within the District of Columbia, and elsewhere, the defendants, **JOHN L. FRANKLIN; JOSEPH L. BLACKSON, also known as "Joe Black"; KENNETH A. COLE, also known as "Cricket"; ANTHONY R. DAVIS, also known as "Football"; KENNETH DODD, also known as "K," also known as "K-Dog"; Ceasar Harris; JAMES D. HILL, also known as "Foxy"; JAMAL HINSON; SHAWN HINSON, also known as "Jack"; JONTE D. ROBINSON, also known as "Tay," also known as "Black"; WILLIAM D. ROBINSON, also known as "Dee"; WILLIAM H. SIMMONS, also known as "Mike"; Edward Spears, also known as "Junior"; DWAINE WILLIAMS, also known as "Dwayne Williams," also known as "Scooter"; GEORGE WILSON, also known as "Shug," also known as "Donnell Mack," also known as "Herman Walker"; Kran Bell, also known as "Kieran Bell"; APRIL DODD; TOMMIE DORSEY, also known as "Pinball"; ELLIOTT FIELDS, also known as "L"; LARRY GOOCH, also known as "Goo"; REGINA LENEAR, also known as "Gina," and KEITH A. ODLE** and co-conspirators not indicted herein, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other, and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with

intent to distribute and to distribute the following:

(a) mixtures and substances containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixtures and substances was one kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv);

(b) mixtures and substances containing a detectable amount of 3, 4 methylenedioxyamphetamine hydrochloride ("MDA") and 3, 4 methylenedioxymethamphetamine hydrochloride ("MDMA") , both commonly known as ecstasy, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

(c) mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was fifty (50) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

## B. **GOALS OF THE CONSPIRACY**

(1) It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the defendants and co-conspirators acquired phencyclidine, also known as PCP, ecstasy, and cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere.

(2) It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances; to collect monies owed to members of the conspiracy; to protect the conspiracy and its members from detection, apprehension and prosecution by law enforcement; and to promote and enhance the reputation and standing of members of the conspiracy.

## C.  WAYS, MANNER, AND MEANS TO ACCOMPLISH THE CONSPIRACY

(1)    The conspiracy was largely directed by the primary supplier of phencyclidine, **JOHN L. FRANKLIN,** who directly and indirectly, managed and supervised other members of the conspiracy.  The members of the conspiracy knowingly and intentionally distributed and possessed with intent to distribute phencyclidine, also known as PCP, ecstasy, and cocaine base, also known as crack cocaine.  The principal locations at which members of the conspiracy conducted their illegal drug business included but were not limited to: the 1200 block of 18th Street, N.E., the 1200 block of 18th Place, N.E., the 1700 and 1800 blocks of M Street, N.E., and the blocks surrounding this area, within the District of Columbia.  The ways, manner and means by which the co-conspirators operated their illegal drug trafficking organization, include, but are not limited to the following:

(2)    **JOHN L. FRANKLIN** regularly obtained large quantities of phencyclidine, also known as PCP, from Herbert Eugene Martin, also known as "Worm," a co-conspirator not indicted herein, and others both known and unknown to the Grand Jury.  **JOHN L. FRANKLIN,** at various times, then supplied the PCP, as well as ecstasy, to other members of the conspiracy for redistribution by them.  Those members furthered the conspiracy's drug trafficking business by redistributing controlled substances to co-conspirators and customers in the District of Columbia and elsewhere.

(3)    It was part of the conspiracy that the defendants would, and did, play different roles in the conspiracy, perform certain different tasks and participate in the conduct of the organization through various criminal acts.  The defendants made themselves and their services available at various times throughout the life of the conspiracy and participated in certain drug trafficking

ventures as required to promote and protect the illegal drug distribution operation. The roles assumed by some defendants were interchangeable at various times throughout the conspiracy. Some of the roles assumed and carried out by the defendants included, among others, supplier of drugs, organizer, packager, deliverer, shipper, holder, intermediary, helper, and street seller.

(4)    In the early years of the narcotics distribution conspiracy, the conspiracy primarily involved the sales of cocaine base, also known as crack cocaine. In later years, the conspiracy later expanded and shifted to include the distribution of phencyclidine, also known as PCP, and ecstasy. While phencyclidine, also known as PCP, was the primary drug involved in the conspiracy in later years, various members of the conspiracy made it known that customers could also purchase ecstasy, and cocaine base, also known as crack cocaine. As part of the conspiracy, members of the conspiracy distributed such drugs to customers who requested them.

(5)    It was further part of the conspiracy that the defendants and co-conspirators used land line and cellular telephones to facilitate their illegal drug business; that is, making telephone calls to communicate with each other, suppliers, and customers, and to protect against the detection of the conspiracy by law enforcement officials. It was further part of the conspiracy that when using telephones, the defendants used nicknames and code words to identify co-conspirators and describe quantities of narcotics and money.

(6)    It was further part of the conspiracy that the defendants and co-conspirators possessed, carried and used firearms to protect their drug trafficking operation from theft, robbery, and competition from rival sellers. These weapons were possessed, carried and used for various reasons, including but not limited to: to protect the organization's narcotics and the proceeds of drug distribution; to ensure that drug distribution activities were controlled by the defendants and co-

-6-

conspirators; to enforce discipline within the organization; to intimidate others from distributing phencyclidine, also known as PCP, cocaine base, also known as crack cocaine, and ecstasy in the organization's area; and to ensure the personal safety of the members of the organization.

(7)    It was further part of the conspiracy that its members sought to avoid detection and investigation by law enforcement authorities by shifting their areas of selling within the members' selling territory in response to the presence of law enforcement.

**D.    OVERT ACTS**

In furtherance of the conspiracy, and in order to effect the objects thereof, the defendants, co-conspirators not indicted herein, in various combinations, directly and indirectly, within the District of Columbia and elsewhere, committed overt acts, including, but not limited to, the following:

1.  On or about January 21, 2000, at Holbrook and Oates St., N.E. within the District of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog,"** had in his custody and control a mixture and substance containing cocaine base, also known as crack cocaine.

2. On or about August 1, 2000, within the District of Columbia, **LARRY GOOCH, also known as "Goo," TOMMIE DORSEY, also known as "Pinball," and JONTE D. ROBINSON, also known as "Tay," also known as "Black,"** and a person whose identity is known to the Grand Jury, while armed with firearms, entered an apartment occupied by William Cunningham and Christopher Lane, and stole money and drugs.

3. On or about August 1, 2000, within the District of Columbia, **LARRY GOOCH, also known as "Goo," TOMMIE DORSEY, also known as "Pinball," and JONTE D. ROBINSON, also known as "Tay," also known as "Black,"** and a person whose identity is known to the Grand

Jury, while armed with firearms, robbed William Cunningham of money and drugs.

4. On or about August 1, 2000, within the District of Columbia, **LARRY GOOCH, also known as "Goo," TOMMIE DORSEY, also known as "Pinball," and JONTE D. ROBINSON, also known as "Tay," also known as "Black,"** and a person whose identity is known to the Grand Jury, killed William Cunningham by shooting him.

5. On or about August 1, 2000, within the District of Columbia, **LARRY GOOCH, also known as "Goo," TOMMIE DORSEY, also known as "Pinball," and JONTE D. ROBINSON, also known as "Tay," also known as "Black,"** and a person whose identity is known to the Grand Jury, killed Christopher Lane by shooting him.

~~6. On or about November 2, 2000, in the 1400 block of 11 St., N.W., within the District of Columbia, **TOMMIE DORSEY, also known as "Pinball"** possessed a firearm, that is a .357 Magnum Taurus revolver.~~

7. On or about March 19, 2002, in the 1700 block of M Street, N.E., within the District of Columbia, **SHAWN HINSON, also known as "Jack,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

8. On or about March 19, 2002, in the 1700 block of M Street, N.E., within the District of Columbia, **SHAWN HINSON, also known as "Jack,"** had in his custody and control a mixture and substance containing phencyclidine, also known as PCP.

9. On or about July 6, 2002, in the area of Mt. Olivet Road and West Virginia Avenue, N.E., within the District of Columbia, **REGINA LENEAR, also known as "Gina,"** had in her custody and control a mixture and substance containing phencyclidine, also known as PCP.

10. On or about July 18, 2002, in the 1200 block of 18th Street, N.E., within the District of Columbia, **KENNETH A. COLE, also known as "Cricket,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

11. On or about August 9, 2002, in the 1200 block of 18th Place, N.E., within the District of Columbia, **ANTHONY R. DAVIS, also known as "Football,"** had in his custody and control a mixture and substance containing ecstasy, and possessed a loaded 9mm firearm.

12. On or about August 24, 2002, within the District of Columbia, **Kran Bell, also known as "Kieran Bell,"** while armed with a firearm, killed Andre McCarson by shooting him.

13. On or about September 13, 2002, within the District of Columbia, **LARRY GOOCH, also known as "Goo,"** while armed with a firearm, killed Miguel Miles by shooting him.

14. On or about October 5, 2002, in the 1200 block of 18th Street, N.E., within the District of Columbia, **Kran Bell, also known as "Kieran Bell,"** had in his custody and control a mixture and substance containing phencyclidine, also known as PCP.

15. On or about November 8, 2002, in the 1200 block of Bladensburg Ave., N.E., within the District of Columbia, **KEITH A. ODLE** had in his custody and control a mixture and substance containing phencyclidine, also known as PCP.

16. On or about November 8, 2002, in the 1200 block of Bladensburg Ave., N.E., within the District of Columbia, **KEITH A. ODLE** had in his custody and control a mixture and substance containing ecstasy.

17. On or about November 8, 2002, within the District of Columbia, **LARRY GOOCH, also known as "Goo,"** fired a firearm at a police officer with the Metropolitan Police Department

while the police officer was sitting in a marked police cruiser.

18. On or about November 21, 2002, in the 1200 block of 18th Street, N.E., within the District of Columbia, **JOSEPH L. BLACKSON, also known as "Joe Black,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

19. On or about November 25, 2002, in the 1200 block of 18th Street, N.E., within the District of Columbia, **Edward Spears, also known as "Junior,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

20. On or about December 16, 2002, **KEITH A. ODLE** at Pennsylvania Ave. and Suitland Parkway, Forestville, Maryland, possessed a firearm that is an Intratec 9mm pistol, loaded with 27 rounds of ammunition.

21. On or about December 17, 2002, in the 1200 block of 18th Street, N.E., within the District of Columbia, **DWAINE WILLIAMS, also known as "Dwayne Williams," also known as "Scooter,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

22. On or about December 17, 2002, in the 1200 block of 18th Street, N.E., within the District of Columbia, **DWAINE WILLIAMS, also known as "Dwayne Williams," also known as "Scooter,"** had in his custody and control a mixture and substance containing ecstasy.

23. On or about January 3, 2003, in the area of Bladensburg Road and L Street, N.E., within the District of Columbia, **JOSEPH L. BLACKSON, also known as "Joe Black,"** had in his custody and control a mixture and substance containing ecstasy.

24. On or about January 7, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **JOHN L. FRANKLIN, and WILLIAM H. SIMMONS, also known as "Mike,"**

distributed a mixture and substance containing phencyclidine, also known as PCP.

25. On or about January 15, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **JOSEPH L. BLACKSON, also known as "Joe Black,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

26. On or about January 22, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **JOHN L. FRANKLIN, and JOSEPH L. BLACKSON, also known as "Joe Black," and WILLIAM H. SIMMONS, also known as "Mike,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

27. On or about January 24, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **JONTE R. ROBINSON, also known as "Tay," also known as "Black," and KENNETH DODD, also known as "K," also known as "K-Dog,"** distributed a mixture and substance containing ecstasy.

28. On or about January 24, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

29. On or about February 4, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **JOSEPH L. BLACKSON, also known as "Joe Black,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

30. On or about February 5, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **JONTE R. ROBINSON, also known as "Tay," also known as "Black,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

31. On or about February 11, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **ANTHONY R. DAVIS, also known as "Football,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

32. On or about February 12, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **JOSEPH L. BLACKSON, also known as "Joe Black,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

33. On or about February 13, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **ANTHONY R. DAVIS, also known as "Football," and JOHN L. FRANKLIN** distributed a mixture and substance containing phencyclidine, also known as PCP.

34. On or about February 15, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **KENNETH DODD, also known as "K," also known as K-dog,"**had in his custody and control a  mixture and substance containing phencyclidine, also known as PCP.

35. On or about February 21, 2003, within the District of Columbia, **LARRY GOOCH, also known as "Goo,"** while armed with a firearm, killed Yolanda Miller by shooting her.

36. On or about February 21, 2003, within the District of Columbia, **LARRY GOOCH, also known as "Goo,"** while armed with a firearm, killed Calvin Cooper by shooting him.

37. On or about February 26, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **JOSEPH L. BLACKSON, also known as "Joe Black,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

38. On or about February 26, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **Edward Spears, also known as "Junior,"** distributed a mixture and substance

containing phencyclidine, also known as PCP.

39. On or about February 28, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **TOMMIE W. DORSEY, also known as "Pinball,"** had in his custody and control a mixture and substance containing phencyclidine, also known as PCP.

40. On or about March 3, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **JOHN L. FRANKLIN** distributed a mixture and substance containing phencyclidine, also known as PCP.

41. On or about March 11, 2003, in the 1200 block of 18th Place, N.E., within the District of Columbia, **JAMAL HINSON** distributed a mixture and substance containing phencyclidine, also known as PCP.

42. On or about March 11, 2003, in the 1200 block of 18th Place, N.E., within the District of Columbia, **JOSEPH L. BLACKSON, also known as "Joe Black,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

43. On or about March 13, 2003, in the 1200 block of 18th Place, N.E., within the District of Columbia, **JOSEPH L. BLACKSON, also known as "Joe Black,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

44. On or about March 19, 2003, in the 900 block of Whaler Place, S.E., within the District of Columbia, **TOMMIE DORSEY, also known as "Pinball,"** possessed a firearm, that is a .357 handgun.

45. On or about March 20, 2003, in the 800 block of 21st Street, N.E., within the District of Columbia, **LARRY GOOCH, also known as "Goo,"** distributed a mixture and substance

containing cocaine base, also known as crack cocaine.

46. On or about March 20, 2003, in the 700 block of 21st Street, N.E., within the District of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog," and LARRY GOOCH, also known as "Goo,"** distributed a mixture and substance containing ecstasy.

47. On or about March 26, 2003, in the area of 19th Street and Lang Place, N.E., within the District of Columbia, **JOSEPH L. BLACKSON, also known as "Joe Black,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

48. On or about March 26, 2003, in the 800 block of Bladensburg Road, N.E., within the District of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog,"** and a co-conspirator known to the Grand Jury, distributed a mixture and substance containing ecstasy.

49. On or about March 26, 2003, in the 1400 block of Maryland Avenue, N.E., within the District of Columbia, **LARRY GOOCH, also known as "Goo,"** distributed a mixture and substance containing cocaine base, also known as crack cocaine.

50. On or about March 28, 2003, within the District of Columbia, **JOHN L. FRANKLIN, and WILLIAM H. SIMMONS, also known as "Mike,"** while each was armed with a firearm, killed Kevin Alvin Lurk by shooting him.

51. On or about March 28, 2003, within the District of Columbia, **JOHN L. FRANKLIN, and WILLIAM H. SIMMONS, also known as "Mike,"** shot Shelby Anderson multiple times.

52. On or about April 10, 2003, in the area of 17th Street and Bladensburg Road, N.E., within the District of Columbia, **JOHN L. FRANKLIN and WILLIAM H. SIMMONS, also known as "Mike,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

-14-

53. On or about April 15, 2003, in the 1700 block of M Street, N.E., within the District of Columbia, a co-conspirator not indicted herein, and **JOSEPH L. BLACKSON, also known as "Joe Black,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

54. On or about April 28, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **DWAINE WILLIAMS, also known as "Dwayne Williams," also known as "Scooter,"** had in his custody and control a mixture and substance containing phencyclidine, also known as PCP.

55. On or about April 30, 2003, in the area of 19th Street and Lang Place, N.E., within the District of Columbia, **JOSEPH L. BLACKSON, also known as "Joe Black,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

56. On or about May 14, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **SHAWN HINSON, also known as "Jack,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

57. On or about May 15, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog,"** distributed a mixture and substance containing ecstasy.

58. On or about May 21, 2003, in the area of 19th Street and M Street, N.E., within the District of Columbia, **JOHN L. FRANKLIN and WILLIAM D. ROBINSON, also known as "Dee,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

59. On or about May 29, 2003, in the area of 17th Street and Bladensburg Road, N.E., within the District of Columbia, **JOHN L. FRANKLIN** distributed a mixture and substance containing

phencyclidine, also known as PCP.

60. On or about June 18, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog,"** distributed a mixture and substance containing ecstasy.

61. On or about June 24, 2003, in the 1200 block of 18th Place, N.E., within the District of Columbia, **ANTHONY R. DAVIS, also known as "Football," and SHAWN HINSON, also known as "Jack,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

62. On or about June 26, 2003, in the 1200 block of 18th Place, N.E., within the District of Columbia, **SHAWN HINSON, also known as "Jack,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

63. On or about July 9, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **JOHN L. FRANKLIN** distributed a mixture and substance containing phencyclidine, also known as PCP.

64. On or about July 16, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **JOHN L. FRANKLIN and JOSEPH L. BLACKSON, also known as "Joe Black,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

65. On or about July 29, 2003, in the area of 4th Street and Penn Street, N.E., within the District of Columbia, **JOSEPH L. BLACKSON, also known as "Joe Black,"** had in his custody and control a mixture and substance containing ecstasy.

66. On or about July 29, 2003, in the area of 4th Street and Penn Street, N.E., within the

District of Columbia, **JOSEPH L. BLACKSON, also known as "Joe Black,"** possessed a Taurus .45 caliber firearm.

67. On or about August 7, 2003, in the 1800 block of M Street, N.E., within the District of Columbia, **JOHN L. FRANKLIN** distributed a mixture and substance containing phencyclidine, also known as PCP.

68. On or about August 7, 2003, at approximately 4:50 p.m., within the District of Columbia, **JOHN L. FRANKLIN and KENNETH DODD, also known as "K," also known as "K-Dog,"** while using coded language, communicated by telephone to arrange a sale of cocaine base, also known as crack cocaine.

69. On or about August 7, 2003, in the 1800 block of M Street, N.E., within the District of Columbia, **JOHN L. FRANKLIN and KENNETH DODD, also known as "K," also known as "K-Dog,"** distributed a mixture and substance containing cocaine base, also known as crack cocaine.

70. On or about August 8, 2003, at approximately 11:56 a.m., within the District of Columbia, **JOHN L. FRANKLIN and Ceasar Harris,** while employing coded language, used a telephone to discuss the exchange of a quantity of phencyclidine, also known as PCP.

71. On or about August 11, 2003, at approximately 2:58 p.m., within the District of Columbia, **JOHN L. FRANKLIN and Ceasar Harris,** while employing coded language, used a telephone to discuss distribution of phencyclidine, also known as PCP.

72. On or about August 11, 2003, at approximately 3:37 p.m., within the District of Columbia, **JOHN L. FRANKLIN** and a co-conspirator not indicted herein, while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP.

73. On or about August 15, 2003, at approximately 9:29 p.m., within the District of Columbia, **JOHN L. FRANKLIN** and a co-conspirator not indicted herein, while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP.

74. On or about August 15, 2003, at approximately 10:07 p.m., within the District of Columbia, **JOHN L. FRANKLIN** and a co-conspirator not indicted herein, while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP and to discuss the presence of police activity.

75. On or about August 18, 2003, at approximately 6:56 p.m., within the District of Columbia, **JOHN L. FRANKLIN** and a co-conspirator not indicted herein, while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP.

76. On or about August 20, 2003, in the area of 18th Street and M Street, N.E., within the District of Columbia, **SHAWN HINSON, also known as "Jack,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

77. On or about August 20, 2003, in the area of 18th Street and M Street, N.E., within the District of Columbia, **SHAWN HINSON, also known as "Jack,"** had in his custody and control a mixture and substance containing phencyclidine, also known as PCP.

78. On or about August 21, 2003, at approximately 1:02 p.m., within the District of Columbia, **JOHN L. FRANKLIN and Ceasar Harris,** while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP.

79. On or about August 25, 2003, at approximately 1:43 p.m., within the District of Columbia, **JOHN L. FRANKLIN and Ceasar Harris,** while employing coded language, used a

telephone to discuss the distribution of phencyclidine, also known as PCP.

80. On or about August 28, 2003, in the 1800 block of M Street, N.E., within the District of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

81. On or about August 28, 2003, in the 1800 block of M Street, N.E., within the District of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog,"** distributed a mixture and substance containing cocaine base, also known as crack cocaine.

82. On or about August 30, 2003, at approximately 2:56 p.m., within the District of Columbia, **JOHN L. FRANKLIN and Ceasar Harris,** while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP.

83. On or about August 30, 2003, at approximately 5:39 p.m., within the District of Columbia, **JOHN L. FRANKLIN and Ceasar Harris,** while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP.

84. On or about September 1, 2003, at approximately 11:14 p.m., within the District of Columbia, **JOHN L. FRANKLIN** and a co-conspirator not indicted herein, while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP.

85. On or about September 3, 2003, at approximately 4:03 p.m., within the District of Columbia, **JOHN L. FRANKLIN** and a co-conspirator not indicted herein, while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP, including the preparation of a test sample of PCP.

86. On or about September 4, 2003, in the 1700 block of M Street, N.E., within the District of Columbia, **JOHN L. FRANKLIN** distributed a mixture and substance containing ecstasy.

87. On or about September 4, 2003, in the 1700 block of M Street, N.E., within the District of Columbia, **JOHN L. FRANKLIN** distributed a mixture and substance containing phencyclidine, also known as PCP.

88. On or about September 4, 2003, in the 1800 block of M Street, N.E., within the District of Columbia, **JOHN L. FRANKLIN and KENNETH DODD, also known as "K," also known as "K-Dog,"** distributed a mixture and substance containing cocaine base, also known as crack cocaine.

89. On or about September 5, 2003, in the 1100 block of Bladensburg Road, N.E., within the District of Columbia, **JOHN L. FRANKLIN** distributed a mixture and substance containing phencyclidine, also known as PCP.

90. On or about September 10, 2003, in the 1800 block of M Street, N.E., within the District of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog,"** distributed a mixture and substance containing ecstasy.

91. On or about September 10, 2003, in the 1800 block of M Street, N.E., within the District of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog,"** distributed a mixture and substance containing cocaine base, also known as crack cocaine.

92. On or about September 11, 2003, at approximately 3:38 p.m., within the District of Columbia, **JOHN L. FRANKLIN and WILLIAM D. ROBINSON, also known as "Dee,"** while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known

as PCP.

93. On or about September 16, 2003, in the 1800 block of M Street, N.E., within the District of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog,"** distributed a mixture and substance containing cocaine base, also known as crack cocaine.

94. On or about September 16, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **JOHN L. FRANKLIN** distributed a mixture and substance containing ecstasy.

95. On or about September 16, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **JOHN L. FRANKLIN and WILLIAM D. ROBINSON, also known as "Dee,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

96. On or about September 22, 2003, at approximately 1:14 p.m., within the District of Columbia, **JOHN L. FRANKLIN and Ceasar Harris,** while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP.

97. On or about September 23, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **DWAINE WILLIAMS, also known as "Dwayne Williams," also known as "Scooter,"** had in his custody and control a mixture and substance containing phencyclidine, also known as PCP.

98. On or about September 23, 2003, in the 1800 block of M Street, N.E., within the District of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog,"** distributed a mixture and substance containing cocaine base, also known as crack cocaine.

99. On or about September 24, 2003, at approximately 6:01 p.m., within the District of Columbia, **JOHN L. FRANKLIN and REGINA LENEAR, also known as "Gina,"** while

employing coded language, used a telephone to discuss the distribution of ecstasy, to discuss, among other things, price.

100. On or about September 24, 2003, at approximately 9:35 p.m., within the District of Columbia, **JOHN L. FRANKLIN and REGINA LENEAR, also known as "Gina,"** while employing coded language, used a telephone to discuss the distribution of ecstasy, to discuss, among other things, quantity.

101. On or about September 24, 2003, at approximately 9:43 p.m., within the District of Columbia, **JOHN L. FRANKLIN and REGINA LENEAR, also known as "Gina,"** while employing coded language, used a telephone to discuss the distribution of ecstasy, to discuss, among other things, price and quantity.

102. On or about September 25, 2003, in the area of the 1200 block of 18th Street, N.E., within the District of Columbia, **ELLIOTT FIELDS, also known as "L,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

103. On or about September 25, 2003, in the area of the 1200 block of 18th Street, N.E., within the District of Columbia, **ELLIOTT FIELDS, also known as "L,"** had in his custody and control a mixture and substance containing phencyclidine, also known as PCP.

104. On or about September 25, 2003, at approximately 3:14 p.m., within the District of Columbia, **JOHN L. FRANKLIN and WILLIAM D. ROBINSON, also known as "Dee,"** while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP.

105. On or about September 25, 2003, at approximately 7:56 p.m., within the District of

Columbia, **JOHN L. FRANKLIN and Ceasar Harris,** while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP.

106.  On or about September 26, 2003, at approximately 1:01 p.m., within the District of Columbia, **JOHN L. FRANKLIN and WILLIAM D. ROBINSON, also known as "Dee,"** while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP.

107.  On or about September 26, 2003, at approximately 4:03 p.m., within the District of Columbia, **JOHN L. FRANKLIN and GEORGE WILSON, also known as "Shug," also known as "Donnell Mack," also known as "Herman Walker,"** while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP.

108.  On or about September 26, 2003, in the area of the 1200 block of 18th Street, N.E., within the District of Columbia, **GEORGE WILSON, also known as "Shug," also known as "Donnell Mack," also known as "Herman Walker,"** distributed, and had in his custody and control, a mixture and substance containing phencyclidine, also known as PCP.

109.  On or about September 27, 2003, at approximately 12:10 a.m., within the District of Columbia, **JOHN L. FRANKLIN and GEORGE WILSON, also known as "Shug," also known as "Donnell Mack," also known as "Herman Walker,"** while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP.

110.  On or about September 29, 2003, at approximately 1:52 p.m., within the District of Columbia, **JOHN L. FRANKLIN and GEORGE WILSON, also known as "Shug," also known as "Donnell Mack," also known as "Herman Walker,"** while employing coded language, used

a telephone to discuss the distribution of phencyclidine, also known as PCP.

111. On or about September 30, 2003, at approximately 2:14 p.m., within the District of Columbia, **JOHN L. FRANKLIN** and a co-conspirator not indicted herein, while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP.

112. On or about September 30, 2003, at approximately 4:41 p.m., within the District of Columbia, **JOHN L. FRANKLIN and Ceasar Harris,** while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP.

113. On or about October 1, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **JOHN L. FRANKLIN** distributed a mixture and substance containing phencyclidine, also known as PCP.

114. On or about October 1, 2003, at approximately 12:14 p.m., within the District of Columbia, **JOHN L. FRANKLIN and Ceasar Harris,** while employing coded language, used a telephone to discuss the distribution of phencyclidine, also known as PCP.

115. On or about October 2, 2003, in the 1800 block of M Street, N.E., within the District of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog,"** distributed a mixture and substance containing cocaine base, also known as crack cocaine.

116. On or about October 4, 2003, in the 1200 block of 18th Street, N.E., within the District of Columbia, **DWAINE WILLIAMS, also known as "Dwayne Williams," also known as "Scooter,"** had in his custody and control a mixture and substance containing phencyclidine, also known as PCP.

117. On or about October 15, 2003, in the 1800 block of M Street, N.E., within the District

of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog,"** distributed a mixture and substance containing cocaine base, also known as crack cocaine.

118. On or about October 28, 2003, in the 1200 block of 18th Place, N.E., within the District of Columbia, **JAMAL HINSON** distributed a mixture and substance containing phencyclidine, also known as PCP.

119. On or about October 28, 2003, in the 1200 block of 18th Place, N.E., within the District of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog," and JOHN L. FRANKLIN** distributed a mixture and substance containing cocaine base, also known as crack cocaine.

120. On or about October 28, 2003, in the 1200 block of 18th Place, N.E., within the District of Columbia, **JOHN L. FRANKLIN** distributed a mixture and substance containing ecstasy.

121. On or about October 28, 2003, in the 1200 block of 18th Place, N.E., within the District of Columbia, **JOHN L. FRANKLIN** distributed a mixture and substance containing phencyclidine, also known as PCP.

122. On or about October 28, 2003, in the 1200 block of 18th Place, N.E., within the District of Columbia, **KENNETH A. COLE, also known as "Cricket,"** had in his custody and control a mixture and substance containing phencyclidine, also known as PCP.

123. On or about November 24, 2003, in the area of the 1200 block of 18th Place, N.E., within the District of Columbia, **KENNETH A. COLE, also known as "Cricket,"** had in his custody and control a mixture and substance containing phencyclidine, also known as PCP.

124. On or about December 5, 2003, in the 1200 block of 18th Place, N.E., within the

District of Columbia, **KENNETH A. COLE, also known as "Cricket,"** had in his custody and control a mixture and substance containing phencyclidine, also known as PCP.

125. On or about January 6, 2004, in the 1200 block of 18th Place, N.E., within the District of Columbia, **ANTHONY R. DAVIS, also known as "Football,"** had in his custody and control a mixture and substance containing ecstasy.

126. On or about January 16, 2004, in the 1200 block of 18th Place, N.E., within the District of Columbia, **WILLIAM D. ROBINSON, also known as "Dee,"** distributed, and had in his custody and control, a mixture and substance containing phencyclidine, also known as PCP.

127. On or about February 11, 2004, in the 1200 block of 18th Place, N.E., within the District of Columbia, **JAMES D. HILL, also known as "Foxy,"** distributed a mixture and substance containing phencyclidine, also known as PCP.

128. On or about February 24, 2004, in the 1400 block of Holbrook Street, N.E., within the District of Columbia, **JAMAL HINSON** had in his custody and control a mixture and substance containing ecstasy.

129. On or about February 24, 2004, in the 1400 block of Holbrook Street, N.E., within the District of Columbia, **JAMAL HINSON** had in his custody and control a mixture and substance containing phencyclidine, also known as PCP.

130. On or about March 1, 2004, in the 1200 block of 18th Place, N.E., within the District of Columbia, **JAMES D. HILL, also known as "Foxy,"** distributed, and had in his custody and control, a mixture and substance containing phencyclidine, also known as PCP.

131. On March 16, 2004, **JOHN L. FRANKLIN**, in 1314 Belmont Street, N.W., within the

District of Columbia, had in his custody and control a mixture and substance containing phencyclidine, also known as PCP, and a mixture and substance containing ecstasy, and possessed a Norinco SKS 7.62 x 39mm caliber rifle, an Hungarian SA 85M sawed-off 7.62 x 39mm caliber rifle, a Heckler & Koch SL8-1 .223 Remington caliber rifle, a Hawk HP9 12 gauge shotgun, a Ruger .45 caliber firearm, and body armor.

132. On March 16, 2004, **JOHN L. FRANKLIN**, in a rental/loaner vehicle from Car-Max, within the District of Columbia, had in his custody and control a mixture and substance containing ecstasy, and possessed a loaded Luger Colt 9mm caliber firearm.

133. On or about March 16, 2004, in 300 Yoakum Parkway, Apartment #1126, Alexandria, Virginia, **KENNETH A. COLE, also known as "Cricket,"** possessed 7.62 caliber rifle ammunition.

134. On or about March 16, 2004, **ANTHONY R. DAVIS, also known as "Football,"** in 1825 M Street, N.E., Apartment #4, within the District of Columbia, possessed a loaded Taurus .45 caliber firearm, with nine rounds of ammunition, and had in his custody and control marijuana, a mixture and substance containing ecstasy, powder cocaine, and heroin.

135. On or about March 16, 2004, **KENNETH DODD, also known as "K," also known as "K-Dog,"** and **APRIL DODD**, in 1829 M Street, N.E., Apartment #4, within the District of Columbia, possessed a loaded Bryco Arms, Jennings T380, .380 caliber firearm, a Smith & Wesson Luger 9mm caliber firearm, and a loaded Ruger P97DC .45 caliber firearm, had in their custody and control marijuana, a mixture and substance containing phencyclidine, also known as PCP, and drug paraphernalia, that is, ziplock bags, vials and eyedroppers, commonly used for the packaging of PCP.

136. On March 16, 2004, **Ceasar Harris,** in 7626 Newburg Drive, Lanham, Maryland, had in his custody and control marijuana, a mixture and substance containing phencyclidine, also known as PCP, and drug paraphernalia, that is, vials and eye-droppers, commonly used for the packaging of PCP.

137. On March 16, 2004, **WILLIAM D. ROBINSON, also known as "Dee,"** in 105 Galveston Street, Apartment #B1, S.W., within the District of Columbia, possessed .45 caliber ammunition, and had in his custody and control a mixture and substance containing ecstasy, and powder cocaine, and had drug paraphernalia, that is, vials commonly used for the packaging of phencyclidine, also known as PCP.

138. On March 16, 2004, **WILLIAM D. ROBINSON, also known as "Dee,"** in 1716 M Street, N.E., within the District of Columbia, possessed .45 caliber ammunition, and possessed drug paraphernalia, that is, vials commonly used for the packaging of phencyclidine, also known as PCP.

139. On March 16, 2004, **WILLIAM H. SIMMONS**, in 1226 G Street, N.E., within the District of Columbia, had within his custody and control a mixture and substance containing cocaine base, also known as crack cocaine, and drug paraphernalia, that is, vials commonly used for the packaging of phencyclidine, also known as PCP.

140. On March 16, 2004, **Edward Spears, JR., also known as "Junior,"** in 2645 Douglas Road, S.E., Apartment # 301, within the District of Columbia, possessed a loaded .380 caliber Hi-Point firearm, and possessed .380 caliber ammunition, and .25 caliber ammunition.

141. On March 16, 2004, in 6013 Applegarth Place, Capitol Heights, Maryland, **GEORGE WILSON, also known as "Shug," also known as "Donnell Mack," also known as "Herman**

**Walker,"** possessed a 7.62 x 39mm caliber Romarm WA3R-10 rifle, with an obliterated serial number.

142. On November 8, 2004, **KENNETH DODD, also known as "K," also known as "K-Dog,"** in 3021 Otter Square, Apartment B, Waldorf, Maryland, possessed a MAK 90 7.62 caliber rifle, loaded with 85 rounds of ammunition, and had in his custody and control marijuana, and a mixture and substance containing estasy, and powder cocaine.

> **(Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or More of Phencyclidine, Ecstasy, and 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

## RICO CONSPIRACY

### A. THE ENTERPRISE

(1)    At various times relevant to this Indictment, the defendants, **JOHN L. FRANKLIN; JOSEPH L. BLACKSON, also known as "Joe Black"; KENNETH A. COLE, also known as "Cricket"; ANTHONY R. DAVIS, also known as "Football"; KENNETH DODD, also known as "K," also known as "K-Dog"; Ceasar Harris; JAMES D. HILL, also known as "Foxy"; JAMAL HINSON; SHAWN HINSON, also known as "Jack"; JONTE D. ROBINSON, also known as "Tay," also known as "Black"; WILLIAM D. ROBINSON, also known as "Dee"; WILLIAM H. SIMMONS, also known as "Mike"; Edward Spears, also known as "Junior"; DWAINE WILLIAMS, also known as "Dwayne Williams," also known as "Scooter"; GEORGE WILSON, also known as "Shug," also known as "Donnell Mack," also known as "Herman Walker"; Kran Bell, also known as "Kieran Bell"; APRIL DODD; TOMMIE DORSEY, also known as "Pinball"; ELLIOTT FIELDS, also known as "L"; LARRY GOOCH, also known as "Goo"; REGINA LENEAR, also known as "Gina,"and KEITH A. ODLE** and others known and unknown, were members and associates of an enterprise whose members and associates engaged in violence, including murder, attempted murder, assaults with intent to kill, assaults with a dangerous weapon, and armed robbery, and illegal drug trafficking, and which operated principally within the District of Columbia, and the metropolitan vicinity, including the State of Maryland and the Commonwealth of Virginia.  The principal locations at which members of the conspiracy conducted their illegal drug business included but were not limited to: the 1200 block of 18th Street, N.E., the 1200 block of 18th Place, N.E., the 1700 and 1800 blocks of

M Street, N.E., and the blocks surrounding this area, within the District of Columbia.

(2)    The criminal organization, including its leadership, membership and associates, constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4) (hereinafter "the enterprise"), that is, a group of individuals associated in fact.  The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.  This enterprise was engaged in, and its activities affected, interstate and foreign commerce.

(3)    A principal goal of the organization was to obtain money and other things of value. It was a further goal of the organization to traffic in controlled substances, including phencyclidine, also known as PCP, cocaine base, also known as crack cocaine, and ecstasy, to commit acts of murder, attempted murder, robbery, burglary, assaults with a dangerous weapon, assaults with intent to kill, and other acts of violence for the following purposes, among others:  to enrich the enterprise and its members; to create, maintain and control a market place for the distribution of its controlled substances; to enforce discipline among members of the enterprise; to protect the enterprise and its members from detection, apprehension and prosecution by law enforcement; to prevent and retaliate against acts of violence perpetrated against the enterprise and its members; and to promote and enhance the reputation and standing of the enterprise and its members.

## B. **THE RACKETEERING CONSPIRACY**

The Grand Jury incorporates by reference Section A of this Count, Count Two, as though fully restated and realleged herein.

(1)    From in or about sometime in at least 1997, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including November 2004, within the District of Columbia

and elsewhere, the defendants, **JOHN L. FRANKLIN; JOSEPH L. BLACKSON, also known as "Joe Black"; KENNETH A. COLE, also known as "Cricket"; ANTHONY R. DAVIS, also known as "Football"; KENNETH DODD, also known as "K," also known as "K-Dog";** Ceasar Harris; **JAMES D. HILL, also known as "Foxy"; JAMAL HINSON; SHAWN HINSON, also known as "Jack"; JONTE D. ROBINSON, also known as "Tay," also known as "Black"; WILLIAM D. ROBINSON, also known as "Dee"; WILLIAM H. SIMMONS, also known as "Mike";** Edward Spears, also known as "Junior"; **DWAINE WILLIAMS, also known as "Dwayne Williams," also known as "Scooter"; GEORGE WILSON, also known as "Shug," also known as "Donnell Mack," also known as "Herman Walker";** Kran Bell, also known as "Kieran Bell"; **APRIL DODD; TOMMIE DORSEY, also known as "Pinball"; ELLIOTT FIELDS, also known as "L"; LARRY GOOCH, also known as "Goo"; REGINA LENEAR, also known as "Gina," and KEITH A. ODLE** being persons employed by and associated with the enterprise described above, which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, unlawfully, knowingly and intentionally did combine, conspire, confederate and agree together and with each other, and with persons known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1962(c); that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, as that term is defined by Title 18, United States Code, Section 1961(1) and 1961(5), consisting of multiple acts involving: the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections 841 and 846; acts involving murder, in violation of Title 22, D.C. Code, Sections 401, 1805, 2101, 2103, 2104, and 4502, and acts involving robbery, in violation of

Title 22, D.C. Code Sections 2801, and 4502.

(2)    It was part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

## C.  MANNER AND MEANS OF THE ENTERPRISE

(1)    The Grand Jury incorporates by reference Count One of this Indictment, Section C, "WAYS, MANNER, AND MEANS TO ACCOMPLISH THE CONSPIRACY," as though fully restated and realleged herein.

(2)    Among the means and methods by which the defendants and their associates conducted and participated in the conduct of the affairs of the enterprise were the following:

     a.    Members of the enterprise and their associates committed, attempted and threatened to commit acts of violence, including murder and robbery, to protect and expand the enterprise's criminal operations.

     b.    Members of the enterprise and their associates promoted a climate of fear through violence and threats of violence.

     c.    Members of the enterprise and their associates used and threatened to use physical violence against various individuals.

## D.  OVERT ACTS

In furtherance of the conspiracy and in order to effect the objects thereof, the defendants and their co-conspirators, known and unknown to the grand jury, committed and caused to be committed the following overt acts, among others, within the District of Columbia, and elsewhere:

The Grand Jury incorporates by reference Section D, "OVERT ACTS," in Count One, as though fully restated and realleged herein.

-33-

E.    **SPECIAL SENTENCING FACTORS**

(1)  **JOHN L. FRANKLIN; JOSEPH L. BLACKSON**, also known as "Joe Black"; **KENNETH A. COLE**, also known as "Cricket"; **ANTHONY R. DAVIS**, also known as "Football"; **KENNETH DODD**, also known as "K," also known as "K-Dog"; Ceasar Harris; **JAMES D. HILL**, also known as "Foxy"; **JAMAL HINSON; SHAWN HINSON**, also known as "Jack"; **JONTE D. ROBINSON**, also known as "Tay," also known as "Black"; **WILLIAM D. ROBINSON**, also known as "Dee"; **WILLIAM H. SIMMONS**, also known as "Mike"; Edward Spears, also known as "Junior"; **DWAINE WILLIAMS**, also known as "Dwayne Williams," also known as "Scooter"; **GEORGE WILSON**, also known as "Shug," also known as "Donnell Mack," also known as "Herman Walker"; Kran Bell, also known as "Kieran Bell"; **APRIL DODD; TOMMIE DORSEY**, also known as "Pinball"; **ELLIOTT FIELDS**, also known as "L"; **LARRY GOOCH**, also known as "Goo"; **REGINA LENEAR**, also known as "Gina," **and KEITH A. ODLE** and co-conspirators not indicted herein, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other, and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute the following:

(a)  mixtures and substances containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixtures and substances was one kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv); and

(b)  mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures

-34-

and substances was fifty (50) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

(2) The Grand Jury incorporates by reference Count 56 (Distribution of Crack Cocaine), Count 65 (Distribution of Crack Cocaine), Counts 112 to 117 (murders of William Cunningham and Christopher Lane), Count 120 (murder of Miguel Miles), Count 125 and 127 (murders of Yolanda Miller and Calvin Cooper), and Count 129 (murder of Kevin Lurk).

**(Conspiracy to Participate in Racketeer Influenced Corrupt Organization**, in violation of Title 18, United States Code, Section 1962(d))

## COUNT THREE

### CONTINUING CRIMINAL ENTERPRISE

From on or about sometime in 2001, the exact date being unknown to the Grand Jury, and continuously thereafter up through and including March 2004, within the District of Columbia, the State of Maryland and elsewhere, the defendant, **JOHN L. FRANKLIN**, did unlawfully, knowingly and intentionally engage in a continuing criminal enterprise in that he unlawfully, knowingly and intentionally violated Title 21, United States Code, Sections 841(a)(1) and 846, which violations include, but are not limited to, the substantive violation alleged in Count One (Narcotics Conspiracy); the substantive violations alleged in the Overt Acts in Count One, including Overt Acts 24, 26, 33, 40, 52, 58, 59, 63, 64, 67-75, 78, 79, 82-89, 92, 94-96, 99-101, 104-107, 109-114, 119-121, 131, and 132; and the substantive violations alleged in Counts 2, 8, 10, 17, 21, 30, 36, 37, 41, 42, 44, 45, 50-53, 57, 58, 63, 67-69, 77, 78, and 83-109, of this Indictment, which Counts and Overt Acts are realleged and incorporated herein by reference as though fully set forth in this Count, and which violations were part of a continuing series of violations of the Controlled Substances Act, Title 21, United States Code, Section 801, et seq., undertaken by defendant **JOHN L. FRANKLIN**,

-35-

in concert with at least five other persons with respect to whom **JOHN L. FRANKLIN**, occupied a position of organizer, supervisor, and any position of management, and from which such continuing series of violations the defendant obtained substantial income and resources.

Furthermore, the defendant, **JOHN L. FRANKLIN**, was a principal administrator, organizer, supervisor and leader of the criminal enterprise, which involved possession with intent to distribute and distribution of mixtures and substances containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixtures and substances was thirty kilograms or more; and mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was 1.5 kilograms or more.

(**Continuing Criminal Enterprise**, in violation of Title 21, United States Code, Sections 848(a) and (b))

## COUNTS FOUR TO EIGHTY-TWO

## DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE

On or about the dates set forth below, within the District of Columbia, the defendants named below did, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2:

### PCP

A.   unlawfully, knowingly and intentionally distributed, or possessed with intent to distribute ("PWID"), a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C));

B.   unlawfully, knowingly and intentionally distribute phencyclidine, also known as

PCP, a Schedule II controlled substance, and the amount was 10 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv));

C.     unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount was 100 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

D.     unlawfully, knowingly and intentionally distributed, or possessed with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising the schools identified below, in violation of Title 21, United States Code, Section 860(a);

## ECSTASY

E.     unlawfully, knowingly and intentionally distributed, or possessed with intent to distribute,  a mixture and substance containing a detectable amount of 3, 4 methylenedioxyamphetamine hydrochloride ("MDA") and 3, 4 methylene-dioxymethamphetamine hydrochloride ("MDMA"), both commonly known as ecstasy, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

F.     unlawfully, knowingly and intentionally distributed, or possessed with intent to distribute a mixture and substance containing a detectable amount of ecstasy, a Schedule I controlled substance, within one thousand feet of the real property

comprising the schools identified below, in violation of Title 21, United States Code, Section 860(a);

## COCAINE BASE, ALSO KNOWN AS CRACK COCAINE

G.    unlawfully, knowingly and intentionally distributed, or possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was

　　1.    a detectable amount, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

　　2.    five (5) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii)); and

　　3.    fifty (50) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

H.    unlawfully, knowingly and intentionally distributed, or possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, within one thousand feet of the real property comprising the schools identified below, in violation of Title 21, United States Code, Section 860(a), a detectable amount, in violation of Title 21, United States Code, Sections 841(a)(1) and the amount was a detectable amount, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); five (5) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii)); and (c) fifty (50) grams or more, in

-38-

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii);

as set forth in the specified Counts set forth below and in the specified Overt Acts of Count One,

which are realleged and incorporated by reference herein:

| Count/ Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 4 OA: 15 | KEITH A. ODLE | PWID PCP 11/8/02 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 5 OA: 16 | KEITH A. ODLE | PWID Ecstasy 11/8/02 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 6 OA: 18 | JOSEPH L. BLACKSON | Dist. PCP 11/21/02 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 7 OA: 23 | JOSEPH L. BLACKSON | PWID Ecstasy 1/3/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 8 OA: 24 | JOHN L. FRANKLIN, and WILLIAM H. SIMMONS | Dist. PCP 1/7/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 9 OA: 25 | JOSEPH L. BLACKSON | Dist. PCP 1/15/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |

| Count/ Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 10 OA: 26 | JOHN L. FRANKLIN, JOSEPH BLACKSON, and WILLIAM H. SIMMONS | Dist. PCP 1/22/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 11 OA: 27 | JONTE R. ROBINSON and KENNETH DODD | Dist. Ecstasy 1/24/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 12 OA: 28 | KENNETH DODD | Dist. PCP 1/24/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 13 OA: 29 | JOSEPH L. BLACKSON | Dist. PCP 2/4/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 14 OA: 30 | JONTE R. ROBINSON | Dist. PCP 2/5/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 15 OA: 31 | ANTHONY R. DAVIS | Dist. PCP 2/11/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 16 OA: 32 | JOSEPH L. BLACKSON | Dist. PCP 2/12/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |

| Count/<br>Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 17<br>OA: 33 | **ANTHONY R. DAVIS and JOHN L. FRANKLIN** | Dist. PCP<br>2/13/03<br>Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1);<br>21 U.S.C. §860(a) |
| 18<br>OA: 34 | **KENNETH DODD** | PWID PCP<br>2/15/03<br>Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1);<br>21 U.S.C. §860(a) |
| 19<br>OA: 37 | **JOSEPH L. BLACKSON** | Dist. PCP<br>2/26/03<br>Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1);<br>21 U.S.C. §860(a) |
| 20<br>OA: 39 | **TOMMIE W. DORSEY** | PWID PCP<br>2/28/03<br>Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1);<br>21 U.S.C. §860(a) |
| 21<br>OA: 40 | **JOHN L. FRANKLIN** | Dist. PCP<br>3/3/03<br>Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1);<br>21 U.S.C. §860(a) |
| 22<br>OA: 41 | **JAMAL HINSON** | Dist. PCP<br>3/11/03 | 21 U.S.C. §841(a)(1);<br>21 U.S.C. §841(b)(1)(C) |
| 23<br>OA: 42 | **JOSEPH L. BLACKSON** | Dist. PCP<br>3/11/03 | 21 U.S.C. §841(a)(1);<br>21 U.S.C. §841(b)(1)(C) |
| 24<br>OA: 43 | **JOSEPH L. BLACKSON** | Dist. PCP<br>3/13/03 | 21 U.S.C. §841(a)(1);<br>21 U.S.C. §841(b)(1)(C) |
| 25<br>OA: 45 | **LARRY GOOCH** | Dist. Cocaine Base<br>3/20/03<br>Spingarn Senior High School, a public high school, and<br>Young Elementary School, a public elementary school<br>Five Grams or More | 21 U.S.C. §841(a)(1);<br>21 U.S.C. §841(b)(1)(B)(iii);<br>21 U.S.C. §860(a) |

| Count/ Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 26 OA: 46 | KENNETH DODD and LARRY GOOCH | Dist. Ecstasy 3/20/03 Friendship Edison Junior Academy, a public charter school, and Spingarn Senior High School, a public high school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 27 OA: 47 | JOSEPH L. BLACKSON | Dist. PCP 3/26/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 28 OA: 48 | KENNETH DODD | Dist. Ecstasy 3/26/03 Miner Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 29 OA: 49 | LARRY GOOCH | Dist. Cocaine Base 3/26/03 Academy for Ideal Education, a public charter school Five Grams or More | 21 U.S.C. §841(a)(1); §841(b)(1)(B)(iii); 21 U.S.C. §860(a) |
| 30 OA: 52 | JOHN L. FRANKLIN and WILLIAM H. SIMMONS | Dist. PCP 4/10/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 31 OA: 53 | CO-CON-SPIRATOR, and JOSEPH L. BLACKSON | Dist. PCP 4/15/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 32 OA: 54 | DWAINE WILLIAMS | PWID PCP 4/28/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 33 OA: 55 | JOSEPH L. BLACKSON | Dist. PCP 4/30/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |

| Count/ Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 34 OA: 56 | **SHAWN HINSON** | Dist. PCP 5/14/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 35 OA: 57 | **KENNETH DODD** | Dist. Ecstasy 5/15/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 36 OA: 58 | **JOHN L. FRANKLIN and WILLIAM D. ROBINSON** | Dist. PCP 5/21/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 37 OA: 59 | **JOHN L. FRANKLIN** | Dist. PCP 5/29/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 38 OA: 60 | **KENNETH DODD** | Dist. Ecstasy 6/18/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 39 OA: 61 | **ANTHONY R. DAVIS and SHAWN HINSON** | Dist. PCP 6/24/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 40 OA: 62 | **SHAWN HINSON** | Dist. PCP 6/26/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 41 OA: 63 | **JOHN L. FRANKLIN** | Dist. PCP 7/9/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |

| Count/ Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 42 OA: 64 | **JOHN L. FRANKLIN and JOSEPH L. BLACKSON** | Dist. PCP 7/16/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 43 OA: 65 | **JOSEPH L. BLACKSON** | PWID Ecstasy 7/29/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 44 OA: 67 | **JOHN L. FRANKLIN** | Dist. PCP 8/7/03 Ten Grams or More Pure PCP | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(B)(iv) |
| 45 OA: 69 | **JOHN L. FRANKLIN and KENNETH DODD** | Dist. Cocaine Base 8/7/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 46 OA: 76 | **SHAWN HINSON** | Dist. PCP 8/20/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 47 OA: 77 | **SHAWN HINSON** | PWID PCP 8/20/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 48 OA: 80 | **KENNETH DODD** | Dist. PCP 8/28/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 49 OA: 81 | **KENNETH DODD** | Dist. Cocaine Base 8/28/03 Ruth K. Webb Elementary School, a public elementary school Five Grams or More of Cocaine Base | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(B)(iii) 21 U.S.C. §860(a) |
| 50 OA: 86 | **JOHN L. FRANKLIN** | Dist. Ecstasy 9/4/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 51 OA: 87 | **JOHN L. FRANKLIN** | Dist. PCP 9/4/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |

| Count/ Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 52 OA: 88 | JOHN L. FRANKLIN and KENNETH DODD | Dist. Cocaine Base 9/4/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 53 OA: 89 | JOHN L. FRANKLIN | Dist. PCP 9/5/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 54 OA: 90 | KENNETH DODD | Dist. Ecstasy 9/10/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 55 OA: 91 | KENNETH DODD | Dist. Cocaine Base 9/10/03 Five Grams or More of Cocaine Base | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(B)(iii) |
| 56 OA: 93 | KENNETH DODD | Dist. Cocaine Base 9/16/03 Fifty Grams or More of Cocaine Base | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(A)(iii) |
| 57 OA: 94 | JOHN L. FRANKLIN | Dist. Ecstasy 9/16/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 58 OA: 95 | JOHN L. FRANKLIN and WILLIAM D. ROBINSON | Dist. PCP 9/16/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 59 OA: 97 | DWAINE WILLIAMS | PWID PCP 9/23/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 60 OA: 98 | KENNETH DODD | Dist. Cocaine Base 9/23/03 Five Grams or More of Cocaine Base | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(B)(iii) |

| Count/ Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 61 OA: 102 | **ELLIOTT FIELDS** | Dist. PCP 9/25/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 62 OA: 103 | **ELLIOTT FIELDS** | PWID PCP 9/25/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 63 OA: 113 | **JOHN L. FRANKLIN** | Dist. PCP 10/1/03 Ruth K. Webb Elementary School, a public elementary school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 64 OA: 115 | **KENNETH DODD** | Dist. Cocaine Base 10/2/03 Five Grams or More of Cocaine Base | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(B)(iii) |
| 65 OA: 117 | **KENNETH DODD** | Dist. Cocaine Base 10/15/03 Fifty Grams or More of Cocaine Base | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(A)(iii) |
| 66 OA: 118 | **JAMAL HINSON** | Dist. PCP 10/28/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 67 OA: 119 | **KENNETH DODD and JOHN L. FRANKLIN** | Dist. Cocaine Base 10/28/03 Five Grams or More of Cocaine Base | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(B)(iii) |
| 68 OA: 120 | **JOHN L. FRANKLIN** | Dist. Ecstasy 10/28/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 69 OA: 121 | **JOHN L. FRANKLIN** | Dist. PCP 10/28/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 70 OA: 122 | **KENNETH A. COLE** | PWID PCP 10/28/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 71 OA: 124 | **KENNETH A. COLE** | PWID PCP 12/5/03 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |

| Count/ Overt Act | Defendant(s) | Nature of Offense/Date | Violation(s) |
|---|---|---|---|
| 72 OA: 125 | ANTHONY R. DAVIS | PWID Ecstasy 1/6/04 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 73 OA: 126 | WILLIAM D. ROBINSON | PWID PCP 1/16/04 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 74 OA: 127 | JAMES D. HILL | Dist. PCP 2/11/04 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 75 OA: 128 | JAMAL HINSON | PWID Ecstasy 2/24/04 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 76 OA: 129 | JAMAL HINSON | PWID PCP 2/24/04 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 77 OA: 131 | JOHN L. FRANKLIN | PWID PCP and Ecstasy 3/16/04 Cardozo Senior High School, a public high school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 78 OA: 132 | JOHN L. FRANKLIN | PWID Ecstasy 3/16/04 Cardozo Senior High School, a public high school | 21 U.S.C. §841(a)(1); 21 U.S.C. §860(a) |
| 79 OA: 134 | ANTHONY R. DAVIS | PWID Ecstasy 3/16/04 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 80 OA: 135 | KENNETH DODD AND APRIL DODD | PWID PCP 3/16/04 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 81 OA: 137 | WILLIAM D. ROBINSON | PWID Ecstasy 3/16/04 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |
| 82 OA: 139 | WILLIAM H. SIMMONS | PWID Cocaine Base 3/16/04 | 21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(C) |

## COUNTS EIGHTY-THREE TO ONE HUNDRED AND NINE

## USE OF A COMMUNICATION FACILITY TO
## FACILITATE A DRUG TRAFFICKING OFFENSE

On or about the dates set forth below, within the District of Columbia, the defendants named

below did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone,

to facilitate the conspiracy to unlawfully distribute or possess with intent to distribute phencyclidine,

also known as PCP, cocaine base, also known as crack cocaine, and ecstasy, in violation of Title 21,

United States Code, Section 846. The overt acts identified below are realleged and incorporated by

reference herein.

| Count | Date | Defendant | Overt Act |
|---|---|---|---|
| 83 | 8/7/03, approx. 4:50 p.m. | **JOHN L. FRANKLIN, KENNETH DODD** | 68 |
| 84 | 8/8/03, approx. 11:56 a.m. | **JOHN L. FRANKLIN, Ceasar Harris** | 70 |
| 85 | 8/11/03, approx. 2:58 p.m. | **JOHN L. FRANKLIN, Ceasar Harris** | 71 |
| 86 | 8/11/03, approx. 3:37 p.m. | **JOHN L. FRANKLIN, CO-CONSPIRATOR** | 72 |
| 87 | 8/15/03, approx. 9:29 p.m. | **JOHN L. FRANKLIN, CO-CONSPIRATOR** | 73 |
| 88 | 8/15/03, approx. 10:07 p.m. | **JOHN L. FRANKLIN, CO-CONSPIRATOR** | 74 |
| 89 | 8/18/03, approx. 6:56 p.m. | **JOHN L. FRANKLIN, CO-CONSPIRATOR** | 75 |
| 90 | 8/21/03, approx. 1:02 p.m. | **JOHN L. FRANKLIN, Ceasar Harris** | 78 |
| 91 | 8/25/03, approx. 1:43 p.m. | **JOHN L. FRANKLIN, Ceasar Harris** | 79 |

| 92 | 8/30/03, approx. 2:56 p.m. | **JOHN L. FRANKLIN,** Ceasar Harris | 82 |
|---|---|---|---|
| 93 | 8/30/03, approx. 5:39 p.m. | **JOHN L. FRANKLIN,** Ceasar Harris | 83 |
| 94 | 9/1/03, approx. 11:14 p.m. | **JOHN L. FRANKLIN, CO-CONSPIRATOR** | 84 |
| 95 | 9/3/03, approx. 4:03 p.m. | **JOHN L. FRANKLIN, CO-CONSPIRATOR** | 85 |
| 96 | 9/11/03, approx. 3:38 p.m. | **JOHN L. FRANKLIN, WILLIAM D. ROBINSON** | 92 |
| 97 | 9/22/03, approx. 1:14 p.m. | **JOHN L. FRANKLIN,** Ceasar Harris | 96 |
| 98 | 9/24/03, approx. 6:01 p.m. | **JOHN L. FRANKLIN, REGINA LENEAR** | 99 |
| 99 | 9/24/03, approx. 9:35 p.m. | **JOHN L. FRANKLIN, REGINA LENEAR** | 100 |
| 100 | 9/24/03, approx. 9:43 p.m. | **JOHN L. FRANKLIN, REGINA LENEAR** | 101 |
| 101 | 9/25/03, approx. 3:14 p.m. | **JOHN L. FRANKLIN, WILLIAM D. ROBINSON** | 104 |
| 102 | 9/25/03, approx. 7:56 p.m. | **JOHN L. FRANKLIN,** Ceasar Harris | 105 |
| 103 | 9/26/03, approx. 1:01 p.m. | **JOHN L. FRANKLIN, WILLIAM D. ROBINSON** | 106 |
| 104 | 9/26/03, approx. 4:03 p.m. | **JOHN L. FRANKLIN, GEORGE WILSON** | 107 |
| 105 | 9/27/03, approx. 12:10 a.m. | **JOHN L. FRANKLIN, GEORGE WILSON** | 109 |
| 106 | 9/29/03, approx. 1:52 p.m. | **JOHN L. FRANKLIN, GEORGE WILSON** | 110 |
| 107 | 9/30/03, approx. 2:14 p.m. | **JOHN L. FRANKLIN, CO-CONSPIRATOR** | 111 |

| 108 | 9/30/03, approx. 4:41 p.m. | **JOHN L. FRANKLIN,** Ceasar Harris | 112 |
| 109 | 10/1/03, approx. 12:14 p.m. | **JOHN L. FRANKLIN,** Ceasar Harris | 114 |

(**Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

### COUNT ONE HUNDRED AND TEN

On or about August 1, 2000, within the District of Columbia, **LARRY GOOCH, also known as "Goo," TOMMIE DORSEY, also known as "Pinball," and JONTE D. ROBINSON, also known as "Tay," also known as "Black,"** and a person whose identity is known to the Grand Jury, while armed with firearms, entered the dwelling of William Cunningham, while William Cunningham and Christopher Lane were inside that dwelling, with intent to steal property of another, in violation of 22 D.C. Code, Sections 801(a), and 4502.

(**First Degree Burglary While Armed and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 801(a), and 4502)

### COUNT ONE HUNDRED AND ELEVEN

On or about August 1, 2000, within the District of Columbia, **LARRY GOOCH, also known as "Goo," TOMMIE DORSEY, also known as "Pinball," and JONTE D. ROBINSON, also known as "Tay," also known as "Black,"** and a person whose identity is known to the Grand Jury, while armed with firearms, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of William Cunningham, property of value belonging to William Cunningham, consisting of money and drugs, in violation of 22 D.C. Code, Sections 2801, and 4502.

(**Armed Robbery**, in violation of 22 D.C. Code, Sections 2801, and 4502)

## COUNT ONE HUNDRED AND TWELVE

**LARRY GOOCH, also known as "Goo," TOMMIE DORSEY, also known as "Pinball,"**
**and JONTE D. ROBINSON, also known as "Tay," also known as "Black,"** and a person whose
identity is known to the Grand Jury, within the District of Columbia, while armed with firearms, in
perpetrating and attempting to perpetrate the crime of first degree burglary while armed, as set forth
in the Count 110 of this Indictment, purposely killed William Cunningham by shooting him with a
firearm on or about August 1, 2000, thereby causing injuries from which William Cunningham died
on or about August 1, 2000, in violation of 22 D.C. Code, Sections 2101, and 4502.

**(First Degree Murder While Armed - Felony Murder,** in violation of 22 D.C. Code,
Sections 2101, and 4502)

*The Grand Jury Further Charges*:

At the time of the murder as set forth in the Count 112 of this Indictment, the following
aggravating circumstance existed: there was more than one offense of murder in the first degree
arising out of one incident, in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(6), and 4502.

**(First Degree Murder While Armed - Felony Murder, With Aggravating Circumstances,**
in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(6), and 4502 )

*The Grand Jury Further Charges:*

At that time of the murder as set forth in Count 112 of this Indictment, the following
aggravating circumstance existed: the murder was committed while committing a robbery, in violation
of 22 D.C. Code, Sections 2101, 2104.01(b)(8), and 4502.

**(First Degree Murder While Armed - Felony Murder, With Aggravating Circumstances,**
in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(8), and 4502 )

## COUNT ONE HUNDRED AND THIRTEEN

**LARRY GOOCH, also known as "Goo," TOMMIE DORSEY, also known as "Pinball,"** **and JONTE D. ROBINSON, also known as "Tay," also known as "Black,"** and a person whose identity is known to the Grand Jury, within the District of Columbia, while armed with firearms, in perpetrating and attempting to perpetrate the crime of first degree burglary while armed, as set forth in the Count 110 of this Indictment, purposely killed Christopher Lane by shooting him with a firearm on or about August 1, 2000, thereby causing injuries from which Christopher Lane died on or about August 1, 2000, in violation of 22 D.C. Code, Sections 2101, and 4502.

(**First Degree Murder While Armed - Felony Murder**, in violation of 22 D.C. Code, Sections 2101, and 4502)

*The Grand Jury Further Charges*:

At the time of the murder as set forth in the Count 113 of this Indictment, the following aggravating circumstance existed: there was more than one offense of murder in the first degree arising out of one incident, in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(6), and 4502.

(**First Degree Murder While Armed - Felony Murder, With Aggravating Circumstances**, in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(6), and 4502 )

*The Grand Jury Further Charges:*

At that time of the murder as set forth in Count 113 of this Indictment, the following aggravating circumstance existed: the murder was committed while committing a robbery, in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(8), and 4502.

(**First Degree Murder While Armed - Felony Murder, With Aggravating Circumstances**, in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(8), and 4502 )

## COUNT ONE HUNDRED AND FOURTEEN

**LARRY GOOCH**, also known as "Goo," **TOMMIE DORSEY**, also known as "Pinball,"

and **JONTE D. ROBINSON**, also known as "Tay," also known as "Black," and a person whose

identity is known to the Grand Jury, within the District of Columbia, while armed with firearms, in

perpetrating and attempting to perpetrate the crime of armed robbery, as set forth in the Count 111 of

this Indictment, purposely killed William Cunningham by shooting him with a firearm on or about

August 1, 2000, thereby causing injuries from which William Cunningham died on or about August

1, 2000, in violation of 22 D.C. Code, Sections 2101, and 4502.

> **(First Degree Murder While Armed - Felony Murder**, in violation of 22 D.C. Code,
> Sections 2101, and 4502)

*The Grand Jury Further Charges*:

At the time of the murder as set forth in Count 114 of this Indictment, the following

aggravating circumstance existed:  there was more than one offense of murder in the first degree

arising out of one incident, in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(6), and 4502.

> **(First Degree Murder While Armed - Felony Murder, With Aggravating Circumstances**,
> in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(6), and 4502)

## COUNT ONE HUNDRED AND FIFTEEN

**LARRY GOOCH**, also known as "Goo," **TOMMIE DORSEY**, also known as "Pinball,"

and **JONTE D. ROBINSON**, also known as "Tay," also known as "Black," and a person whose

identity is known to the Grand Jury, within the District of Columbia, while armed with firearms, in

perpetrating and attempting to perpetrate the crime of armed robbery, as set forth in the Count 111 of

this Indictment, purposely killed Christopher Lane by shooting him with a firearm on or about August

1, 2000, thereby causing injuries from which Christopher Lane died on or about August 1, 2000, in

violation of 22 D.C. Code, Sections 2101, and 4502.

      **(First Degree Murder While Armed - Felony Murder**, in violation of 22 D.C. Code, Sections 2101, and 4502)

*The Grand Jury Further Charges*:

      At the time of the murder as set forth in Count 115 of this Indictment, the following aggravating circumstance existed: there was more than one offense of murder in the first degree arising out of one incident, in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(6), and 4502.

      **(First Degree Murder While Armed - Felony Murder, With Aggravating Circumstances**, in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(6), and 4502)

## COUNT ONE HUNDRED AND SIXTEEN

      **LARRY GOOCH, also known as "Goo," TOMMIE DORSEY, also known as "Pinball," and JONTE D. ROBINSON, also known as "Tay," also known as "Black,"** and a person whose identity is known to the Grand Jury, within the District of Columbia, while armed with firearms, purposely and with deliberate and premeditated malice, killed William Cunningham by shooting him with a firearm on or about August 1, 2000, thereby causing injuries from which William Cunningham died on or about August 1, 2000, in violation of 22 D.C. Code, Sections 2101, and 4502.

      **(First Degree Murder While Armed**, in violation of 22 D.C. Code, Sections 2101, and 4502)

*The Grand Jury Further Charges*:

      At the time of the murder as set forth in Count 116 of this Indictment, the following aggravating circumstance existed: there was more than one offense of murder in the first degree arising out of one incident.

      **(First Degree Murder While Armed - Felony Murder, With Aggravating Circumstances**, in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(6), and 4502)

*The Grand Jury Further Charges*:

At that time of the murder as set forth in Count 116 of this Indictment, the following aggravating circumstance existed: the murder was committed while committing a robbery, in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(8), and 4502).

**(First Degree Murder While Armed - Felony Murder, With Aggravating Circumstances**, in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(8), and 4502 )

## COUNT ONE HUNDRED AND SEVENTEEN

**LARRY GOOCH, also known as "Goo," TOMMIE DORSEY, also known as "Pinball," and JONTE D. ROBINSON, also known as "Tay," also known as "Black,"** and a person whose identity is known to the Grand Jury, within the District of Columbia, while armed with firearms, purposely and with deliberate and premeditated malice, killed Christopher Lane by shooting him with a firearm on or about August 1, 2000, thereby causing injuries from which William Cunningham died on or about August 1, 2000, in violation of 22 D.C. Code, Sections 2101, and 4502.

**(First Degree Murder While Armed**, in violation of 22 D.C. Code, Sections 2101, and 4502)

*The Grand Jury Further Charges*:

At the time of the murder as set forth in Count 117 of this Indictment, the following aggravating circumstance existed: there was more than one offense of murder in the first degree arising out of one incident.

**(First Degree Murder While Armed - Felony Murder, With Aggravating Circumstances**, in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(6), and 4502)

*The Grand Jury Further Charges*:

At that time of the murder as set forth in Count 117 of this Indictment, the following aggravating circumstance existed: the murder was committed while committing a robbery, in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(8), and 4502).

**(First Degree Murder While Armed - Felony Murder, With Aggravating Circumstances**, in violation of 22 D.C. Code, Sections 2101, 2104.01(b)(8), and 4502 )

## COUNT ONE HUNDRED AND EIGHTEEN

1.    At all times relevant to this Indictment, the racketeering enterprise, as more fully described in paragraph A of Count Two of this Indictment, which is realleged and incorporated by reference as though set forth fully herein, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact which was engaged in, and the activities of which affected, interstate and foreign commerce.  The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

2.    At all times relevant to this Indictment, the above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely offenses involving:  the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections 841 and 846.

3.    On or about August 1, 2000, within the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity,  **LARRY GOOCH, also known as "Goo," TOMMIE DORSEY, also known as "Pinball," and JONTE D. ROBINSON, also known as "Tay," also known as "Black,"** and a person whose identity is known to the Grand

Jury, unlawfully and knowingly murdered William Cunningham, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

**(Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

## COUNT ONE HUNDRED AND NINETEEN

1. Paragraphs One and Two of Count 118 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

2. On or about August 1, 2000, within the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **LARRY GOOCH, also known as "Goo," TOMMIE DORSEY, also known as "Pinball," and JONTE D. ROBINSON, also known as "Tay," also known as "Black,"** and a person whose identity is known to the Grand Jury, unlawfully and knowingly murdered Christopher Lane, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

**(Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

## COUNT ONE HUNDRED AND TWENTY

On or about September 13, 2002, within the District of Columbia, **LARRY GOOCH, also known as "Goo,"** while armed with a firearm, purposely and with deliberate and premeditated malice, killed Miguel Miles by shooting him with a firearm, thereby causing injuries from which Miguel Miles died on or about September 13, 2002, in violation of 22 D.C. Code Sections 2101, and 4502.

**(First-Degree Murder While Armed**, in violation of 22 D.C. Code Sections 2101, and 4502)

## COUNT ONE HUNDRED AND TWENTY-ONE

1.    At all times relevant to this Indictment, the racketeering enterprise, as more fully described in paragraph A of Count Two of this Indictment, which is realleged and incorporated by reference as though set forth fully herein, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact which was engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

2.    At all times relevant to this Indictment, the above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely offenses involving: the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections 841 and 846; acts involving murder, in violation of Title 22, D.C. Code, Sections 401, 1805, 2101, 2103, 2104, and 4502, and acts involving robbery, in violation of Title 22, D.C. Code Sections 2801, and 4502.

3.    On or about September 13, 2002, within the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing his position in the enterprise, an enterprise engaged in racketeering activity, **LARRY GOOCH, also known as "Goo,"** unlawfully and knowingly murdered Miguel Miles, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

-58-

## COUNT ONE HUNDRED AND TWENTY-TWO

On or about November 8, 2002, within the District of Columbia, **LARRY GOOCH, also known as "Goo,"** while armed with a firearm, assaulted a Police Officer with the Metropolitan Police Department with intent to kill the Police Officer, in violation of 22 D.C. Code Sections 401, and 4502.

(**Assault with Intent to Kill While Armed**, in violation of 22 D.C. Code Sections 401, and 4502)

## COUNT ONE HUNDRED AND TWENTY-THREE

On or about November 8, 2002, within the District of Columbia, **LARRY GOOCH, also known as "Goo,"** without justifiable and excusable cause, and with a deadly and dangerous weapon, that is, a firearm, did assault, resist, oppose, impede, intimidate, and interfere with, a police officer with the Metropolitan Police Department, a member of a police force operating in the District of Columbia, knowing the police officer to be a police officer, while the police officer was engaged in and on account of the performance of official duties, in violation of 22 D.C. Code, Section 405(b).

(**Assaulting, Resisting or Interfering With a Police Officer With a Dangerous Weapon**, in violation of 22 D.C. Code, Section 405(b))

## COUNT ONE HUNDRED AND TWENTY-FOUR

1. Paragraphs One and Two of Count 121 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

2. On or about November 8, 2002, within the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing his position in the enterprise, an enterprise engaged in racketeering activity, **LARRY GOOCH, also known as "Goo,"** unlawfully and knowingly assaulted with a dangerous weapon, and attempted to

murder, a police officer with the Metropolitan Police Department, in violation of 22 D.C. Code Sections 401, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity**, in violation of Title 18, United States Code, Section 1959(a)(3), (5))

## COUNT ONE HUNDRED AND TWENTY-FIVE

On or about February 21, 2003, within the District of Columbia, **LARRY GOOCH, also known as "Goo,"** while armed with a firearm, purposely and with deliberate and premeditated malice, killed Yolanda Miller by shooting her with a firearm, thereby causing injuries from which Yolanda Miller died on or about February 21, 2003, in violation of 22 D.C. Code Sections 2101, and 4502.

(**First-Degree Murder While Armed**, in violation of 22 D.C. Code Sections 2101, and 4502)

## COUNT ONE HUNDRED AND TWENTY-SIX

1. Paragraphs One and Two of Count 121 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

2. On or about February 21, 2003, within the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing his position in the enterprise, an enterprise engaged in racketeering activity, **LARRY GOOCH, also known as "GOO,"** unlawfully and knowingly murdered Yolanda Miller, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

## COUNT ONE HUNDRED AND TWENTY-SEVEN

On or about February 21, 2003, within the District of Columbia, **LARRY GOOCH, also known as "Goo,"** while armed with a firearm, purposely and with deliberate and premeditated malice, killed Calvin Cooper by shooting him with a firearm, thereby causing injuries from which Calvin Cooper died on or about February 21, 2003, in violation of 22 D.C. Code Sections 2101, and 4502.

(**First-Degree Murder While Armed**, in violation of 22 D.C. Code Sections 2101, and 4502)

## COUNT ONE HUNDRED AND TWENTY-EIGHT

1. Paragraphs One and Two of Count 121 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

2. On or about February 21, 2003, within the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing his position in the enterprise, an enterprise engaged in racketeering activity, **LARRY GOOCH, also known as "GOO,"** unlawfully and knowingly murdered Calvin Cooper, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

## COUNT ONE HUNDRED AND TWENTY-NINE

On or about March 28, 2003, within the District of Columbia, **JOHN L. FRANKLIN**, and **WILLIAM H. SIMMONS, also known as "Mike,"** while each was armed with a firearm, purposely and with deliberate and premeditated malice, killed Kevin Alvin Lurk by shooting him with a firearm,

thereby causing injuries from which Kevin Alvin Lurk died on or about March 28, 2003, in violation

of 22 D.C. Code Sections 2101, and 4502.

(**First-Degree Murder While Armed**, in violation of 22 D.C. Code Sections 2101, and 4502)

## COUNT ONE HUNDRED AND THIRTY

1. Paragraphs One and Two of Count 121 of this Indictment are realleged and incorporated

by reference as though fully set forth herein.

2. On or about March 28, 2003, within the District of Columbia, as consideration for the

receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value

from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their

position in the enterprise, an enterprise engaged in racketeering activity, **JOHN L. FRANKLIN and**

**WILLIAM H. SIMMONS, also known as "Mike,"** unlawfully and knowingly murdered Kevin

Alvin Lurk, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

(**Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in
violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

## COUNT ONE HUNDRED AND THIRTY-ONE

On or about March 28, 2003, within the District of Columbia, **JOHN L. FRANKLIN, and**

**WILLIAM H. SIMMONS, also known as "Mike,"** while each was armed with a firearm, assaulted

Shelby Anderson with intent to kill him, in violation of 22 D.C. Code Sections 401, and 4502.

(**Assault with Intent to Kill While Armed**, in violation of 22 D.C. Code Sections 401,
and 4502)

## COUNT ONE HUNDRED AND THIRTY-TWO

1. Paragraphs One and Two of Count 121 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

2. On or about March 28, 2003, within the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing their position in the enterprise, an enterprise engaged in racketeering activity, **JOHN L. FRANKLIN, and WILLIAM H. SIMMONS, also known as "Mike,"** unlawfully and knowingly, assaulted with a dangerous weapon, and attempted to murder Shelby Anderson by shooting him with a firearm, thereby resulting in serious bodily injury to Shelby Anderson, in violation of 22 D.C. Code Sections 401, 4502 and 1805.

> **(Violent Crime in Aid of Racketeering Activity and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(3), (5))

## COUNT ONE HUNDRED AND THIRTY-THREE

On or about July 29, 2003, within the District of Columbia, **JOSEPH L. BLACKSON, also known as "Joe Black,"** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count 43 of this Indictment which is incorporated herein, a firearm, that is, a Taurus .45 caliber firearm.

> **(Using, Carrying and Possessing a Firearm during a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT ONE HUNDRED AND THIRTY-FOUR

On or about July 29, 2003, within the District of Columbia, **JOSEPH L. BLACKSON, also known as "Joe Black,"** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F-3484-01, a controlled substance offense, that is, Possession With Intent to Distribute Cocaine, did unlawfully and knowingly receive and possess a firearm, that is, a Taurus .45 caliber firearm, and did unlawfully and knowingly receive and possess ammunition, that is, .45 caliber ammunition, which had been possessed shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT ONE HUNDRED AND THIRTY-FIVE

On or about March 16, 2004, within the District of Columbia, **JOHN L. FRANKLIN**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count 77 of this Indictment which is incorporated herein, firearms, that is, a Norinco SKS 7.62 x 39mm caliber rifle, an Hungarian SA 85M sawed-off 7.62 x 39mm caliber rifle, a Heckler & Koch SL8-1 .223 Remington caliber rifle, a Hawk HP9 12 gauge shotgun, and a Ruger .45 caliber firearm.

(**Using, Carrying and Possessing a Firearm during a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT ONE HUNDRED AND THIRTY-SIX

On or about March 16, 2004, within the District of Columbia, **JOHN L. FRANKLIN**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F-7127-96, a controlled substance offense, that is, Possession With Intent

to Distribute Cocaine, did unlawfully and knowingly receive and possess firearms, that is, a Norinco SKS 7.62 x 39mm caliber rifle, an Hungarian SA 85M sawed-off 7.62 x 39mm caliber rifle, a Heckler & Koch SL8-1 .223 Remington caliber rifle, a Hawk HP9 12 gauge shotgun, and a Ruger .45 caliber firearm, and did unlawfully and knowingly receive and possess ammunition, that is, 7.62 caliber ammunition, .223 caliber ammunition, 12 gauge shotgun shells, .45 caliber ammunition, 9mm caliber ammunition, and .380 caliber ammunition, which had been possessed shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT ONE HUNDRED AND THIRTY-SEVEN

On or about March 16, 2004, within the District of Columbia, **JOHN L. FRANKLIN**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count 78 of this Indictment which is incorporated herein, a firearm, that is, a Luger Colt 9mm firearm.

> (**Using, Carrying and Possessing a Firearm during a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT ONE HUNDRED AND THIRTY-EIGHT

On or about March 16, 2004, within the District of Columbia, **JOHN L. FRANKLIN**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F-7127-96, a controlled substance offense, that is, Possession With Intent to Distribute Cocaine, did unlawfully and knowingly receive and possess a firearm, that is, a Luger Colt 9mm caliber firearm, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm caliber ammunition, which had been possessed shipped and transported in and affecting

interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT ONE HUNDRED AND THIRTY-NINE

On or about March 16, 2004, within the District of Columbia, **ANTHONY R. DAVIS, also known as "Football,"** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count 79 of this Indictment which is incorporated herein, a loaded firearm, that is, a Taurus .45 caliber firearm.

**(Using, Carrying and Possessing a Firearm during a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

### COUNT ONE HUNDRED AND FORTY

On or about March 16, 2004, within the District of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog," and APRIL DODD** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which they may be prosecuted in a court of the United States, that is Count 80 of this Indictment which is incorporated herein, firearms, that is, a loaded Bryco Arms, Jennings T380, .380 caliber firearm, a Smith & Wesson Luger 9mm caliber firearm, and a loaded Ruger P97DC .45 caliber firearm.

**(Using, Carrying and Possessing a Firearm during a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT ONE HUNDRED AND FORTY-ONE

On or about March 16, 2004, within the District of Columbia, **KENNETH DODD, also known as "K," also known as "K-Dog,"** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F-510-00, a controlled substance offense, that is, Possession With Intent to Distribute Cocaine, did unlawfully and knowingly receive and possess firearms, that is, a Bryco Arms, Jennings T380, .380 caliber firearm, a Smith & Wesson Luger 9mm caliber firearm, and a Ruger P97DC .45 caliber firearm, and did unlawfully and knowingly receive and possess ammunition, that is, .380 caliber ammunition, .45 caliber ammunition, and .40 caliber ammunition, which had been possessed shipped and transported in and affecting interstate and foreign commerce.

> **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNTS ONE HUNDRED AND FORTY-TWO TO ONE HUNDRED AND FORTY-NINE

## USE OF A FIREARM

On or about the dates set forth below, within the District of Columbia, the defendants named below did knowingly, willfully and unlawfully use and carry a firearm during and in relation to a crime of violence and a drug trafficking crime, which are felonies prosecutable in a court of the United States, as set forth below and as further described in the specified counts of this Indictment which are realleged and incorporated as if fully set forth herein:

| Count | Date | Defendants | Predicate Offense | Count Number for Predicate Offense |
|---|---|---|---|---|
| 142 | 8/1/00 | LARRY GOOCH, TOMMIE DORSEY, JONTE ROBINSON | RICO Murder (Victim William Cunningham) 18 U.S.C. § 1959(a)(1) | 118 |
| 143 | 8/1/00 | LARRY GOOCH, TOMMIE DORSEY, JONTE ROBINSON | RICO Murder (Victim Christopher Lane) 18 U.S.C. § 1959(a)(1) | 119 |
| 144 | 9/13/02 | LARRY GOOCH | RICO Murder (Victim Miguel Miles) 18 U.S.C. § 1959(a)(1) | 121 |
| 145 | 11/8/02 | LARRY GOOCH | RICO Assault With A Dangerous Weapon and Attempted Murder (Victim, police officer) 18 U.S.C. § 1959(a)(3), (5) | 124 |
| 146 | 2/21/03 | LARRY GOOCH | RICO Murder (Victim Yolanda Miller) 18 U.S.C. § 1959(a)(1) | 126 |
| 147 | 2/21/03 | LARRY GOOCH | RICO Murder (Victim Calvin Cooper) 18 U.S.C. § 1959(a)(1) | 128 |
| 148 | 3/28/03 | JOHN L. FRANKLIN, WILLIAM H. SIMMONS | RICO Murder(Victim Kevin Alvin Lurk) 18 U.S.C. § 1959(a)(1) | 130 |

| Count | Date | Defendants | Predicate Offense | Count Number for Predicate Offense |
|-------|------|-----------|-------------------|-----------------------------------|
| 149 | 3/28/03 | JOHN L. FRANKLIN, WILLIAM H. SIMMONS | RICO Assault With A Dangerous Weapon and Attempted Murder (Victim Shelby Anderson) 18 U.S.C. § 1959(a)(3), (5) | 132 |

(**Use of a Firearm and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c) and 2)

## COUNTS ONE HUNDRED AND FIFTY TO ONE HUNDRED AND FIFTY-NINE

## POSSESSION OF A FIREARM DURING CRIME OF VIOLENCE OR DANGEROUS OFFENSE

On or about the dates set forth below, within the District of Columbia, the defendants named below did possess a firearm, in violation of Title 22, D.C. Code, Section 4504(b), while committing the specified crimes of violence and dangerous crimes as set forth in the specified counts of this Indictment, which are realleged and incorporated by reference as if fully set forth herein.

| Count | Date | Defendants | Predicate Offense | Count Number for Predicate Offense |
|-------|------|-----------|-------------------|-----------------------------------|
| 150 | 8/1/00 | LARRY GOOCH, TOMMIE DORSEY, JONTE ROBINSON | First Degree Burglary While Armed 22 D.C. Code §§ 801(a), 4502 | 110 |
| 151 | 8/1/00 | LARRY GOOCH, TOMMIE DORSEY, JONTE ROBINSON | Armed Robbery 22 D.C. Code § 2801 | 111 |

| Count | Date | Defendants | Predicate Offense | Count Number for Predicate Offense |
|---|---|---|---|---|
| 152 | 8/1/00 | **LARRY GOOCH, TOMMIE DORSEY, JONTE ROBINSON** | First Degree Murder While Armed (Victim William Cunningham) 22 D.C. Code §§ 2101, 4502 | 116 |
| 153 | 8/1/00 | **LARRY GOOCH, TOMMIE DORSEY, JONTE ROBINSON** | First Degree Murder While Armed (Victim Christopher Lane) 22 D.C. Code §§ 2101, 4502 | 117 |
| 154 | 9/13/02 | **LARRY GOOCH** | First Degree Murder While Armed (Victim Miguel Miles) 22 D.C. Code §§ 2101, 4502 | 120 |
| 155 | 11/8/02 | **LARRY GOOCH** | Assault With Intent to Kill While Armed (Victim, police officer) 22 D.C. Code §§ 401, 4502 | 122 |
| 156 | 2/21/03 | **LARRY GOOCH** | First Degree Murder While Armed (Victim Yolanda Miller) 22 D.C. Code §§ 2101, 4502 | 125 |
| 157 | 2/21/03 | **LARRY GOOCH** | First Degree Murder While Armed (Victim Calvin Cooper) 22 D.C. Code §§ 2101, 4502 | 127 |
| 158 | 3/28/03 | **JOHN L. FRANKLIN, WILLIAM H. SIMMONS** | First Degree Murder While Armed (Victim Kevin Alvin Lurk) 22 D.C. Code §§ 2101, 4502 | 129 |

| Count | Date | Defendants | Predicate Offense | Count Number for Predicate Offense |
|-------|------|------------|-------------------|-----------------------------------|
| 159 | 3/28/03 | JOHN L. FRANKLIN, WILLIAM H. SIMMONS | Assault With Intent to Kill While Armed (Victim Shelby Anderson) 22 D.C. Code §§ 401, 4502 | 131 |

(**Possession of Firearm During Crime of Violence or Dangerous Offense**, in violation of Title 22, D.C. Code, Section 4504(b))

## NOTICE OF ADDITIONAL FACTORS

1.    In committing the offenses charged in Counts 1, 2, and 3 of this Indictment, **JOHN L. FRANKLIN; JOSEPH L. BLACKSON**, also known as "Joe Black"; **KENNETH A. COLE**, also known as "Cricket"; **ANTHONY R. DAVIS**, also known as "Football"; **KENNETH DODD**, also known as "K," also known as "K-Dog"; Ceasar Harris; **JAMES D. HILL**, also known as "Foxy"; **JAMAL HINSON; SHAWN HINSON**, also known as "Jack"; **JONTE D. ROBINSON**, also known as "Tay," also known as "Black"; **WILLIAM D. ROBINSON**, also known as "Dee"; **WILLIAM H. SIMMONS**, also known as "Mike"; Edward N. Spears, also known as "Junior"; **DWAINE WILLIAMS**, also known as "Dwayne Williams," also known as "Scooter"; **GEORGE WILSON**, also known as "Shug," also known as "Donnell Mack," also known as "Herman Walker"; Kran Bell, also known as "Kieran Bell"; **APRIL DODD; TOMMIE DORSEY**, also known as "Pinball"; **ELLIOTT FIELDS**, also known as "L"; **LARRY GOOCH**, also known as "Goo"; **REGINA LENEAR**, also known as "Gina," and **KEITH A. ODLE** used and attempted to use, employ or induce persons less than 18 years of age to commit the offenses charged herein, and to assist in avoiding detection of, or apprehension for, the offenses in this Indictment, as punished by

Title 21 U.S.C. §861.

## **FORFEITURE ALLEGATION**

The violations alleged in Counts 1 through 159 of this Indictment are realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853(a).

As a result of the offenses alleged in Counts 1 through 159 of this Indictment, the defendant(s) in this Indictment, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of violations of drug trafficking and/or any property used, or intended to be used, to commit, or facilitate the commission of drug trafficking.

By virtue of the commission of the felony offenses charged in Counts 1 through 159 of this Indictment, any and all interest that the defendant(s) has/have in the property is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853(a).

If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853(a), as a result of any act or omission of the defendant(s):

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third person;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek

-72-

forfeiture of any other property of said defendant(s) up to the value of said property listed above as being subject to forfeiture.

(**Criminal Forfeiture**, in violation of Title 21, United States Code, Section 853(a) and (p).)

## NOTICE OF SPECIAL FINDINGS

Pursuant to the Provisions of Chapter 228 (Sections 3591 through 3598) of Title 18 of the United States Code, the following factors exist regarding defendant **LARRY GOOCH** and the commission of the offenses charged in counts 126 and 128 of this indictment, which counts are hereby realleged as if fully set forth herein and incorporated by reference.

1. Age of Defendant. The defendant **LARRY GOOCH** was over the age of 18 years of age at the time he committed the offenses.

2. Statutory Intent Factors Enumerated under 18 U.S.C.§ 3591(a)(2)(A)-(D).

A. **Intentional Killing**. The defendant **LARRY GOOCH** intentionally killed Yolanda Miller and Calvin Cooper. Title 18, United States Code, Section 3591(a)(2)(A).

B. **Intentional Infliction of Serious Bodily Injury**. The defendant **LARRY GOOCH** intentionally inflicted serious bodily injury that resulted in the deaths of Yolanda Miller and Calvin Cooper. Title 18, United States Code, Section 3591(a)(2)(B).

C. **Intentional Acts to Take Life**. The defendant **LARRY GOOCH** intentionally participated in acts, contemplating that the lives of people would be taken or intending that lethal force would be used in connection with people, other than one of the participants in the offense, and Yolanda Miller and Calvin Cooper died as a direct result of those acts. Title 18, United States Code, Section 3591(a)(2)(C).

D. **Acts of Violence with Reckless Disregard for Life.**    The defendant

-73-

**LARRY GOOCH** intentionally and specifically engaged in acts of violence, knowing that the acts created grave risks of death to persons, other than one of the participants in the offense, such that the participation in the acts constituted a reckless disregard for human life and Yolanda Miller and Calvin Cooper died as a direct result of the acts. Title 18, United States Code, Section 3591(a)(2)(D).

   3. Statutory Factors Enumerated under 18 U.S.C. § 3592(c).

      A. **Multiple killings or attempted killings**. The defendant **LARRY GOOCH** intentionally killed more than one person in a single criminal episode. Title 18, United States Code, Section 3592(c)(16).

A TRUE BILL:

_____
FOREPERSON.

_Kenneth L. Wainstein_
Attorney of the United States in
and for the District of Columbia.

-74-