UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 04-428 (RMC) |
| JOHNATHAN L. FRANKLIN, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## SCHEDULING ORDER

As discussed in the Status Conference held in open Court on October 21, 2005, it is hereby **ORDERED** that:

1. Group One. Group One tentatively consists of defendants John Franklin, Joseph Blackson, Shawn Hinson, William Robinson, William Simmons, and George Wilson.

    a. Trial Date. Trial for Group One defendants is set to begin March 6, 2006, and is scheduled to last 10 weeks.

    b. Motions Deadlines. All further Group One defense motions shall be filed by November 21, 2005. The government's oppositions to newly filed Group One motions shall be filed by December 21, 2005.

    c. Motions Hearing. A motions hearing on Group One motions is set for January 4, 2005, at 9:30 a.m., and will continue on January 5, 2005, at 9:30 a.m.

    d. Pretrial Matters. The Court notes that it has reserved the weeks of February 20, 2005, and February 27, 2005, to resolve any additional pretrial matters (such as voir

dire, exhibits, jury instructions, etc.). Counsel shall confer and advise the Deputy Clerk as to which dates are needed.

  2. Group Two. Group Two tentatively consists of defendants Kenneth Cole, Anthony Davis, James Hill, Dwaine Williams, Jamal Hinson, Elliot Fields, and Regina Lenear.

   a. Trial Date. Trial for Group Two defendants is set to begin September 12, 2006, and is scheduled to last 8 weeks.

   b. Motions Deadlines. Group Two severance motions based on new allegations in the superseding indictment or changes to defendants in Group Two shall be filed by November 21, 2005. The government's oppositions shall be filed by December 21, 2005.

   c. Status Conference. A Status Conference for Group Two defendants is set for February 24, 2006, at 10:15 a.m.

  3. Group Three. Group Three tentatively consists of defendants Kenneth Dodd, Jonte Robinson, April Dodd, Tommie Dorsey, and Larry Gooch.

   a. Trial Date. Trial for Group Three defendants is set to begin January 8, 2007, and, including jury selection, is scheduled to last 4 months.

   b. Motions Deadlines. Group Three severance motions based on new allegations in the superseding indictment or changes to defendants in Group Three shall be filed by November 21, 2005. The government's oppositions shall be filed by December 21, 2005.

   c. Status Conference. A Status Conference for Group Three defendants is set for February 24, 2006, at 10:15 a.m.

4. <u>Other Matters</u>.

      a. <u>Oppositions to Pending Motions</u>. The government shall file its oppositions to all defense motions that were filed before the October 21, 2005, Status Conference by no later than November 21, 2005. This includes the motions to sever by Messrs. Dodd, J. Robinson, and Dorsey based on the government's election to seek the death penalty against Mr. Gooch.

      b. <u>Library Access</u>. The government shall file its response to Mr. Gooch's motion for increased access to the law library within 5 days of receipt of a copy of that motion.

**SO ORDERED**.

Signed: October 31, 2005.                                           /s/
                                                                          ROSEMARY M. COLLYER
                                                                          United States District Judge