AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Premises known as 1314 Belmont Street, N.W.,
Washington, D.C.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 04-155

(Further described below)

I ___Joseph Sopata___ being duly sworn depose and say:

I am a(n) Det. with the Metropolitan Police Department, Special Investigation Div. and have reason to believe
           (Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
Premises known as 1314 Belmont Street, N.W., Washington is described as a 3 story attached row home constructed of brick bldg. The front windows are trimmed in white and the numbers 1314 are affixed to the right of the front door. Entrance of the bldg. is gained through a black iron security gate and behind that is white door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

SEE ATTACHMENT A

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

concerning a violation of Title _21_ United States Code, Section _846_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Elisabeth Poteat
Organized Crime & Narcotics Drug Trafficking
(202) 514-7067

Signature of Affiant
Joseph Sopata, Detective
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

March 15, 2004
Date

at Washington, D.C.

John M. Facciola
U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Premises know as 1314 Belmont Street, N.W.,
Washington, D.C.

## SEARCH WARRANT

CASE NUMBER: 04-155

TO: __Detective Joseph Sopata__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective Joseph Sopata__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

Premises known as 1314 Belmont Street, N.W., Washington is described as a 3 story attached row home constructed of brick bldg. The front windows are trimmed in white and the numbers 1314 are affixed to the right of the front door. Entrance of the bldg. is gained through a black iron security gate and behind that is white door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHED A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __March 25, 2004__
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

March 15, 2004
Date and Time Issued

John M. Facciola
U.S. Magistrate Judge
Name and Title of Judicial Officer

at Washington, D.C.

_[signature]_
Signature of Judicial Officer

ATTACHMENT A

(a) Any illegal controlled substances.

(b) Indicia of drug trafficking, including, but not limited to scales, cutting agents, cutting tools, drug paraphernalia for processing, packaging and/or distributing controlled substances.

(c) Books, records, receipts, notes, ledgers, and other papers including any computerized or electronic records, relating to the transportation ordering, purchase and distribution of any controlled substances.

(d) Address and/or telephone books and papers reflecting names, addresses and/or telephone numbers, including but not limited to computerized or electronic address and/or telephone records.

(e) Books, records, receipts, bank statements and money drafts, letters of credit, money orders and cashier's checks, receipts, passbooks, bank checks, and any other items evidencing the obtaining, secreting, transfer, and/or concealment of assets.

(f) Proceeds of narcotics violations including United States currency, precious metals, jewelry and financial instruments, including but not limited to stocks and bonds.

(g) Photographs, including photographs of co-conspirators, assets, weapons, and/or controlled substances, and other documents identifying associates and co-conspirators.

(h) Indicia of occupancy, residence and/or ownership of the premises, including but not limited to utility and telephone bills, canceled envelopes, and keys.

(i) Indicia of travel, including, but not limited to passports, visas, airline tickets, boarding passes, and airline receipts.

(j) Any and all devices used to store and count money, such as safes (combinations or lock type) and money counting machines.

(k) Weapons, handguns, and ammunition and any related evidence, such as firearms manuals, original firearms packaging, expended rounds, and gun storage or cleaning materials.

(l) Any locked or closed containers believed to contain any of the above listed evidence.

AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Premises known as 1200 G Street, N.E.
Washington, D.C.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 04-168

(Further described below)

I __Joseph Sopata__ being duly sworn depose and say:

I am a(n) __Det. with the Metropolitan Police Department, Special Investigation Div.__ and have reason to believe
         (Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

The property commonly known as 1200 G Street, N.E. is a two story attached row home constructed of brick grey in color. The numerals 1200 are affixed above the front entrance door. The front door is clear glass with a black rod iron storm door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

      SEE ATTACHMENT A

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

concerning a violation of Title __21__ United States Code, Section __846__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof    ☒ YES  ☐ NO

Elisabeth Poteat
Organized Crime & Narcotics Drug Trafficking
(202) 514-7067

Signature of Affiant
Joseph Sopata, Detective
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

__March 15, 2004__    at Washington, D.C.
Date

John M. Facciola
U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Premises know as 1200 G Street, N.E.
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 04-168

TO: __Detective Joseph Sopata__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective Joseph Sopata__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

The property commonly known as 1200 G Street, N.E. is a two story attached row home constructed of brick grey in color. The numerals 1200 are affixed above the front entrance door. The front door is clear glass with a black rod iron storm door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHED A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __March 25, 2004__
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

__Mar 15, 2004__                    at Washington, D.C.
Date and Time Issued

John M. Facciola
U.S. Magistrate Judge
Name and Title of Judicial Officer                Signature of Judicial Officer

ATTACHMENT A

(a) Any illegal controlled substances.

(b) Indicia of drug trafficking, including, but not limited to scales, cutting agents, cutting tools, drug paraphernalia for processing, packaging and/or distributing controlled substances.

(c) Books, records, receipts, notes, ledgers, and other papers including any computerized or electronic records, relating to the transportation ordering, purchase and distribution of any controlled substances.

(d) Address and/or telephone books and papers reflecting names, addresses and/or telephone numbers, including but not limited to computerized or electronic address and/or telephone records.

(e) Books, records, receipts, bank statements and money drafts, letters of credit, money orders and cashier's checks, receipts, passbooks, bank checks, and any other items evidencing the obtaining, secreting, transfer, and/or concealment of assets.

(f) Proceeds of narcotics violations including United States currency, precious metals, jewelry and financial instruments, including but not limited to stocks and bonds.

(g) Photographs, including photographs of co-conspirators, assets, weapons, and/or controlled substances, and other documents identifying associates and co-conspirators.

(h) Indicia of occupancy, residence and/or ownership of the premises, including but not limited to utility and telephone bills, canceled envelopes, and keys.

(i) Indicia of travel, including, but not limited to passports, visas, airline tickets, boarding passes, and airline receipts.

(j) Any and all devices used to store and count money, such as safes (combinations or lock type) and money counting machines.

(k) Weapons, handguns, and ammunition and any related evidence, such as firearms manuals, original firearms packaging, expended rounds, and gun storage or cleaning materials.

(l) Any locked or closed containers believed to contain any of the above listed evidence.

AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Premises know as 1226 G Street, N.E.
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 04-163

TO: __Detective Joseph Sopata__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective Joseph Sopata__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

The property commonly known as 1226 G Street, N.E. is described as a two story attached row house constructed of stones that are gray in color. The entrance door is white in color which is an outer door and the inner door to 1226 G St. N.E. is black in color which directly behind the white door. Both doors described are front doors t0 1226 G St. N.E.. The numerals 1226 are affixed above the front doorway in gold numbers.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHED A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _March 25, 2004_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

_5 MAR 2004_                                        at Washington, D.C.

Date and Time Issued   _John M. Facciola_
_U.S. Magistrate Judge_

Name and Title of Judicial Officer                  Signature of Judicial Officer

ATTACHMENT A

(a) Any illegal controlled substances.

(b) Indicia of drug trafficking, including, but not limited to scales, cutting agents, cutting tools, drug paraphernalia for processing, packaging and/or distributing controlled substances.

(c) Books, records, receipts, notes, ledgers, and other papers including any computerized or electronic records, relating to the transportation ordering, purchase and distribution of any controlled substances.

(d) Address and/or telephone books and papers reflecting names, addresses and/or telephone numbers, including but not limited to computerized or electronic address and/or telephone records.

(e) Books, records, receipts, bank statements and money drafts, letters of credit, money orders and cashier's checks, receipts, passbooks, bank checks, and any other items evidencing the obtaining, secreting, transfer, and/or concealment of assets.

(f) Proceeds of narcotics violations including United States currency, precious metals, jewelry and financial instruments, including but not limited to stocks and bonds.

(g) Photographs, including photographs of co-conspirators, assets, weapons, and/or controlled substances, and other documents identifying associates and co-conspirators.

(h) Indicia of occupancy, residence and/or ownership of the premises, including but not limited to utility and telephone bills, canceled envelopes, and keys.

(i) Indicia of travel, including, but not limited to passports, visas, airline tickets, boarding passes, and airline receipts.

(j) Any and all devices used to store and count money, such as safes (combinations or lock type) and money counting machines.

(k) Weapons, handguns, and ammunition and any related evidence, such as firearms manuals, original firearms packaging, expended rounds, and gun storage or cleaning materials.

(l) Any locked or closed containers believed to contain any of the above listed evidence.

AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Premises known as 1825 M Street, N.E.,
Apartment # 4
Washington, D.C.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 04-171

(Further described below)

I __Joseph Sopata__ being duly sworn depose and say:

I am a(n) __Det. with the Metropolitan Police Department, Special Investigation Div.__ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
The property commonly known as 1825 M Street, N.E. Washington, D.C. apartment #4 is a two story bldg. constructed of brick which is brown in color. The front door of 1829 M St. is white in color.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

   SEE ATTACHMENT A

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

concerning a violation of Title __21__ United States Code, Section __846__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Elisabeth Poteat
Organized Crime & Narcotics Drug Trafficking
(202) 514-7067

Signature of Affiant
Joseph Sopata, Detective
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

___March 15, 2004___       at Washington, D.C.
Date
      J. M. Facciola
      U.S. Magistrate Judge
_____        _____
Name and Title of Judicial Officer        Signature of Judicial Officer

## ATTACHMENT A

    (a)    Any illegal controlled substances.

    (b)    Indicia of drug trafficking, including, but not limited to scales, cutting agents, cutting tools, drug paraphernalia for processing, packaging and/or distributing controlled substances.

    (c)    Books, records, receipts, notes, ledgers, and other papers including any computerized or electronic records, relating to the transportation ordering, purchase and distribution of any controlled substances.

    (d)    Address and/or telephone books and papers reflecting names, addresses and/or telephone numbers, including but not limited to computerized or electronic address and/or telephone records.

    (e)    Books, records, receipts, bank statements and money drafts, letters of credit, money orders and cashier's checks, receipts, passbooks, bank checks, and any other items evidencing the obtaining, secreting, transfer, and/or concealment of assets.

    (f)    Proceeds of narcotics violations including United States currency, precious metals, jewelry and financial instruments, including but not limited to stocks and bonds.

    (g)    Photographs, including photographs of co-conspirators, assets, weapons, and/or controlled substances, and other documents identifying associates and co-conspirators.

    (h)    Indicia of occupancy, residence and/or ownership of the premises, including but not limited to utility and telephone bills, canceled envelopes, and keys.

    (i)    Indicia of travel, including, but not limited to passports, visas, airline tickets, boarding passes, and airline receipts.

    (j)    Any and all devices used to store and count money, such as safes (combinations or lock type) and money counting machines.

    (k)    Weapons, handguns, and ammunition and any related evidence, such as firearms manuals, original firearms packaging, expended rounds, and gun storage or cleaning materials.

    (l)    Any locked or closed containers believed to contain any of the above listed evidence.