### FEDERAL BUREAU OF INVESTIGATION
### WASHINGTON, D.C.

**Affidavit in Support of a Search Warrant**
**United States District Court for the District of Columbia**

===================================================================================

Your affiant, Detective Joseph F. Sopata of the Metropolitan Police Department, (MPD) Washington, D.C., having been duly sworn, states:

## I. INTRODUCTION

1.    Your Affiant, Detective Joseph F. Sopata, is a Detective with the Special Investigations Division of the Metropolitan Police Department in Washington, D.C. Your Affiant has been assigned to a joint task force, which targets narcotics related street violence, for over ten (10) years and he is currently assigned in that capacity. The task force is a combined effort of the Metropolitan Police Department and the Federal Bureau of Investigation ("FBI") known as the "Safe Streets Task Force." Your Affiant has been a sworn police officer since 1990 and has been assigned to a designated narcotics investigative unit since 1991.

2.    Your Affiant has attended and completed several training courses related to the investigation and prosecution of violations of the laws governing the illicit drug trade; the basic narcotics training course given by the United States Drug Enforcement Administration ("DEA") and the Vice Investigation School given by the Metropolitan Police Department. In addition, your Affiant was the first Washington D.C. detective assigned to the United States Justice Department's Federal Weed and Seed Task Force over ten (10) years ago. The Weed and Seed initiative is a joint

1

04309

federal/local initiative whereby vigorous narcotics enforcement is followed by intensive community involvement.

3.    In his capacity as a narcotics agent, your Affiant is responsible for conducting investigations into all aspects of trafficking of illicit narcotics. This includes investigation into the possession, possession with the intent to distribute, and distribution of various controlled substances. Since 1991, your Affiant has been involved in hundreds of narcotics cases investigating violations of the narcotics laws of the United States and District of Columbia. Further, your Affiant has been the lead detective on over one hundred (100) cases and has been the controlling agent for over fifty (50) confidential sources. Your Affiant has been the affiant on over one hundred (100) search and arrest warrants.

4.    The training and experience detailed above has assisted your Affiant in better understanding and applying the Federal and the District of Columbia's narcotic laws. The experience and training have allowed your Affiant to become familiar with the methods used to package and to distribute controlled substances including phencyclidine, ecstacy, powdered cocaine, crack cocaine, heroin and cannibus. As an experienced narcotics investigator, your Affiant has learned:

(a)    Individuals who traffic in illegal controlled substances maintain books, records, receipts, notes, ledgers, money orders, bank records, currency, safe deposit box keys, telephone calling cards, address books, telephone numbers, pager numbers, photographs and other papers relating to the transportation, storage, order, sale and distribution of controlled substances.

2

04310

Also, these items are generally maintained in the trafficker's residence, or residences of associates, friends or relatives, in the places used by drug traffickers to conduct their drug distribution activity, such as stash houses or safe houses, or in business locations with which the trafficker is associated and where the trafficker has ready access to these items.  It is also common practice for drug traffickers to utilize safes within their premises to safeguard and facilitate the concealment of the above described items;

(b)    Drug traffickers routinely conceal in their residence or the residences of family members, friends and associates, as well as their business locations, and/or in places used by drug traffickers to conduct their drug distribution activity (such as automobiles, stash houses or safe houses) large quantities of U.S. currency, financial instruments, precious metals, jewelry and other items of value, which are the proceeds of illegal controlled substance transactions;

(c)    It is also common for drug traffickers to secrete contraband related to their drug trafficking activity, such as scales, razors, packaging materials, cutting agents, cooking utensils, strainers, microwave ovens, pots, dishes, vials and other containers for preparing and packaging, controlled substances for distribution, at their residence, or the residences of family members, friends or associates, in their business locations, or in the places used by drug traffickers to conduct their drug distribution activity, such as stash houses or safe houses

(d)    Drug traffickers commonly maintain telephone number and address books, or papers which reflect names, addresses and/or telephone numbers for other associates of their illegal organization.  These individuals often utilize telephones, cellular telephones and pagers to

3

maintain contact with other associates of their illegal businesses, and these telephone records, bills and pager numbers are often found in their places of residence, or the residences of family members, friends or associates, in their business locations, or in places used by drug traffickers to conduct their drug distribution activity, such as stash houses or safe houses;

(e)    Drug traffickers often take photographs of themselves, their associates, their property and illegal contraband.  These photographs are usually maintained in their places of residence, or the residences of family members, friends or associates, in their business locations, or in the places used by drug traffickers to conduct their drug distribution activity, such as stash houses or safe houses;

(f)    Drug traffickers often own, possess and use weapons to facilitate their illegal drug trafficking activities.  These weapons are most often secreted in their places of residence, or the residences of family members, friends or associates, in their business locations, or in the places used by drug traffickers to conduct their drug distribution activity, such as stash houses or safe houses.

(g)    Drug traffickers often use safe deposit boxes to amass, retain and conceal their illegal proceeds to avoid detection.  Deposits to bank accounts create an accessible record (or paper trail) of deposits, withdrawal and transfer of funds and banks are required to report cash transactions in excess of $10,000 to the Internal Revenue Service (IRS).  Safe deposit boxes, which are readily accessible to drug traffickers, provide a "safe haven" for illegal drug proceeds where there is no such accounting.

(h)    Drug traffickers often use coded language and terms to disguise conversations

4

about their drug activities. Drug traffickers also frequently use electronic paging devices commonly known as "pagers" or "beepers" to communicate with co-conspirators. A common technique among drug traffickers is to transmit pre-arranged numerical codes to the pager to communicate information, such as price or quantity of drugs, to the individual in possession of the pager.

(i)      Computer hardware, software, documentation, passwords, data security devices, and data may be integral tools of narcotics trafficking and money laundering and may constitute the means of committing these and other crimes. Traffickers often keep computers and computer related equipment in their home and utilize the equipment to keep detailed records of their narcotics transactions. Various computer software programs originally designed for balancing home finances are often utilized by traffickers to keep track of drug profits and to launder the money earned through illicit narcotics trafficking. In addition, because information can be easily hidden in a computer in a manner that would prevent immediate identification (for example, coded file names or encryption) and because computer storage devices can be used to store the equivalent of thousands of pages of information (which could take weeks or months to sort), it is often necessary to seize an entire computer system so that a qualified computer expert can accurately retrieve the system's data in a controlled laboratory setting.

(j).      This affidavit is based, in part, upon information provided to the affiant and by other Special Agents of the FBI, conversations with officers from the Washington, D.C., Metropolitan Police Department (MPD), Court-authorized interception of wire communications, consensually monitored telephone calls, information provided by cooperating individuals and undercover police officers, controlled purchases of illegal drugs, physical surveillance, and other

5

information gathered during the course of this investigation. Since this affidavit is being submitted for the limited purpose of securing authorization for the search of various places, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of the search warrants requested herein. Along those lines, the Court should note that while there is reference made in this affidavit to intercepted telephone conversations, only a sampling of pertinent calls are summarized in the document. This is for illustrative purposes, and is by no means an exhaustive list of the relevant conversations that were intercepted (as this number would reach into the thousands).

(k).    As a result of my personal participation in this investigation, as well as through interviews with and analysis of reports submitted by other Special Agents of the FBI, and officers of the MPD who are involved in this investigation, I am familiar with all aspects of this investigation. On the basis of this familiarity, and on the basis of other information which I have reviewed and determined to be reliable, I allege the facts to show that there is probable cause to believe that the fruits, evidence and instrumentalities of violations of the following federal offenses, among others, are presently to be found at the addresses listed in Section II (below), and further described in Attachment B of this affidavit:

(i)   Possession with intent to distribute and distribution of controlled substances, in violations of Title 21, United States Code § 841(a)(1);

(ii)  Use of communication facilities to facilitate the commission of the above offenses involving controlled substances, in violation of Title 21 United States Code §§ 843(b);

(iii) Conspiracy to commit such offenses, in violation of Title 21 United

6

04314

States Code §§ 846.

## II.   Property to be Seized

A.      Books, records, receipts, notes and other papers relating to the transportation, ordering, purchase and distribution of controlled substances, in particular phencyclidine, also known as PCP, cocaine base, also known as "crack" cocaine, and Ecstasy, or other controlled substances.

B.      Address and/or telephone books and papers reflecting names, addresses and/or telephone numbers.

C.      Books, records, receipts, bank statements, money drafts, letters of credit, money orders and cashier's checks, passbooks, bank checks, safety deposit box keys, and any other items evidencing the obtaining, secreting, transfer, concealment, storage and/or expenditure of money.

D.      United States currency, precious metals, jewelry and financial instruments, stocks and bonds.

E.      Photographs, in particular photographs of co-conspirators, assets and/or controlled substances.

F.      Weapons, including but not limited to revolvers, semi-automatic pistols, rifles and ammunition.

G.      Cellular telephones, pagers and records and receipts reflecting their ownership and use.

H.      Safes, both combination and key type, and their contents.

I.      Indicia of occupancy, residence and/or ownership of the premises described herein, including, but not limited to utility and telephone bills, canceled envelopes and keys.

7

04315

J.      Any and all electronic data processing and storage devices, computers and computer systems, keyboards, Central Processing Units, external and/or internal drives, external and internal storage devices such as magnetic tapes and/or disks or diskettes, together with system documentation, operating logs and documentation, software and instruction manuals, passwords, test keys, and encryption codes or similar codes that are necessary to access computer programs.

## III.   PARTICULARIZED DESCRIPTIONS OF LOCATIONS TO BE SEARCHED

5.      This affidavit is respectfully submitted in support of an application for the issuance of a search warrant for numerous places associated with JOHN L. FRANKLIN, and his drug-trafficking associates and co-conspirators. Authority to search the following places is sought herein:

### 1314 Belmont Street, N.W., Washington, D.C.

The property commonly known as 1314 Belmont Street, N.W.,Washington, D.C., is described as a three story attached row home constructed of brick. The front windows are trimmed in white, and the numbers 1314 are affixed to the right of the front door. Entrance to the building is gained through a black iron security gate and behind that is a white door.

### 1200 G Street, N.E., Washington, D.C.

The property commonly known as 1200 G Street, N.E., Washington, D.C., is a two story attached row home constructed of brick, gray in color. The numerals 1200 are affixed above the front entrance door. The front door is clear glass with a black wrought iron storm door.

### 1716 M Street N.E., Washington, D.C.

The property commonly known as 1716 M Street, N.E., is a two level attached row home constructed of tan bricks. The front door to this location is brown in color. There are black

8

04316

shutters on most of the windows. The numerals 1716 are affixed to this dwelling and are to the left of the front door.

### 105 Galveston Street, S.W., Apartment B1, Washington, D.C.,

The property commonly known as 105 Galveston Street, S.W., Apartment B1, Washington, D.C., is described as a three story brick apartment building. The front door is made of glass. The numbers 105 are affixed to the building to the left of the door. The door to B1 is blue in color with the markings B1 on the door.

### 2723 Shipley Terrace, Apartment #3, S.E., Washington, D.C.

The property commonly known as, 2723 Shipley Terrace, S.E., Apartment #3, Washington, D.C., is a three story white brick building with the numbers 2723 above the front door, which is blue in color. Apartment # 3 is located on the first floor on the left. The door is blue and marked with the number 3.

### 1829 M Street, N.E., Washington, D.C., Apartment #4

The property commonly known as 1829 M Street, N.E., Apartment # 4, Washington, D.C., is a 2 story apartment building constructed of brick, which are brown in color. The front door of 1829 M Street, N.E., is green in color, with the numbers 1829 affixed to the door. The apartment to be searched is located on the top, second floor, on the right, as you reach the top of the stairs.

### 1825 M Street, N.E., Washington, D.C., Apartment #4

The property commonly known as 1825 M Street, Apartment #4, N.E., Washington, D.C., is a two story apartment building constructed of brick, which are brown in color. The front door of 1825 M Street, N.E., is white in color. The apartment to be searched is located on the top,

9

04317

second floor, on the right, as you reach the top of the stairs.

### 2429 St. Clair Drive, Hillcrest Heights, Maryland

Property commonly known as 2429 St. Clair Drive, Hillcrest Heights, Maryland, is a two story duplex home. The numbers 2429 are affixed to the dwelling. The door to 2429 is white in color with a black wrought iron security door in front of the white door.

### 1710 M Street N.E., Washington, D.C.

The property commonly known as 1710 M Street, N.E., Washington, D.C., is a two level attached row home constructed of tan colored bricks. The front door to this location is brown in color and is secured by a black wrought iron security gate. The porch to this dwelling is painted gray. The numerals 1710 are affixed to this dwelling and are to the left of the front door.

### 4018 23rd Parkway, Apartment # 12, Camp Springs, Maryland

The property commonly known as 4018 23rd Parkway, Apartment #12, Camp Springs, Maryland, is described as a three story tan brick building with the numbers 4018 above the front door. The front door is a glass door. The apartment to be searched is on the ground floor and to the right with the number 12 affixed to the apartment door which is green in color.

### 925 Wahler Place, S.E., Washington, D.C.

The property commonly known as 925 Wahler Place, S.E., Washington, D.C., is described as a two story row home. The front door to 925 is red in color with a white storm door. The numbers 925 are affixed to the front of the dwelling above the door.

### 1218 18th Street, N.E., Washington, D.C.

The property commonly known as 1218 18th Street, N.E., Washington, D.C. is a two

10

04318

story attached row house constructed of brick. The numbers 1218 are affixed to the front porch of this address to the right of the front door. The front door is is white in color trimmed in gold. There is a black security door in front of the outside front door.

### 2645 Douglas Road, Apartment #301, S.E., Washington, D.C.

Property commonly known as 2645 Douglas Road, Apartment #301, S.E., Washington, D.C., is a three story building containing four (4) separate apartments. The apartment to be searched is on the third (top) floor on the left side. The apartment door is blue in color and is marked with 301 on the knocker. The building has a blue awning over the front door and is marked with the numbers 2645, the front door to the building is a lock-out door and is blue in color.

### 5507 Marlboro Pike, Apartment #15, Forestville, Maryland,

The property commonly known as 5507 Marlboro Pike, Apartment #15, Forestville, Maryland, is a three story apartment building constructed of brick. The numbers 5507 are affixed to the building above the front door on a green awning. The apartment to be searched is on the third floor and the number 15 is affixed to the apartment door, which is green in color.

### 6013 Applegarth Place, Capitol Heights, Maryland

The property commonly known as 6013 Applegarth Place, Capitol Heights, Maryland is a two story attached row home that is blue in color with a blue in color front door. The numbers 6013 are affixed to the building to the left of the front door. The residence has gray shutters attached to the building.

### 7626 Newberg Drive, Lanham, Maryland

The property commonly known as 7626 Newberg Drive, Lanham, Maryland, is a two

11

story split level single family, detached home. The single family home is constructed of brown brick and brown siding. The front door is brown in color with a white storm door. The garage door is brown in color and has brown shutters around the windows. The numbers 7626 are affixed to the outside of this single family home.

### 1226 G Street, N.E., Washington, D.C.

The property commonly known as 1226 G Street, N.E., Washington, D.C., is described as a two story attached row house constructed of stones that are gray in color. The entrance door is white in color, which is an outer door, and the inner door to 1226 G Street, N.E., is black in color and is directly behind the white door. Both doors described are front doors to 1226 G Street, N.E. The numerals 1226 are affixed above the front doorway in gold numbers.

### 6010 Logan Way, Apartment #C3, Bladensburg, Maryland

The property commonly known as 6010 Logan Way, Apartment C3, Bladensburg, Maryland, is described as 3 story apartment building constructed of brown brick and yellow siding. The door to C3 is green in color, and contains the markings C3.

### 300 Yoakum Parkway, Apartment 1126, Alexandria, Virginia

Property commonly known as 300 Yoakum Parkway, Apartment #1126, Alexandria, Virginia, is described as a 15 story high rise apartment complex. The apartment to be searched is on the eleventh floor and to the right as you exit the elevator. The door to 1126 is brown in color, with the numbers 1126 affixed to the door on the knocker.

### 1712 M Street, N.E., Washington, D.C.

The property commonly known as 1712 M Street, N.E., Washington, D.C., is a two

04320

level attached row home constructed of tan brick. The front door to this location is white. The numbers 1712 are affixed to the outside of the dwelling.

### 1718 M Street N.E., Washington, D.C.

The property commonly known as 1718 M Street, N.E., is a two level attached row home constructed of tan bricks. The front door to this location is black in color and is secured by a black wrought iron security gate. There front porch to this location is a red in color.

### 1211 18th Place N.E., Washington, D.C., Upstairs Left Apartment, Apt. #4

The property commonly known as 1211 18th Place, N.E.,Washington, D.C. The apartment to be searched inside of 1211 18th Place is the upstairs apartment on the left. There are four apartments in this building. There are two on the ground floor as you enter the front door of 1211 18th Place, N.E., and two on the top floor – one on the right and one on the left. The apartment to be searched is on this top floor and to the left, and the door is brown in color. The front door to 1211 18th Place, N.E., is white in color and the numerals 1211 are affixed to the awning to the right of the door.

### 1226 18th Place, N.E., Washington, D.C., Downstairs left apartment, Apt. #1

The property commonly known as 1226 18th Place, N.E., Washington, D.C., containing the downstairs left apartment, Apartment #1, is a two story apartment building constructed of brick. The front entrance door to this building is white in color. The numbers 1226 are affixed above the front door on a purple awning. The apartment to be searched is on the ground floor and to the left as you enter the building. There are only two apartments on the ground floor, one on the left and one on the right as you enter. The apartment to be searched is on the left.

13

04321

**1226 18th Place, N.E., Washington, D.C., Downstairs right apartment, Apartment #2**

The property commonly known as 1226 18th Place, N.E., Washington, D.C., containing the downstairs right apartment, Apartment #2, is a two story apartment building constructed of brick. The front entrance door to this building is white in color. The numbers 1226 are affixed above the front door on a purple awning. The apartment to be searched is on the ground floor and to the right as you enter the building. There are only two apartments on the ground floor, one on the left and one on the right as you enter. The apartment to be searched is on the right.

IV.    **THE CRIMINAL ORGANIZATION**

**BACKGROUND**

6.    Your affiant has participated in an investigation which targets PCP, cocaine base (also known as "crack"), and Ecstacy traffickers operating in the District of Columbia, Virginia, Maryland, and elsewhere. The investigation into this narcotics conspiracy began in August, 2002, and is being investigated in conjunction with Task Force Members. One of the main targets of this investigation is JOHN L. FRANKLIN (hereinafter referred to as "FRANKLIN"). Your affiant has reason to believe that FRANKLIN is a large-scale narcotics trafficker operating in the Washington, D.C., Metropolitan area. In summary, a base of information has been developed which links FRANKLIN to continuous and large scale trafficking of, among other PCP, crack cocaine, and Ecstacy in Washington, D.C., Virginia, and Maryland, among other places, over the past several months.

7.    Based on the investigation in which your affiant has participated, it was a principal

14

goal of the conspiracy that, in order to obtain as much money and other things of value as possible, co-conspirators acquired PCP, ecstacy, and cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere.  It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances; to collect monies owed to members of the conspiracy; to protect the conspiracy and its members from detection, apprehension and prosecution by law enforcement; and to promote and enhance the reputation and standing of members of the conspiracy.

        8.     Based on the investigation in which your affiant has participated,  for the reasons which will be set forth herein, there is probable cause to believe that JOHN L. FRANKLIN; MICHAEL ABNEY; JOSEPH L. BLACKSON (currently incarcerated), also known as "JOE BLACK"; KENNETH A. COLE, also known as "CRICKET"; ANTHONY R. DAVIS, also known as "FOOTBALL"; KENNETH DODD, also known as "K," and "K-DOG"; CEASAR HARRIS; JAMES D. HILL, also known as "FOXY"; JAMAL HINSON (currently incarcerated); SHAWN HINSON, also known as "JACK"; CANDICE HOWARD; ELIZABETH LEE;  JONTE D. ROBINSON (currently incarcerated), also known as "TAY"; WILLIAM D. ROBINSON, also known as "DEE"; LATISHA SINCLAIR also known as "TISH," RONNIE TUCKER, also known "TUCK," WILLIAM H. SIMMONS, also known as "MIKE"; EDWARD N. SPEARS (currently incarcerated), also known as "JUNIOR"; DWAINE WILLIAMS, also known as DWAYNE WILLIAMS and "SCOOTER"; TRUE NAME UNKNOWN, also known as "SHUG", "DONNELL MACK," and "HERMAN WALKER," and others known and unknown to this affiant, are committing the following offenses: (i) Possession with Intent to Distribute and Distribution of

15

04323

Controlled Substances, in violation of Title 21 United States Code, Section 841(a)(1);  (ii) Conspiracy to commit such offenses, in violation of Title 21 United States Code, Section 846; and (iii) Use of Communication Facilities to Facilitate the Commission of the above offenses involving controlled substances, in violation of Title 21 United States Code, Section 843(b).

9.     The investigation was initiated in November 2002 by members of a joint FBI/MPD Safe Streets task force based in Washington, D.C. on a large criminal organization run locally by FRANKLIN.  The local organization was largely directed by the primary supplier of PCP, FRANKLIN, who directly and indirectly, managed and supervised other members of the conspiracy. As detailed below, the members of the conspiracy distributed and possessed with intent to distribute phencyclidine, also known as PCP, Ecstacy, and cocaine base, also known as crack cocaine.  The principal locations at which members of the conspiracy conducted their illegal drug business included, but were not limited to: the 1200 block of 18th Street, N.E., 1200 block of 18th Place, N.E., the 1700 and 1800 blocks of M Street, N.E., and the blocks surrounding this area, in the District of Columbia.

10.  Based on the investigation in which your affiant has participated, it has been determined that the members of the conspiracy would and did play different roles in the conspiracy, perform certain different tasks and participate in the conduct of the organization through various criminal acts. The members made themselves and their services available at various times throughout the life of the conspiracy and participated in certain drug trafficking ventures as required to promote and protect the illegal drug distribution operation.  The roles assumed by some members were interchangeable at various times throughout the conspiracy.  Some of the roles assumed and carried out by the members

16

included, among others, supplier of drugs, organizer, packager, holder, intermediary, helper, and street

seller.    It was further part of the conspiracy that, while PCP was the primary drug involved in the

conspiracy, various members of the conspiracy made it known that customers could also purchase

Ecstasy, and cocaine base, also known as crack cocaine.    As part of the conspiracy, members of the

conspiracy distributed such drugs to customers who requested them.

  11.  The early stages of the investigation of FRANKLIN disclosed that WILLIAM D.

ROBINSON is one of FRANKLIN's key associates who receives and distributes, at least, PCP and

Ecstasy, at FRANKLIN's direction.    The investigation revealed that persons associated with

FRANKLIN and WILLIAM D. ROBINSON include, but are not limited to, MICHAEL ABNEY;

JOSEPH L. BLACKSON, also known as "JOE BLACK"; KENNETH A. COLE, also known as

"CRICKET"; ANTHONY R. DAVIS, also known as "FOOTBALL"; KENNETH DODD, also

known as "K," and "K-DOG"; CEASAR HARRIS; JAMES D. HILL, also known as "FOXY";

JAMAL HINSON; SHAWN HINSON, also known as "JACK"; CANDICE HOWARD;

ELIZABETH LEE; JONTE D. ROBINSON, also known as "TAY"; LATISHA SINCLAIR also

known as "TISH," RONNIE TUCKER, also known "TUCK," WILLIAM H. SIMMONS, also known

as "MIKE"; EDWARD N. SPEARS, also known as "JUNIOR"; DWAINE WILLIAMS, also known

as DWAYNE WILLIAMS and "SCOOTER"; TRUE NAME UNKNOWN, also known as "SHUG",

"DONNELL MACK," and "HERMAN WALKER."    FRANKLIN and WILLIAM D. ROBINSON

are known to sell PCP in amounts ranging from a dipped cigarette (a single use quantity) to one ounce

(28 grams) or above, and one Ecstacy pill to 100 Ecstacy pills per transaction.    They may complete

several such transactions daily.    The people who buy  PCP and Ecstacy from FRANKLIN and

04325

WILLIAM D. ROBINSON typically re-sell to individuals during day-to-day street sales of PCP and Ecstacy in the 18th Street and M Street area.

12.     A number of other people assist FRANKLIN and WILLIAM D. ROBINSON with various aspects of their trafficking enterprise, including giving and receiving messages relevant to their drug trafficking, warning of law enforcement activity in the area, and holding, transporting and storing drugs and drug proceeds. Persons who assist FRANKLIN and WILLIAM D. ROBINSON in this manner include, but are not limited to ELIZABETH LEE, APRIL JACKSON, and TRUE NAME UNKNOWN, also known as "Monica A. BELL" or "M.A. Bell."

13.     The continued investigation of FRANKLIN revealed that HERBERT EUGENE MARTIN, also known as "WORM," is FRANKLIN's primary PCP supplier. Based upon surveillance, wiretap telephone calls, and the volume of street level sales, among other information, it was learned in the investigation that HERBERT EUGENE MARTIN met with FRANKLIN on a frequent basis, and supplied sufficient quantities to FRANKLIN for him to distribute to the individuals who sell in the immediate area surrounding 18th & M St. area, and for him to make sales to individual customers, both within the 18th Street and M Street area, and elsewhere.

14.     Together, the people described in paragraphs 12 through 14 above, are engaged in a continuing narcotics conspiracy that is responsible for the distribution of a significant amount of PCP, as well as other narcotics, in the 18th Street and M Street area of Washington, D.C. As indicated above, FRANKLIN obtains PCP in bulk quantities from HERBERT EUGENE MARTIN. FRANKLIN then has members of his organization systematically prepare, package, and sell the PCP until the drugs eventually make their way to the lowest-level members of the organization, who sell

18

04326

them to the actual users.

### USE OF COOPERATING INDIVIDUALS (CI's)
### AND UNDERCOVER POLICE OFFICERS (UCO's)

15.     During the course of this investigation, information has been provided by several

Cooperating Individuals, hereafter referred to as CIs. Information furnished by CIs was corroborated,

when possible, through independent investigation, including physical and electronic surveillance,

controlled purchases of illegal drugs, review of available records, and analyses of telephone and pen

register data. At no time was any information provided by a CI found to be materially inaccurate.

### COOPERATING WITNESS INFORMATION (CW-1)

16.     The identity of the individual hereafter referred to as CW-1 has been concealed out of

fear of retribution by those described in this affidavit. CW-1 has agreed to testify at the conclusion

of this investigation if necessary. CW-1 is personally acquainted with a number of persons who are

actively engaged in the distribution of illegal drugs in the Washington, D.C. area, including several

members of conspiracy centered in the 18th Street and M Street area. It is through CW-1's personal

interaction with these persons that CW-1 has come to know details concerning the members of the

conspiracy and the manner in which it functions.

17.     CW-1 has a criminal history. However, this background permits CW-1 to be present

with members of the conspiracy as they engage in otherwise confidential conversations and commit

various criminal acts. CW-1 is not presently incarcerated, but is on parole. There are no charges

pending against CW-1. CW-1 has been paid for the assistance "it" has rendered in connection with

this matter, and it is likely to receive subsequent payments for its continued cooperation.

18.     CW-1 has been cooperating with the FBI and Task Force members for seventeen (17)

19

04327

months. The information provided by CW-1 has proven consistently reliable and has been corroborated by independent investigation. CW-1 has never been known to provide information which was found to be false or misleading. CW-1 has participated in a minimum of nineteen (19) controlled narcotics purchases. There are consensually recorded telephone conversations in relation to these purchases, which were made at the direction of law enforcement. CW-1 has completed a minimum of forty (40) consensually recorded telephone calls, introduced undercover police officers to targets of this investigation. Additionally, CW-1 has provided information to your affiant and/or other law enforcement officials that is pertinent to this investigation, such as telephone numbers, descriptions of vehicles, names, addresses, and other information which has been corroborated by law enforcement and by information from another confidential source.

19.    Since August, 2002, CW-1 has provided the FBI and MPD with information concerning a narcotics distribution conspiracy involving FRANKLIN and others. CW-1 provided information that was utilized by an undercover officer (UCO-1) to allow a self introduction to FRANKLIN and JOSEPH L. BLACKSON, where UCO-1 was able to conduct a minimum of four (4) controlled narcotics purchases from FRANKLIN and conduct at least eleven (11) from JOSEPH L. BLACKSON. CW-1 and a second UCO-2 have made at least seven (7) additional controlled narcotics (PCP, crack cocaine, Ecstasy) purchases from targets in the investigation, including, but not limited to, purchases involving ANTHONY R. DAVIS, KENNETH DODD, and SHAWN HINSON. The transactions with FRANKLIN and JOSEPH L. BLACKSON were arranged by consensually recorded calls to FRANKLIN and JOSEPH L. BLACKSON.

**COOPERATING WITNESS INFORMATION (CW-2)**

20.    The identity of the individual hereafter referred to as CW-2 has been concealed out of

20

04328

fear of retribution by those described in this affidavit. CW-2 has agreed to testify at the conclusion

of this investigation if necessary. CW-2 is personally acquainted with a number of persons who are

actively engaged in the distribution of illegal drugs in the Washington, D.C. area, including several

members of the conspiracy. It is through CW-2's personal interaction with these persons that CW-2

has come to know details concerning the members of the conspiracy and the manner in which it

functions.

      21.     CW-2 has a criminal history. It is this background, however, which permits CW-2 to

be present with members of the members of the conspiracy as they engage in otherwise confidential

conversations and commit various criminal acts. CW-2 is not presently incarcerated, but is on parole.

There are no charges pending against CW-2. CW-2 has been paid for the assistance "it" has rendered

in connection with this matter, and it is likely to receive subsequent payments for its continued

cooperation.

      22.     CW-2 has been cooperating with the FBI and Task Force members for sixteen (16)

months. The information provided by CW-2 has proven consistently reliable and has been

corroborated by independent investigation. CW-2 has never been known to provide information

which was found to be false or misleading. CW-2 has participated in a minimum of six (6) controlled

narcotics purchases, involving, among others, JOSEPH L. BLACKSON, JAMES D. HILL, JONTE

D. ROBINSON. CW-2 has completed a minimum of six (6) consensually monitored and recorded

conversations, and introduced one (1) UCO to targets of this investigation. Additionally, CW-2 has

provided information to your affiant and/or other law enforcement officials that is pertinent to this

investigation, such as telephone numbers, descriptions of vehicles, names, addresses, and other

information which has been corroborated by law enforcement and by information from another

21

confidential source.

## UNDERCOVER POLICE OFFICERS (UCO-1, UCO-2, & UCO-3)

23.    UCO-1 is a police officer with the Washington, D.C. Metropolitan Police Department. In January of 2003, UCO-1 was able to drive into the 18th Street and M Street area and meet with FRANKLIN and other members of the conspiracy. With the assistance of the information from CW-1, UCO-1 was able to develop sufficient trust with the members so that UCO-1 could buy PCP, and other narcotics, directly from top members of the conspiracy. UCO-1 has been able to purchase narcotics involving, among others, FRANKLIN (PCP, crack cocaine, and Ecstasy), JOSEPH L. BLACKSON (PCP), KENNETH DODD (PCP, crack cocaine), CANDICE HOWARD (PCP), WILLIAM H. SIMMONS (PCP), WILLIAM D. ROBINSON (PCP), and EDWARD N. SPEARS (PCP).

24.    UCO-2 is a police officer with the Washington, D.C. Metropolitan Police Department. In November of 2002, with the assistance of CW-2, UCO-2 was able to drive into the 18th Street and M Street area and meet with members of the conspiracy. UCO-2 has been successful in purchasing PCP, crack cocaine, and Ecstacy from members of the conspiracy. UCO-1 has made narcotics purchases involving, among others, ANTHONY R. DAVIS (PCP), KENNETH DODD (PCP, crack cocaine, and Ecstasy), JAMAL HINSON (PCP), SHAWN HINSON (PCP), and JONTE D. ROBINSON (PCP and Ecstasy).

25.    UCO-3 is a police officer with the Washington, D.C. Metropolitan Police Department. In July of 2003, with the assistance of UCO-1, was able to drive into the 18th Street and M Street area and meet with members of the conspiracy. UCO-3 has been successful in purchasing narcotics from, among others, FRANKLIN (PCP, crack cocaine and Ecstasy),

04330

KENNETH DODD (PCP, crack cocaine, and Ecstasy), and WILLIAM D. ROBINSON (PCP and

Ecstasy).

### UNDERCOVER PCP, CRACK COCAINE AND Ecstasy BUYS

26.     The involvement of FRANKLIN and other members of his organization in the sale and

distribution of PCP,  Cocaine Base and Ecstasy  has been clearly demonstrated  through the

completion of more than fifty (50) undercover narcotics purchases from, among others, FRANKLIN,

JOSEPH L. BLACKSON, ANTHONY R. DAVIS, KENNETH DODD, JAMAL HINSON, SHAWN

HINSON, CANDICE HOWARD, JONTE D. ROBINSON, WILLIAM D. ROBINSON, WILLIAM

H. SIMMONS, and EDWARD N. SPEARS, during the period between November, 2002, through

October, 2003.  These undercover purchases netted approximately 47 ounces of liquid PCP, 316

grams of cocaine base, and 487 Ecstacy pills at a total cost of more than $40,000.

27.     During the most recent undercover PCP and Ecstacy purchase from FRANKLIN

(October 28, 2003), for example, UCO-1 told FRANKLIN that she had $1500.00 and that she wanted

two (2) ounces of PCP for her regular price of $500.00 per ounce and had the remaining $500.00 for

Ecstacy pills. FRANKLIN said that he could sell to the UCO-1 the 2 ounces of PCP.  He indicated

that he did not have enough pills for the $500.00, but said he would take care of her.  FRANKLIN

walked over to his black Ford Expedition (DC AY7768) and got inside.  A few minutes later,

FRANKLIN walked back over to UCO-1, who was sitting in the undercover car.  FRANKLIN

handed to her, through the driver side window of the undercover car,  four (4) clear glass bottles of

PCP, and 35 Ecstasy pills.  The UCO-1 then handed $1500.00 to FRANKLIN.

28.     Additionally, while the above transaction was occurring with UCO-1 in the undercover

23

04331

vehicle, KENNETH DODD sold $1000 in crack cocaine to a second undercover officer, UCO-3, at the same time from the other side of the vehicle.

## CONSENSUALLY MONITORED CALLS

29. The calls between FRANKLIN and the UCO-1 and CW-1's telephones were consensually recorded. The conversations were often peppered with coded language. Therefore, pertinent conversations with interpretations of the coded talk are summarized below. Where interpretations are made by your affiant and are based on your affiant's knowledge of the use of code words/coded language by drug traffickers as well as the facts learned during this investigation (including information provided by CW-1).

30. Between 1/27/03 and present, most conversations between members of the conspiracy and the UCOs about the buying and selling of PCP, Ecstacy, and cocaine were recorded. All of these calls were monitored either in the time in which they took place, or immediately afterward by the agents assigned to the investigation, including your affiant. The recorded conversations included calls to and from FRANKLIN's telephone. As a result of studying these conversations, investigators have concluded that FRANKLIN and his associates are distributors of large quantities of narcotics in the 18th and M Streets area of Washington, D.C. The following is an illustration of these calls:

31. On 4/10/03, UCO-1 called FRANKLIN on the FRANKLIN target telephone, and told him that UCO-1 would need "three whole ones." FRANKLIN said that "he was cool," but that he might not have three whole ones, and that he might have only six half ones. UCO-1 called FRANKLIN on the target telephone, when in the vicinity of 18th and M Streets, and FRANKLIN told him to meet him at the gas station located at 17th and M Streets, N.E., Washington, D.C. At the

24

04332

gas station, FRANKLIN sent WILLIAM SIMMONS to meet UCO-1 in the UC vehicle. SIMMONS

got in the UC vehicle. UCO-1 then called FRANKLIN's telephone while sitting with SIMMONS.

FRANKLIN told the UCO-1 that the six half-ounce bottles of PCP would cost $1,600.00. UCO-1

gave the money to SIMMONS; and SIMMONS gave UCO-1 the PCP.

32.    On 5/20/03, FRANKLIN returned a call from UCO-1 to him. FRANKLIN's phone

number was revealed on UCO-1's caller identification function. FRANKLIN and UCO-1 spoke about

a purchase of PCP, which was to take place on 5/21/03. FRANKLIN said he would be able to do the

deal the next day.

33.    On 5/21/03, UCO-1 called FRANKLIN at the FRANKLIN phone. UCO-1 said that

it had two, and it was looking for three full ones. FRANKLIN said that he may not be able to do

three, but that he would send three small T-shirts. FRANKLIN said he would not be able to make

it to meet the UCO, but that he would contact someone to take care of it. UCO-1 told FRANKLIN

that it may not know the person who FRANKLIN sent, and wondered aloud how it would know he

was okay. FRANKLIN replied that he would be sent by him, and he was okay. [UCO-1 informed

FRANKLIN that it had $2,000.00 and that it wanted to buy three ounces of PCP.  FRANKLIN

replied that he did not think he had enough to give UCO-1 three full ounce bottles, but he could

provide three half-ounce bottles for $780.00. FRANKLIN went on to say he would not be able to

meet the UCO-1, and that someone with whom FRANKLIN was comfortable would come to meet

UCO-1 to make the sale for FRANKLIN. FRANKLIN assured the UCO that the man would send

would be acceptable because *he* was sending him in his stead.] WILLIAM D. ROBINSON came to

meet and to sell three half-ounce bottles of PCP, for $780.00, to the UCO following this telephone

25

conversation with FRANKLIN. After this purchase UCO-1 called FRANKLIN on the FRANKLIN telephone, and tried to ask him why the PCP was so dark in color. Before UCO-1 could finish the question, FRANKLIN told to the UCO that the stuff looked like "iced tea" and that it was "all good."

34.    On 5/29/03, UCO-1 called FRANKLIN at the FRANKLIN telephone's number and asked, "What do you have for me?" FRANKLIN replied that he was ready, but he was out and would be there in 20 minutes. UCO-1 asked FRANKLIN if he could "call someone to hook me up." FRANKLIN replied he would make a call, then call UCO-1 to let it know. FRANKLIN called UCO-1 back and said he would be there in five minutes. After a few minutes FRANKLIN called UCO-1 back and said that he received a call informing him that "the area is messed up," and that he wanted to meet at the gas station on 17th Street. During the transaction FRANKLIN realized that he did not have enough PCP, and he called someone in an effort to get more. But the person he called did not pick up the telephone. [UCO-1 was trying to meet FRANKLIN in the area of 18th and M Streets, N.E., Washington, D.C., to purchase several ounces of PCP. FRANKLIN told UCO-1 that he was ready to meet, and that he could make the sale, but that he would not be there for 20 minutes. UCO-1 asked FRANKLIN to call someone to ask them to come sooner because UCO-1 was already in the block and did not want to wait around. FRANKLIN called back to say he would be there in five minutes. FRANKLIN then called UCO-1 again and said he wanted to meet at the gas station on 17th Street because someone had called him to let him know that there were police in the area. During the sale UCO-1 handed FRANKLIN $2,000.00. FRANKLIN realized that he did not have enough PCP so he attempted to call someone to get more. The person he called did not answer the phone.]

35.    On 7/9/03 CW-1 called FRANKLIN on the FRANKLIN telephone and said it wanted

26

to see him. FRANKLIN replied, "That's OK, I will be in the area in five minutes, I'm on H Street." CW-1 said, "I need two whole pieces of that pie." FRANKLIN replied, "Okay. I will be there in five minutes." After this telephone call, CW-1 purchased two ounces of PCP from FRANKLIN for $1,000.00. The sale took place in the 1200 block of 18th Street, N.E., Washington, D.C

## TELEPHONE CONVERSATIONS INTERCEPTED PURSUANT TO COURT AUTHORIZED WIRE TAP

36.    On August 5, 2003 the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, authorized the interception of wire communications to and from cellular telephone 202/257-5481 (Target Telephone), which was used by FRANKLIN. Interception of wire communications to and from this telephone was initiated on August 7 2003, and a 30-day extension of this Order was authorized by the Honorable Emmet G. Sullivan on September 5, 2003. Interception of wire communications to and from telephone 202/257-5481 was discontinued on October 3, 2003.

37.    During the sixty (60) days of Court-authorized wire interceptions (August 7, 2003 through October 3, 2003), there were approximately 6916 telephone activations. Of these activations, 4497 calls (65 percent) were considered by your affiant to be "pertinent" to this investigation, meaning that at least some portion of each such conversation included a reference to some aspect of the criminal activities of the 18th and M Streets.

38.    A description of some of the pertinent wire interceptions made appears below. Because this affidavit is submitted for the limited purpose of securing a search warrant for targeted addresses, not every pertinent conversation is described, or included in this affidavit. Interceptions of conversations on the FRANKLIN target telephone have confirmed that FRANKLIN is engaged

27

04335

in narcotics trafficking. · In general, calls have been intercepted involving FRANKLIN's narcotics related conversations with numerous individuals who are conspiring with him to traffic narcotics. Examples of such telephone calls are summarized below.

39.    Activation 40, 8/7/2003, at 3:33 p.m., UCO -1 called FRANKLIN to attempt to coordinate a purchase of PCP and crack cocaine. The UCO-1 had previously told JOSEPH L. BLACKSON, FRANKLIN's half-brother, the interest in purchasing some crack cocaine, since UCO-1 usually only purchased PCP. Since JOSEPH L. BLACKSON was arrested, the UCO was going to FRANKLIN purchase the narcotics. FRANKLIN tells the UCO-1 to come on around because he is out (in the vicinity of 18th Street and M Street, N.E.,) and they can talk.  UCO-1 mentions to FRANKLIN that there will be someone with it and it does not want to make anyone nervous.

40.    Activation 66, 8/7/2003, at 4:50 p.m. FRANKLIN, called an individual identified through surveillance and with the UCO-1 as KENNETH DODD, to let him know that "Slim" the UCO-1 and another individual were coming around to purchase some crack cocaine. DODD asked FRANKLIN if he knew them and FRANKLIN replied "yeah they are good people." FRANKLIN told DODD that they only have a "nickel", and asked whether he could get them a quantity of T-shirts, (a reference to crack cocaine). The UCO's purchased 4.6 grams of crack cocaine from DODD following this conversation.

41.    Activation 824, 8/11/2003, at 3:37 p.m. ELIZABETH LEE calls FRANKLIN from the residence at 1314 Belmont Street, N.W., and asked him if she was supposed to have "Six or 16 full when I am finished?" FRANKLIN replied, "twelve, in the cup." LEE replied, "I did what you said. Bye." Based on your affiant's experience, in this conversation, LEE is asking FRANKLIN questions about the packaging of PCP for sale.

28

04336

42.    Activation 1187, 8/13/2003, at 7:57 p.m. FRANKLIN called HERBERT MARTIN and told him that the stuff he got from HERBERT EUGENE MARTIN was a "no-go" and "a hell of a step down." FRANKLIN added that three people had told him that the stuff was a no-go. FRANKLIN told HERBERT EUGENE MARTIN to hold that stuff or it will "mess up [his] mission." FRANKLIN also told him that he is steering him right on this. Based on your affiant's experience I believe that in this conversation FRANKLIN was telling HERBERT EUGENE MARTIN that he was unhappy with the quality of the PCP and that selling sub-standard PCP would hurt his future sales.

43.    Activation 1191, 8/13/2003, at 8:25 p.m. FRANKLIN called WILLIAM D. ROBINSON and asked him if he had spoken to Dion. FRANKLIN replied that Dion was "fucking-up with his cheese." WILLIAM D. ROBINSON told FRANKLIN, "Our crew is proper." WILLIAM D. ROBINSON said that he would need some more of those "aspirin," which is likely coded language for Ecstacy. FRANKLIN said he would get him some later. Based on your affiant's experience, in this conversation, FRANKLIN is complaining to WILLIAM D. ROBINSON that a co-conspirator was not keeping up with the money he collected for drugs, and that the organization usually kept up with its drug accounts.

44.    Activation 1416, 8/15/2003, at 9:29 p.m. FRANKLIN called ELIZABETH LEE, his wife, at their home and asked her if she had already mixed it. He said that he was checking to see if it was done right and asked her if he could get a sample. ELIZABETH LEE replied that she did not have any more. FRANKLIN asked her if she was out of bottles, and she said she was not. She said she was out of something that was inaudible, but sounded like a chemical. FRANKLIN told her not to worry, and that he would get with her the next day. Based on your affiant's experience, in this

29

conversation FRANKLIN was discussing the preparation of PCP for sale with ELIZABETH LEE.

45.    Activation 1423, 8/15/2003, at 9:46 p.m. HERBERT EUGENE MARTIN called FRANKLIN and said he was low, and only had a half of a man left. HERBERT EUGENE MARTIN wanted to know if FRANKLIN was "going to get some." FRANKLIN said, "she is counting it," and promised to call HERBERT EUGENE MARTIN when he knew "how much she has." HERBERT EUGENE MARTIN said that he would not be ready again until the next week. Based on your affiant's experience, in this conversation, FRANKLIN and HERBERT EUGENE MARTIN discussed how much PCP HERBERT EUGENE MARTIN had and how much money FRANKLIN had in order to buy PCP.

46.    Activation 1499, 8/16/200, at 5:40 p.m. FRANKLIN called HERBERT EUGENE MARTIN on telephone number 202-465-2531. FRANKLIN asked HERBERT EUGENE MARTIN how soon he could get to FRANKLIN's grandmother's place (1200 G Street, N.E.). FRANKLIN said that he was carrying a lot of "loot" (cash) and he did not like driving around with it. FRANKLIN told HERBERT EUGENE MARTIN he wanted to meet so he can give him the money he had. HERBERT EUGENE MARTIN asked FRANKLIN what he should do with the other "joint." FRANKLIN asked if it was still good. HERBERT EUGENE MARTIN said it was, but it would take him longer to meet you if he brought it. FRANKLIN said they could "hook up later on," and to "just to come on." Based on your affiant's experience, in this conversation FRANKLIN and HERBERT EUGENE MARTIN discussed the exchange of money for PCP.

47.    Activation 1596, 8/17/2003, at 2:25 p.m. WILLIAM D. ROBINSON called FRANKLIN from telephone number 301-213-2408. WILLIAM D. ROBINSON asked FRANKLIN when he was coming out (meaning to M Street, N.E., Washington, D.C.). WILLIAM D. ROBINSON

30

04338

told FRANKLIN that he needed more. FRANKLIN said he was on his way. Based on your affiant's experience, in this conversation WILLIAM D. ROBINSON asked FRANKLIN for more drugs.

48.    Activation 2367, 8/24/2003, at 6:16 p.m. FRANKLIN call WILLIAM D. ROBINSON at telephone number 301-213-2408 and told WILLIAM D. ROBINSON that "TUCK" (RONNIE TUCKER) was getting ready to "come holler at" him. FRANKLIN told WILLIAM D. ROBINSON that TUCK would give him four dollars and WILLIAM D. ROBINSON should give TUCK two more T-shirts. Based on your affiant's experience, in this conversation ROBINSON asked FRANKLIN for more drugs to give to TUCKER.

49.    Activation 2471, 8/25/2003, at 7:18 p.m., TRUE NAME UNKNOWN, also known as "SHUG", "DONNELL MACK," and HERMAN WALKER, called FRANKLIN from telephone number 202-258-8729. FRANKLIN told him that he was on his way "around there." "SHUG" then told FRANKLIN that "they are on a mission around here. They have already grabbed up Rob and Bud. They asked for ID's from both of them." "SHUG" also asked FRANKLIN if it was "our people" who whipped and robbed Appleton (phonetic).    FRANKLIN said, "yeah the guy was robbed, at Club U." "SHUG" said Appleton was in the area.    FRANKLIN said that Appleton's brother worked at the car lot across the street. FRANKLIN said that he would come by the area, but he would come via 19th Street. "SHUG" added, "park and walk up here." Based on your affiant's experience, in this conversation "SHUG" and FRANKLIN are discussing the police presence in their narcotics market and what other members of the conspiracy had done to a man "SHUG" had just spotted.

50.    Activation 2520, 8/26/2003, at 12:54 p.m. FRANKLIN received a call from DIAMOND WHITE, from telephone number 301-213-0873.    The call was a three way between FRANKLIN, DIAMOND WHITE, and JOSEPH L. BLACKSON, who was in jail at the time.

31

DIAMOND WHITE is a secretary for a group supervisor in the Drug Enforcement Agency. JOSEPH L. BLACKSON is the half brother of FRANKLIN. He was and is currently incarcerated in the Washington, D.C. Correctional Facility. JOSEPH L. BLACKSON asked FRANKLIN if he was going to "get that stuff." FRANKLIN asked, "The stuff from 'K?'" (a known nickname for KENNETH DODD, a co-conspirator and dealer of Ecstacy, crack cocaine, and PCP in the target area). JOSEPH L. BLACKSON said, "Yeah, and the stuff you have." FRANKLIN replied, "Yeah. All that stuff." JOSEPH L. BLACKSON told FRANKLIN to "break it in half. The people here are really nervous." FRANKLIN then said "he might have already called the people," and that "he gave them the cheese." JOSEPH L. BLACKSON asked how much was coming. FRANKLIN said, "Definitely one or two." JOSEPH L. BLACKSON said that he wanted FRANKLIN to give the person who was trying to do this "a 5.0 or the other thing." JOSEPH L. BLACKSON said, "They want that stuff you started with and that stuff too." FRANKLIN said, "That will be the payment." JOSEPH L. BLACKSON went on to tell FRANKLIN that "the lady's name is Elaine, and she will call you." Based upon the affiant's experience, this telephone call was a discussion about the logistics of bringing narcotics into the jail.

51.     Activation 6178, 9/29/2003, TRUE NAME UNKNOWN, also known as "SHUG", "DONNELL MACK," and HERMAN WALKER, called FRANKLIN. FRANKLIN told "SHUG" that he was in Georgetown. "SHUG"asked FRANKLIN, "Are we in the water or what?" FRANKLIN replied, "Naw, but will probably be today." FRANKLIN said that it would "probably be today because he called me." "SHUG" said, "I have a headache. Can I get some . . . Tylenol?" FRANKLIN replied, "No, that will probably be tonight." Based upon this affiant's experience, this conversation is about PCP ("water"), and Ecstasy ("Tylenol").

32

52.    Activation 6200, 9/29/2003, FRANKLIN called KENNETH DODD and asked KENNTH DODD if he was up the street.  DODD replied, "Yeah. "  FRANKLIN told KENNETH DODD, "I have some people down here and they have six dollars and fifty cents."  FRANKLIN asked DODD, "Are you going to go with the one and a half of that?"  DODD said, "I'm up here. Come up the block."  Based upon this affiant's experience, this telephone conversation relates to a discussion, partially in code, about a quantity and price for narcotics.

53.    The intercepted telephone calls referenced in the paragraphs above are important for several reasons.  First, the calls confirm that the organization, through its members, is actively engaged in the distribution of PCP, crack cocaine, and Ecstacy.  Second, these calls illustrate the extent to which FRANKLIN is involved in the distribution of narcotics, and the relationship between additional co-conspirators who operate in the area of 18th Street and M Street, and how they in turn distribute to a large number of customers in the area.  Third, these calls reveal the relationships between the "interceptees."  It is apparent from both the frequency and the content of the calls, how different individuals relate to one another in this large organization.  For example, it is made clear through the telephone calls that MARTIN supplies FRANKLIN with PCP, and that, in turn, FRANKLIN supplies the PCP to the 18th Street and M Street co-conspirators for further distribution. Fourth, these calls corroborate and enhance the physical surveillance conducted by law enforcement.

## V.    FACTS AND CIRCUMSTANCES WHICH ESTABLISH PROBABLE CAUSE TO SEARCH LISTED LOCATIONS

54.    In addition to the above sections, incorporated herein, the following paragraphs summarize the results of this investigation and set forth particularly probable cause to support authorization of a search warrant for each of the locations described in Section III of this affidavit.

33

04341

CRIMINAL ACTIVITY OF NAMED INDIVIDUALS and LINKS BETWEEN
NAMES INDIVIDUALS AND LOCATIONS TO BE SEARCHED

JOHN L. FRANKLIN

55.     FRANKLIN currently resides at 1314 Belmont Street, N.W., Washington, D.C.
FRANKLIN is a primary distributor of PCP to the 18th Street and M Street, N.E., area in the District
of Columbia, and the person responsible for acquiring large quantities of PCP for the conspiracy from
HERBERT EUGENE MARTIN.     Further, based on intercepted telephone conversations, it is
apparent that FRANKLIN is directing the drug-trafficking activities in the area and providing PCP
to other members of the conspiracy for later distribution. Based on physical surveillance, undercover
purchases, and intercepted telephone calls, FRANKLIN is also selling narcotics directly to customers
in the 18th Street and M Street area.     FRANKLIN has been observed by law enforcement agents
entering and exiting from this address on numerous occasions during the course of this investigation.
On the authorized wire intercept of FRANKLIN's telephone, he often referenced that he will need to
go home and get "that" or equivalent language, meaning PCP. Additionally, ELIZABETH LEE lives
with FRANKLIN at this address, and the authorized wire intercepts demonstrate that she is often
asked to count the money that is then later used to purchase PCP.  Furthermore, based upon
authorized wire taps, it is also apparent that ELIZABETH LEE prepares various PCP orders for
FRANKLIN at this address.


56.     During the investigation, law enforcement officers identified another address
associated with FRANKLIN, 1200 G Street, N.E., Washington, D.C., and it is believed that a relative
lives there. During surveillance of FRANKLIN's meetings with HERBERT EUGENE MARTIN,

34

04342

his PCP supplier, FRANKLIN invariably went into the residence either before or after the transaction. FRANKLIN's three vehicles, described more specifically below, are registered to that address. When FRANKLIN was stopped by law enforcement during the investigation, FRANKLIN provided this address. A routine WALES check also revealed this address as FRANKLIN's address.

### Surveillance and Controlled Purchases from FRANKLIN

57.     During this investigation, agents conducting this investigation have observed FRANKLIN conduct hand-to-hand narcotics sales in the area 18th Street and M Street, N.E., Washington, D.C., as described in Section IV above, for example, and through video surveillance. Furthermore, undercover officers have made approximately twenty purchases of narcotics from FRANKLIN directly, or he was an aider and abettor during the transaction. The undercover purchases have involved PCP, Ecstasy, and cocaine base.

### Information from Cooperating Individuals regarding FRANKLIN

58.     On February 13, 2003, at the direction of the agents conducting the investigation, CW-1 spoke with VINCENT BLACKSON, who introduced FRANKLIN to CW-1 as a individual who is selling one ounce bottles of PCP for $500.00 each and could provide as many as the source needed. It was also noted by CW-1 that FRANKLIN was driving a black Ford Expedition, a vehicle that has been associated with sales of narcotics to undercover officers by FRANKLIN.   On May 27, 2003, CW-1 spoke with FRANKLIN and confirmed to the agents that FRANKLIN's cellular telephone number was 202-257-5481. The same telephone number that was provided by FRANKLIN to UCO-1, which was used by UCO-1 to prearrange several controlled narcotics purchases.

### Criminal History of FRANKLIN

35

59.     The following criminal history for FRANKLIN was developed from records created and/or maintained by the FBI and various other federal, state and local law enforcement agencies, and through other investigative means:

| DATE | CHARGE | DISPOSITION |
|------|--------|-------------|
| 5/31/00 | SLIP | Two months Probation, fine $100 |
| 8/13/96 | UCSA PWID COCAINE | TWO YEARS PROBATION |
| 7/22/93 | UCSA DIST. COCAINE | DISMISSED |
| 4/9/92 | ADW GUN | NO PAPERED |

60.     For reasons detailed in above, it is likely that the items detailed in Section II above related to narcotics trafficking activity by FRANKLIN, and/or co-conspirators, will be the residence at 1314 Belmont Street, N.W., Washington, D.C.

**WILLIAM D. ROBINSON**

61.     During the investigation, WILLIAM D. ROBINSON has been identified as a primary Lieutenant working for FRANKLIN, distributing narcotics and providing guidance to members of the conspiracy in the 18th Street and M Street area. Based on numerous intercepted telephone calls, it is clear that WILLIAM D. ROBINSON takes direction from FRANKLIN. Examples of these telephone calls are contained in paragraphs 43 (call # 1191), 48 (call #1596), and 49 (call #2367). The investigation also reveals that WILLIAM D. ROBINSON distributes, at least, PCP and Ecstasy in the 18th Street and M Street area.

62.     The investigation has revealed that WILLIAM D. ROBINSON currently resides or substantially frequents two locations. The first, 1716 M Street, N.E., Washington, D.C., is located in the target area of this investigation. WILLIAM D. ROBINSON has provided this address to law enforcement as his place of residence. During this investigation, law enforcement agents also have

36

04344

observed WILLIAM D. ROBINSON, as well as other members of the conspiracy, entering and

exiting from this address on numerous occasions. Additionally, from the authorized wire intercept,

it has been determined that WILLIAM D. ROBINSON, has talked to FRANKLIN from inside this

address, and indicated that he was in his bedroom.   A routine WALES check also revealed this

address as ROBINSON's address.

63.       Within the last several weeks, during this investigation, WILLIAM D. ROBINSON

also has recently been observed at 105 Galveston Street, S.W., Apartment B1. Agents went to 105

Galveston Street, S.W., Apartment B1, and knocked on the door and a person who the agents know

as WILLIAM D. ROBINSON answered the door and identified himself as WILLIAM D.

ROBINSON. He also indicated that it was his girlfriend's residence, and that he also sometimes

stays there. Based upon all of these circumstances, it is apparent that this address is a secondary

residence for WILLIAM D. ROBINSON.

**Surveillance and Controlled Purchases from WILLIAM D. ROBINSON**

64.       On January 16, 2004, surveillance was conducted in the 1200 block of 18th Place N.E.,

Washington, D.C. During this surveillance, WILLIAM D. ROBINSON was observed on numerous

occasions receiving money from individuals and then walking over to a stash and dipping cigarettes

into a clear glass bottle and then placing the stash back.   WILLIAM D. ROBINSON would then

return to the individuals whom had given him money and give to them the dipped cigarettes. During

this same observation, investigators of the Metropolitan Police Department were called in to recover

the stash from which WILLIAM D. ROBINSON was working. The clear glass bottle (stash) that was

recovered contained a clear liquid that had a strong chemical odor that later tested positive for PCP.

37

04345

65.    Furthermore, during this investigation, undercover officers have made several purchases of PCP from WILLIAM D. ROBINSON in the target area.

**Criminal History**

66.    The following criminal history was developed from records created and/or maintained by the FBI and various other federal, state and local law enforcement agencies, and through other investigative means:

| DATE | CHARGE | DISPOSITION |
|------|--------|-------------|
| 8/14/96 | POSS. MARIJUANA | NO PAPERED |

67.    For reasons detailed above, it is likely that the items detailed in Section II related to narcotics trafficking activity by WILLIAM D. ROBINSON, and/or co-conspirators, are present in 1716 M Street, N.E., Washington, D.C., and 105 Galveston Street, S.W., Apartment B1.

**JOSEPH L. BLACKSON**

68.    JOSEPH L. BLACKSON currently is incarcerated. His last known address, however, is 2723 Shipley Terrace, Apartment #3, S.E., Washington, D.C., where he was residing with his girlfriend, DIAMOND WHITE, who is also named in this affidavit.    JOSEPH L. BLACKSON is believed to be the half brother to FRANKLIN. JOSEPH L. BLACKSON also has been identified as a Lieutenant of the conspiracy in the 18th Street and M Street area. This information was gathered through undercover buys from JOSEPH L. BLACKSON, wire tap intercepted conversations (as an example, see paragraph 52, summarizing call #2520), and consensually monitored telephone conversations which pre-arranged undercover narcotics purchases. JOSEPH L. BLACKSON was arrested during this investigation, prior to the Title III wire intercept, but was intercepted while incarcerated because DIAMOND WHITE typically conducted three-way telephone calls for him.

38

04346

JOSEPH L. BLACKSON's current incarceration arises from two arrests, one arrest involving the possession with intent to distribute Ecstasy, and the second involved possession with intent to distribute Ecstasy and charges associated with his possession of a handgun. The investigation has revealed that JOSEPH L. BLACKSON continues to be in a relationship with his girlfriend, and investigators have confirmed through rental management for the apartment building that DIAMOND WHITE continues to reside at the above address.

### Surveillance and Controlled Purchases from JOSEPH L. BLACKSON

69.    During this investigation, law enforcement officers have conducted extensive surveillance of JOSEPH L BLACKSON in the 18th Street and M Street area, whereby he was observed with numerous co-conspirators, such as FRANKLIN, WILLIAM D. ROBINSON, SHAWN HINSON, ANTHONY R. DAVIS, and KENNETH DODD, some of whom appear to be engaged in apparent drug transactions.

70.    Furthermore, during this investigation, undercover officers have made approximately one dozen purchases of PCP from JOSEPH L. BLACKSON in the target area. As one example, on February 12, 2003, an UCO-1 drove to the 1200 blk of 18th Street, N.E., after contacting JOSEPH L. BLACKSON on a telephone that has been associated with him during this investigation. Once UCO-1 arrived in the area, she observed JOSEPH L. BLACKSON an a black Cadillac she has associated with him. UCO-1 subsequently purchased a quantity of PCP for the price of $550. During this transaction, JOSEPH L. BLACKSON retrieved the drugs from the trunk of the black Cadillac. As another example, on April 15, 2003, in the target area, another undercover officer purchased PCP from CANDICE HOWARD, and observed CANDICE HOWARD obtain the PCP from JOSEPH L.

04347

BLACKSON to conduct the sale for $250 worth of PCP.

**Criminal History**

71.    The following criminal history was developed for JOSEPH L. BLACKSON from records created and/or maintained by the FBI and various other federal, state and local law enforcement agencies, and through other investigative means:

Criminal History:

| DATE | CHARGE | DISPOSITION |
|------|--------|-------------|
| 9/6/00 | CPWL | DISMISSED |
| 6/8/01 | UCSA PWID COCAINE | 60 MOS JAIL, 56 MOS SUP., 3 YEARS PROBATION |
| 1/4/03 | UCSA PWID ECSTACY | DISMISSED |

72.    For reasons detailed above, it is likely that the items detailed in Section II related to narcotics trafficking activity by the JOSEPH L. BLACKSON, and/or co-conspirators, are present in 2723 Shipley Terrace, Apartment #3, S.E., Washington, D.C.

**KENNETH DODD**

73.    KENNETH DODD currently resides at 1829 M Street, Apartment #4, N.E., Washington, D.C., which is located in the target area of this investigation.  KENNETH DODD is a significant member of the conspiracy locally centered around 18th Street and M Street, N.E. During this investigation, KENNETH DODD has sold PCP, Ecstasy and cocaine base, in various combinations, to undercover officers UCO-1, UCO-2 and UCO-3.  KENNETH DODD's narcotics activity has been confirmed through wire tap telephone conversations, as well as the undercover purchases and surveillance. Law enforcement agents have confirmed through the rental management for the apartment that he currently is the resident of this location, and he has been observed entering

40

04348

and exiting this location.

**Undercover Buys and Intercepted Communications involving KENNETH DODD**

74.    During this investigation, undercover officers have seventeen purchases of crack cocaine, PCP, and Ecstasy from KENNETH DODD, most of which were in the target area.  Indeed, two of the purchases of crack cocaine exceeded 50 grams.

75.    During the investigation, a number of intercepted communications involving KENNETH DODD demonstrate his narcotics activity.  Activation 66, 8/7/2003, at 4:50 p.m, for example, contains a request by  FRANKLIN to KENNETH DODD to serve a "customer" (an undercover officer) crack cocaine.  Activation 6036, 9/27/2003, as another example, involves a call from FRANKLIN to KENNETH DODD, where FRANKLIN requested that KENNETH DODD provide "62 dollars," believed to be a reference to a common distribution quantity of crack cocaine – 62 grams.

**Criminal history of KENNETH DODD**

76.    The following criminal history was developed for KENNETH DODD from records created and/or maintained by the FBI and various other federal, state and local law enforcement agencies, and through other investigative means:

Criminal History:

| DATE | CHARGE | DISPOSITION |
|---|---|---|
| 2/15/03 | PWID PCP, BURGLARY I, ASSAULT ON POLICE OFFICER | NO PAPERED |
| 11/20/02 | POCA, PWID PCP | POCA, NO PAPERED PWID DISMISSED |
| 11/7/02 | PAROLE VIOLATION | (USCA PWID COC) PLACED ON PAROLE |
| 11/26/02 | | |

41

| | | |
|---|---|---|
| 9/12/02 | BURG. I, UNLAWFUL ENTRY | NO PAPER |
| 9/18/01 | PWID COCAINE | 8-24 MOS., 4 YEARS SUSP; |
| | (RESENTENCED 7/30/01) | 18 MOS. PROB. |
| 7/20/98 | UUV | NO PAPERED |

77.     For reasons set forth above, it is likely that the items detailed in Section II related to narcotics trafficking activity by KENNETH DODD, and/or co-conspirators, are present at 1829 M Street, Apartment #4, N.E., Washington, D.C.

**ANTHONY R. DAVIS**

78.     ANTHONY R. DAVIS currently resides at 1825 M Street, N.E., Apartment #4, Washington, D.C., which is located in the target area of this investigation. ANTHONY R. DAVIS is a member of conspiracy locally centered in the 18th Street and M Street area. During this investigation, ANTHONY R. DAVIS has sold PCP to undercover officers approximately three times. ANTHONY R. DAVIS' narcotics activity has been further confirmed through surveillance. Investigators have confirmed through the rental management that ANTHONY R. DAVIS is the resident at this address, and reliable source information has confirmed that DAVIS lives there as well.

**Undercover narcotics purchases from ANTHONY R. DAVIS**

79.     As indicated above, during this investigation, ANTHONY R. DAVIS has sold PCP to undercover officers approximately three times. As an example, on February 13, 2003, UCO-2 drove into the 1200 block of 18th Street, N.E., Washington, D.C., and made contact with ANTHONY R. DAVIS. ANTHONY R. DAVIS, after inquiring as to what the undercover officer wanted, took an order for a bottle of PCP for $250, and then asked FRANKLIN to fill the order, which he did. As another example, on June 24, 2003, UCO-2 parked in the 1200 block of 18th Place, N.E., and made

42

04350

a purchase of a bottle of PCP from ANTHONY R. DAVIS who, in turn, received the PCP from

SHAWN HINSON to make the sale to the undercover officer.

**Criminal History of ANTHONY R. DAVIS**

80.    The following criminal history was developed for ANTHONY R. DAVIS from records

created and/or maintained by the FBI and various other federal, state and local law enforcement

agencies, and through other investigative means:

Criminal History:

| DATE | CHARGE | DISPOSITION |
|------|--------|-------------|
| 4/3/03 | OPERATING AFTER SUS: | NO PAPERED |
| 8/9/02 | UCSA POSS. OTHER | PROB 9 MOS |

81.    For reasons detailed above, it is likely that the items detailed in Section II related to

narcotics trafficking activity by ANTHONY R. DAVIS, and/or co-conspirators, are present at 1825

M Street, N.E., Apartment #4, Washington, D.C.

**JAMAL HINSON**

82.    JAMAL HINSON, while currently incarcerated, has maintained a residence at 2429

Saint Clair Drive, Temple Hills, Maryland, during a period of this investigation. JAMAL HINSON

is a member of the conspiracy locally centered in the area of 18th Street and M Street, N.E.,

Washington, D.C.  During the period of this investigation, JAMAL HINSON made several sales of

PCP to undercover officers in the target area.  Furthermore, within blocks of the target area, JAMAL

HINSON was arrested for possession with intent to distribute PCP on February 24, 2004.  JAMAL

HINSON's narcotics activity has been confirmed through surveillance, as well as the undercover

purchases.  Reliable source information has confirmed that JAMAL HINSON is a resident at the

43

04351

above-mentioned address, and the a records check (subscriber information) reveals that the telephone

number that JAMAL HINSON provided to a Cooperating Witness bears the address

**Surveillance and undercover narcotic purchases from JAMAL HINSON**

83.    During this investigation, JAMAL HINSON had been observed in the 18th Street and M

Street area on numerous occasions.  On one occasion, agents observed JAMAL HINSON counting

a large sum of currency in FRANKLIN's presence.  When JAMAL HINSON completed the counting

of the money,  FRANKLIN handed him an object and JAMAL HINSON handed FRANKLIN the

large sum of currency.   Based upon this interaction, and the investigation of the co-conspirators, it

appears that FRANKLIN was supplying HINSON with narcotics.

84.    As indicated above, during the period of this investigation, JAMAL HINSON made

several sales of PCP to undercover officers in the target area.   On March 11, 2003, for example,

UCO-2 drove into the 1200 blk. of 18th Place, N.E., Washington, D.C., and encountered. JAMAL

HINSON.  JAMAL HINSON subsequently sold a bottle of PCP to the undercover officer for $200.

**Information from Cooperating Witness regarding JAMAL HINSON**

85.    On more than one occasion, a reliable Cooperating Witness has observed JAMAL

HINSON with a firearm.  The Cooperating Witness also has confirmed that JAMAL HINSON  sells

narcotics as part of the co-conspirators in the 18th Street and M Street area.

**Criminal History of JAMAL HINSON**

86.    The following criminal history was developed for JAMAL HINSON from records

created and/or maintained by the FBI and various other federal, state and local law enforcement

agencies, and through other investigative means:

44

Criminal History:

| DATE | CHARGE | DISPOSITION |
|------|--------|-------------|
| 6/2/02 | POSS. MARIJUANA | NO PAPERED |
| 2/4/99 | UCSA DIST. & PWID COCAINE | YOUTH REHAB. ACT, 18 MOS PROBATION |
| 5/1/97 | ADW | NO PAPERED |
| 2/24/97 | CPWL, PWID CRACK COC. | NO PAPERED |

87.     For reasons detailed above, it is likely that the items detailed in Section II related to

narcotics trafficking activity by JAMAL HINSON, and/or co-conspirators, are present at 2429 Saint

Clair Drive, Temple Hills, Maryland.

**SHAWN HINSON**

88.     SHAWN HINSON is a member of conspiracy locally centered on 18th Street and M

Street, N.E. SHAWN HINSON has sold PCP to undercover officers approximately three times

during this investigation.     SHAWN HINSON's narcotics activity has been confirmed through

surveillance, arrests for sales of narcotics in the target area, and undercover purchases.

89.     The investigation has revealed two addresses associated with SHAWN HINSON.

SHAWN HINSON currently resides at 1710 M Street, N.E., Washington, D.C., which is located in

the target area of this investigation. SHAWN HINSON has provided this address to law enforcement

as his current address.   Furthermore, he has been observed by surveillance entering and exiting from

this address.  The investigation has currently revealed that SHAWN HINSON also currently renting

property at 4018 23rd Parkway, Apartment #12, Camp Springs, Maryland.  SHAWN HINSON has

rented this apartment in his name.  Furthermore, a vehicle and license plate that investigators have

associated with SHAWN HINSON has been observed at this property.   The investigation also has

revealed that SHAWN HINSON has a telephone line, subscribed to his name, that bears this address.

45

04353

**Surveillance and Undercover Narcotics Purchases from SHAWN HINSON**

90.     On numerous occasions, JAMAL HINSON has been observed by law enforcement in the 18th Street and M Street area associating with other members of the conspiracy.   On one occasion, for example, agents were conducting an undercover narcotics purchase from FRANKLIN, when, simultaneously, JAMAL HINSON sold to a different undercover officer engaged in a separate undercover operation.   JAMAL HINSON was arrested after making the sale.   FRANKLIN mentioned to the UCO-1 who sought to buy from FRANKLIN that "[his]man" just got locked up, the area was hot, and he would have to see the UCO-1 another day.

91.     As indicated above, SHAWN HINSON has sold PCP to undercover officers approximately three times during this investigation. On May 14, 2003, for example, UCO-2 drove into the 18th Street and M Street area and engaged SHAWN HINSON in a conversation. SHAWN HINSON subsequently sold two bottles of PCP to the undercover officer in exchange for United States currency.

**Information from Cooperating Witness regarding SHAWN HINSON**

92.     A reliable cooperating witness had provided information that, in addition to selling PCP, SHAWN HINSON also sells Ecstacy pills in the 18th Street and M Street area. Furthermore, the witness has observed SHAWN HINSON provide PCP to KENNETH A. COLE, a co-conspirator who also sells PCP.   This witness also confirmed that SHAWN HINSON lives at 1710 M Street, N.E.

**Criminal history of SHAWN HINSON**

93.     The following criminal history was developed for SHAWN HINSON from records

46

created and/or maintained by the FBI and various other federal, state and local law enforcement

agencies, and through other investigative means:

Criminal History:

| DATE | CHARGE | DISPOSITION |
|---|---|---|
| 8/4/95 | UCSA, PWID COCAINE | DISMISSED |
| 3/19/02 | UCSA DIST. OF PCP | 6 MOS., 2 YEARS PROB |

94.    For reasons detailed above, it is likely that the items detailed in Section II related to

narcotics trafficking activity by SHAWN HINSON, and/or co-conspirators are present at 1710 M

Street, N.E., Washington, D.C., and 4018 23rd Parkway, Apartment #12, Camp Springs, Maryland.

**MICHAEL ABNEY**

95.    MICHAEL ABNEY currently resides at 925 Whaler Street, S.E., Washington, D.C.

MICHAEL ABNEY is a member of the conspiracy locally centered in the 18th Street and M Street

area. Surveillance videos of the area depict MICHAEL ABNEY repeatedly selling PCP.  In addition

to surveillance videos, MICHAEL ABNEY's narcotics activity has been confirmed through reliable

cooperating witness information. MICHAEL ABNEY's residence at the above location also has been

confirmed through telephone records and investigative means, by placing a call to the residence

telephone line, whereby it was determined that MICHAEL ABNEY was a resident at the above

mentioned address.

**Surveillance of MICHAEL ABNEY**

96.    On numerous occasions, MICHAEL ABNEY has been observed in the 18th Street and

M Street area conducting PCP sales by using PCP stored in stash locations on the street.  On

47

04355

September 26, 2003, for example, MICHAEL ABNEY was observed on video-recorded surveillance, conducting numerous PCP transactions. During the surveillance, MICHAEL ABNEY was observed dipping cigarettes into a clear glass bottle with a liquid PCP in it, then collecting currency, and handing the dipped cigarettes off to the buyers. On November 24, 2003, MICHAEL ABNEY again was observed going to a stash location along a fence, retrieving something, and then exchanging the small object with an unidentified black female in return for an amount of United States currency. Based upon this affiant's experience, MICHAEL ABNEY conducted several narcotics transactions.

### Criminal History of MICHAEL ABNEY

97.    The following criminal history was developed for MICHAEL ABNEY from records created and/or maintained by the FBI and various other federal, state and local law enforcement agencies, and through other investigative means:

Criminal History:

| DATE | CHARGE | DISPOSITION |
|------|--------|-------------|
| 5/4/01 | UUV | NO PAPERED |
| 9/6/00 | CPWL | DISMISSED |
| 1/13/00 | UCSA POSS. MARIJUANA | NOLLE PROSEQUI |
| 12/8/99 | UCSA POSS. COCAINE | SIXTY DAYS, 1 YR PROB (PROB. REVOKED) |
| 10/22/98 | SIMPLE ASSAULT, DIST. PROP | NOLLE PROSEQUI |
| 10/1/97 | UCSA POSS. MARIJUANA | NO PAPERED |
| 6/6/97 | USCA POSS COCAINE | CASE RE-OPENED 4/15/03 |

98..    For reasons detailed above, it is likely that items detailed in Section II related to narcotics trafficking activity by MICHAEL ABNEY, and/or co-conspirators, are present at 925 Whaler Street, S.E., Washington, D.C.

48

04356

## DWAINE WILLIAMS

99.     DWAINE WILLIAMS currently resides at 1218 18th Street, N.E., Washington, D.C. DWAINE WILLIAMS is a member of the conspiracy locally centered in the area of 18th Street and M Street, N.E.  Surveillance by law enforcement demonstrates that DWAINE WILLIAMS has repeated sold PCP in the target area.  DWAINE WILLIAMS' narcotics activity has been confirmed through reliable cooperating witness information in addition to surveillance.  DWAINE WILLIAMS provided this address to law enforcement as his current address.  Furthermore, investigators have called in to this residence on a residential telephone line and it was determined that DWAINE WILLIAMS is a resident of the above mentioned address.   The answering machine to the location also has DWAINE WILLIAMS' name, among others.

### Surveillance of DWAINE WILLIAMS

100.     DWAINE WILLIAMS has been observed on numerous occasions working stash locations in the 1200 block of 18th Street, N.E., and selling narcotics.  On April 28, 2003, for example, DWAINE WILLIAMS was observed on a video "working" a stash that was located on the side of 18th Street, in the 1200 block of 18th Street, N.E.  Law enforcement agents subsequently recovered the stash used by DWAINE WILLIAMS, and the stash contained liquid PCP.  Additionally, on September 23, 2003, DWAINE WILLIAMS was observed on a video "working" a stash from the same location in the 1200 block of 18th Street, N.E. That stash also was seized by law enforcement officers, and it contained PCP.

### Criminal History of DWAINE WILLIAMS

101.     The following criminal history was developed for DWAINE WILLIAMS from records

49

created and/or maintained by the FBI and various other federal, state and local law enforcement

agencies, and through other investigative means:

Criminal History:

| DATE | CHARGE | DISPOSITION |
|------|--------|-------------|
| 6/7/01 | PWID COCAINE | NOT GUILTY |
| 12/17/02 | UCSA PCP | UNKNOWN |

102.    For reasons detailed above, it is likely that items detailed in Section II related to

narcotics trafficking activity by DWAINE WILLIAMS, and/or co-conspirators, are present at 1218 18th

Street, N.E., Washington, D.C.

**EDWARD N. SPEARS**

103.    EDWARD N. SPEARS, while currently incarcerated, has maintained a residence at

2645 Douglas Road, #301, S.E., Washington, D.C., during a period in the investigation.   EDWARD

N. SPEARS is a member of the conspiracy locally centered in the 18th Street and M Street area, and has

been identified as working for FRANKLIN.   Based on numerous intercepted telephone calls, it is clear

that EDWARD N. SPEARS has had conversations in relation to the distribution of PCP with

FRANKLIN over the telephone.   Additionally, EDWARD N. SPEARS' narcotics activity in supporting

the conspiracy has been confirmed through extensive surveillance.   During periods in the investigation,

law enforcement agents have determined that EDWARD N. SPEARS has resided at the above address,

through telephone records, as well as other investigative means, including by placing a call to the

residence telephone line.   Furthermore, during the investigation, law enforcement agents observed a

vehicle solely associated with EDWARD N. SPEARS located at this address on several occasions.

**Intercepted Communications involving EDWARD N. SPEARS**

104.    As detailed above, various intercepted telephone communications demonstrate the

50

narcotics relationship between EDWARD N. SPEARS and FRANKLIN. In Activation 375, 8/8/2003, for example, FRANKLIN called EDWARD N. SPEARS, and said he had to go "reload" because he was fresh out of everything and the "mission was dead." EDWARD N. SPEARS then told FRANKLIN that he picked a bad time to leave it because it was just before "flood time." FRANKLIN agreed, saying that it was flooded down there. EDWARD N. SPEARS also told FRANKLIN that he was having to tell people that he was out – meaning, out of narcotics. Similarly, in Activation 459, 8/9/2003, EDWARD N. SPEARS called FRANKLIN and indicated that he was "fresh out of everything," and in Activation 4016, 9/8/2003, EDWARD N. SPEARS called FRANKLIN and indicated that he wanted "two of them." Based upon the affiant's experience and the investigation, the affiant believes that these calls all relate to narcotics.

### Surveillance of EDWARD N. SPEARS

105.    Law enforcement agents have conducted surveillance on numerous occasions in the area of 18th Street and M Street, N.E., and have observed EDWARD N. SPEARS on several occasions conducting hand-to-hand narcotics transactions. Furthermore, agents have observed him counting large sums of currency, and associating with other co-conspirators from the 18th Street and M Street area on a regular basis.

### Criminal History of EDWARD N. SPEARS

106.    The following criminal history was developed for EDWARD N. SPEARS from records created and/or maintained by the FBI and various other federal, state and local law enforcement agencies, and through other investigative means:

51

04359

Criminal History:

| DATE | CHARGE | DISPOSITION |
|---|---|---|
| 3/20/01 | CPWL | 3 YEARS, 2 YEARS PROB |
| 8/1/97 | UCSA POSS MARIJUANA | DISMISSED |
| 3/12/97 | UCSA PWID COCAINE | YOUTH REH. ACT, 2 YRS |
| 7/28/95 | UCSA POSS COCAINE | NO PAPER |
| 1/17/95 | UCSA POSS MARIJUANA | NOLLED |

107.    For reasons detailed above, it is likely that the items detailed in Section II related to narcotics trafficking activity by EDWARD N. SPEARS, and/or co-conspirators, are present at 2645 Douglas Road, #301, S.E., Washington, D.C.

**RONNIE TUCKER**

108.    RONNIE TUCKER currently resides at 5507 Marlboro Pike, Apartment #15, Forestville, Maryland. RONNIE TUCKER has been identified as a member of the conspiracy locally centered in the 18th Street and M Street area. TUCKER works for FRANKLIN by distributing, at least, PCP and Ecstacy in the area. Based upon numerous intercepted telephone calls, it is clear that RONNIE TUCKER has had conversations in relation to the distribution of PCP with FRANKLIN over the telephone. Additionally, RONNIE TUCKER's activity in supporting the conspiracy has been confirmed through extensive surveillance. Law enforcement agents have confirmed RONNIE TUCKER's residence at the above location through telephone records and investigative means – i.e., by placing a call to the residence telephone line. Furthermore, a reliable Cooperating Witness has confirmed that RONNIE TUCKER is living at the above mentioned address with his wife. Additionally, FRANKLIN, during the authorized wire intercept, called this address and spoke to RONNIE TUCKER and his wife.

52

04360

**Intercepted Communications involving RONNIE TUCKER**

109.    As indicated above, law enforcement agents have intercepted telephone communications that demonstrate the narcotics relationship between RONNIE TUCKER and FRANKLIN.    In Activation 911, 8/11/2003, for example, in code, TUCKER asked FRANKLIN for a supply of PCP, but FRANKLIN indicated that it was his "family day," and that he should get it from WILLIAM D. ROBINSON.  RONNIE TUCKER, who is with WILLIAM D. ROBINSON at the time, handed the telephone to him. FRANKLIN promptly told WILLIAM D. ROBINSON, in code, to supply TUCKER on his behalf.  Similarly, in Activation 1679, 8/18/2003, RONNIE TUCKER and FRANKLIN again discussed whether RONNIE TUCKER should get PCP (in code) from WILLIAM D. ROBINSON or wait for FRANKLIN. FRANKLIN replied that he was getting ready to pull into the area.  Additionally, in Activation 5821, 9/26/2003, RONNIE TUCKER called FRANKLIN.  FRANKLIN asked RONNIE TUCKER if he needed "one," and RONNIE TUCKER replied affirmatively.  Based upon this affiant's experience and the investigation, FRANKLIN is supplying PCP to RONNIE TUCKER, who then further distributes the PCP to customers.

**Information from Cooperating Individuals regarding RONNIE TUCKER**

110.    Reliable cooperating witnesses have provided information that has confirmed that RONNIE TUCKER is living at the above address, and have confirmed the telephone number that he used during a period of investigation. The source also confirmed that RONNIE TUCKER is living with TESHAWN SULLIVAN, who is now RONNIE TUCKER's wife.    Both the cellular and home telephones associated with RONNIE TUCKER are subscribed to TESHAWN SULLIVAN.   The Cooperating Witness also confirmed that RONNIE TUCKER is selling PCP and Ecstacy in the 18th

53

Street and M Street area.

### Surveillance of RONNIE TUCKER

111.    Agents have conducted surveillance in the area of 18th Street and M Street, N.E. The surveillance showed RONNIE TUCKER conducting hand-to-hand transactions by working a stash that was located in his sock.  Law enforcement also surveillance RONNIE TUCKER in front of, and going in and out of, 1211 18th Place N.E., Washington, D.C., a location that is associated with drug transactions by co-conspirators in the area.  Furthermore, during this surveillance, other members of the conspiracy were observed conducting hand to hand transactions

### Criminal History of RONNIE TUCKER

112.    The following criminal history was developed for RONNIE TUCKER from records created and/or maintained by the FBI and various other federal, state and local law enforcement agencies, and through other investigative means:

Criminal History:

| DATE | CHARGE | DISPOSITION |
|------|--------|-------------|
| 02/09/99 | UCSA DIST COC | 1 TO 5 YEARS |
| 05/17/97 | ATT. DIST COCAINE | 1 TO 3 YEARS |
| 01/10/97 | DIST COCAINE | NO PAPER |
| 07/09/92 | THEFT | UNKNOWN |
| 01/14/94 | UCSA POSS COCAINE | NOLLED |
| 12/19/92 | ARMED ROBBERY | DISMISSED |
| 07/04/92 | FUGITIVE | UNK |
| 04/10/92 | CDW GUN, REC STOL GOODS | NOT GUILTY |

113.    For reasons detailed above, it is likely that the items detailed in Section II related to narcotics trafficking activity by RONNIE TUCKER, and/or co-conspirators, are present at 5507 Marlboro Pike, Apartment #15, Forestville, Maryland.

54

04362

**TRUE NAME UNKNOWN, also known as "SHUG", "DONNELL MACK," and "HERMAN WALKER"**

114.    TRUE NAME UNKNOWN, also known as "SHUG", "DONNELL MACK," and "HERMAN WALKER," currently resides at 6013 Applegarth Place, Capitol Heights, Maryland. "SHUG" has been identified as a member of conspiracy locally centered in the 18th Street and M Street, N.E., area, and he works for FRANKLIN distributing, at least, PCP and Ecstacy in the area. Based on numerous intercepted telephone calls, it is clear that "SHUG" has had conversations in relation to the distribution of PCP with FRANKLIN over the telephone. Furthermore, "SHUG" uses the telephone to warn FRANKLIN of police activity in the 18th Street and M Street, N.E., area. Additionally, "SHUG's" narcotics activity in support of the conspiracy has been confirmed through extensive surveillance. Agents have determined that telephone records associated with "SHUG's" cellular telephone reflect the above listed address. Additionally, law enforcement agents have observed the vehicle associated with "SHUG" parked in front of this single family row home.

**Intercepted Communications involving "SHUG"**

115.    A number of telephone calls between FRANKLIN and "SHUG" demonstrate their narcotics relationship. In Activation 5378, 9/23/2003, for example, FRANKLIN called "SHUG"and left him a message that he was ready to go "test" those "T-shirts to see how they fit." In this affiant's experience and based upon the investigation, the parties were discussing the testing of a sample of PCP. In Activation 5773, 9/26/2003, partially in code, "SHUG" asked FRANKLIN whether he could supply him with narcotics, and FRANKLIN indicated that his supply was running low. In Activation 5851, 9/27/2003, FRANKLIN told "SHUG" partially in code, among other things, to get his money together if FRANKLIN was going to supply him with PCP. In Activation 6178, 9/29/2003, "SHUG" asked

55

FRANKLIN, "Are we in the water or what?" He also indicated that he wanted to get some "Tylenol." Based upon this affiant's experience and the investigation, the reference to "water" is PCP, and the reference to Tylenol relates to Ecstacy pills.

**Surveillance of "SHUG"**

116.    On September 3, 2003, law enforcement agents stopped and identified an individual who was initially identified visually as someone known to the investigators as "SHUG." "SHUG" identified himself as DONNELL MACK, born 6/7/1968, social security account number 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. The following investigation revealed that the name DONNELL MACK, with the same date of birth and social security number, is information associated to an individual who is deceased.   Records from the State of Maryland revealed this information. On September 25, 2003, monitors from the Title III room (which oversees the wiretap) indicated that a telephone call (Activation 5609) revealed that FRANKLIN and "SHUG" were going to meet at 1200 G Street, N.E.    The agents observed FRANKLIN and "SHUG" then meet at that location, a location where FRANKLIN often met for drug transactions.

117.    On September 26, 2003, "SHUG" was observed on videotaped surveillance standing with FRANKlIN in the 1200 block of 18th Street, when "SHUG" was approached by an unknown individual.  "SHUG" then dipped a cigarette into what is apparently liquid PCP, and handed it to the individual. After that, "SHUG" then threw the empty bottle of PCP against a wall, smashing it.  Other surveillance demonstrates "SHUG's" frequent interaction with other members of the conspiracy in the target area.

118.    Additionally, surveillance was conducted and confirmed that "SHUG" is using a grey Chevrolet Lumina, bearing Maryland licence plates JMD-312, registered to Nicole M. Harris, of 6013

56

Applegarth Place, Capitol Heights, Maryland.  Law enforcement agents have observed the vehicle at that address, and have observed "SHUG" driving this vehicle in the 18th and M Streets area, as well as observed the vehicle parked in the area.

**Additional Information concerning "SHUG"**

119.    A review of a pen register data that was conducted on the telephone FRANKLIN was using (202-257-5481), revealed that the hard telephone line (301-967-3131) that is located in the residence of 6013 Applegarth Place, Capitol Heights, Maryland, had called FRANKLIN's telephone on more than one occasion, with a conversation of several minutes in length.

**Criminal History of "SHUG"**

121.    "SHUG" has not het been fully identified.  Attempts to identify him have not proven to provide any valid information, since "SHUG" has not given proper identifying information.

122.    For reasons detailed above, it is likely that the items detailed in Section II related to narcotics trafficking activity by "SHUG", and/or co-conspirators, are present at the location of 6013 Applegarth Place, Capitol Heights, Maryland.

**CEASAR HARRIS**

123.    CEASAR HARRIS currently resides at 7626 Newberg Drive, Lanham, Maryland. CEASAR HARRIS has been identified as an individual who purchases large quantities of PCP from FRANKLIN. CEASAR HARRIS drives in from Maryland to purchase PCP from FRANKLIN.  Based on numerous intercepted telephone calls, it is clear that CEASAR HARRIS has had conversations in relation to the distribution of PCP with FRANKLIN over the telephone.  Additionally, CEASAR HARRIS' activity in dealing with FRANKLIN has been confirmed through surveillance.

57

**Intercepted Communications involving CEASAR HARRIS**

124.    As indicated above, numerous intercepted communications between CEASAR HARRIS and FRANKLIN demonstrate the narcotics relationship between them. In Activation 186, 8/8/03, for example, FRANKLIN called CEASAR HARRIS. FRANKLIN and CEASAR HARRIS used coded language to discuss a quantity of PCP that CEASAR HARRIS could obtain from FRANKLIN. (During this investigation, a common code for drug quantities used by the co-conspirators was numbers associated with sports players. In this call, FRANKLIN discuss a Joe "Montana" and a "Kobe" Bryant.).   In Activation 805, 8/11/2003, CEASAR HARRIS requested another quantity of PCP from FRANKLIN through partial code. Similarly, in Activation 5288, 9/22/2003, CEASAR HARRIS requested a "Montana" from FRANKLIN.

**Surveillance of CEASAR HARRIS**

125.    Agents conducted surveillance of 7626 Newburg Drive, Lanham, Maryland, where they determined that the vehicle in the driveway was bearing stolen licence plates. Prince George's County Police Officers responded to the residence at the agents' request, and the individual that came out to address the issue of the stolen tags was CEASER HARRIS. The police officers were able to identify CEASAR HARRIS from previoulsly obtained photographs, as well as the fact that CEASAR HARRIS identified himself and gave the above address.

**Criminal History of CEASAR HARRIS**

126.    The following criminal history was developed for CEASER C. HARRIS from records created and/or maintained by the FBI and various other federal, state and local law enforcement agencies, and through other investigative means:

58

04366

Criminal History:

| DATE | CHARGE | DISPOSITION |
|------|--------|-------------|
| 6/6/00 | UCSA POSS. MARIJUANA | DISMISSED |
| 7/24/98 | PWID COCAINE | UNK |
| 11/17/97 | VOP CONSP DIST COC | UNK |
| 11/15/96 | CDS POSSESSION | 3 YEARS PROB |
| 7/14/95 | CDS POSS CRACK COC | ONE YEAR PROB |
| 6/28/95 | PWID COCAINE | 3 YEARS, W/ 2 YEARS SUSP. |

127.    For reasons detailed above, it is likely that the items detailed in Section II related to narcotics trafficking activity by CEASAR HARRIS, and/or co-conspirators, are present at 7626 Newberg Drive, Lanham, Maryland.

**WILLIAM SIMMONS**

128.    WILLIAM SIMMONS currently resides at 1226 G Street, N.E., Washington, D.C. WILLIAM SIMMONS is a member of the conspiracy centered in the 18th Street and M Street, N.E., area, and sells PCP for FRANKLIN. WILLIAM SIMMONS has sold PCP to an undercover officer during this investigation. WILLIAM SIMMONS' narcotics activity has been confirmed through surveillance, pen register information, and authorized wire tap conversations relating to FRANKLIN and WILLIAM SIMMONS. Law enforcement agents have also conducted surveillance and observed WILLIAM SIMMONS entering and exiting 1226 G Street, N.E., Washington, D.C., at least four times.

**Undercover Narcotics Buys from WILLIAM SIMMONS**

129.    On April 10, 2003, an undercover officer called FRANKLIN to set up a purchase of PCP. Once in the agreed upon location, the BP gas station at 17th Street and Bladensburg Road, N.E., Washington, D.C., FRANKLIN's black Ford Expedition, with DC licence plates, AY7764, pulled into the area. WILLIAM SIMMONS departed the passenger side of the vehicle and distributed PCP to the

59

04367

undercover officer. While this was occurring, the undercover officer spoke with FRANKLIN and also observed him in the driver's seat of the Expedition.

**Surveillance of WILLIAM SIMMONS**

130.    On video surveillance, WILLIAM SIMMONS has been observed with FRANKLIN in front of 1200 G Street, N.E., Washington, D.C. and at 1314 Belmont Street, N.W., Washington, D.C. Additionally, surveillance has also captured WILLIAM SIMMONS as a passenger in FRANKLIN's vehicle.

**Criminal History of WILLIAM SIMMONS**

131.    The following criminal history was developed for WILLIAM SIMMONS from records created and/or maintained by the FBI and various other federal, state and local law enforcement agencies, and through other investigative means:

Criminal History:

| DATE | CHARGE | DISPOSITION |
|------|--------|-------------|
| 07/27/02 | DISORDERLY CONDUCT | NO PAPER |
| 01/19/93 | THEFT I, DEST. PROP., RECV. STOL PROPERTY | DISMISSED |

132.    For reasons detailed in above, it is likely that the items detailed in Section II related to narcotics trafficking activity by WILLIAM SIMMONS, and/or co-conspirators, are present at 1226 G Street, N.E., Washington, D.C.

04368

**LATISHA SINCLAIR**

133.    LATISHA SINCLAIR currently resides at 6010 Logan Way, #C3, Bladensburg, Maryland. LATISHA SINCLAIR, is a member of the conspiracy locally centered in the 18th Street and M Street, N.E., area, and was the girlfriend of FRANKLIN. LATISHA SINCLAIR has had numerous conversations that were captured on the authorized FRANKLIN wiretap, where she discussed drugs, money, and storing drugs within her apartment for FRANKLIN. LATISHA SINCLAIR's activity has been confirmed through surveillance, pen register information, and authorized wiretap conversations relating to FRANKLIN and LATISHA SINCLAIR. Pen register information has shown that on numerous occasions LATISHA SINCLAIR has been using the phone from within 6010 Logan Way, #C3, Bladensburg, Maryland.

**Intercepted Communications involving LATISHA SINCLAIR**

134.    As indicated above, numerous intercepted communications demonstrate the narcotics relationship between FRANKLIN and LATISHA SINCLAIR. In Activation 444, 8-9-03, LATISHA SINCLAIR and FRANKLIN had a conversation where he indicated that he had to pick up containers (for PCP) for WILLIAM D. ROBINSON. LATISHA SINCLAIR also invited FRANKLIN to leave items at her place (suspected to be narcotics). In Activation 445, 8-9-03, LATISHA SINCLAIR asked whether FRANKLIN was going to bring "products" (believed to be drugs) over to her place. In Activation 449, 8-9-03, LATISHA SINCLAIR again asked whether FRANKLIN was going to leave "stuff" over at her place, and FRANKLIN replied affirmatively. She also indicated that she knew he had gotten some "new shit" and had not brought any over. FRANKLIN replied that he was coming over, and that he needed to get those containers to WILLIAM D. ROBINSON, as soon as the police

61

04369

leave the area.   Based upon this affiant's experience and the investigation, this affiant believes that these calls relate to narcotics.  Finally, in Activation 1373, 8-15-03, LATISHA SINCLAIR called FRANKLIN and asked FRANKLIN how much for "ten aspirin" – believed to be code for Ecstasy. FRANKLIN replied two hundred – believed to be $200.

**Surveillance of LATISHA SINCLAIR**

135.    Surveillance on LATISHA SINCLAIR has captured FRANKLIN and LATISHA SINCLAIR together at the Austin Grill, which is located at 750 E St. N.W., Washington, D.C. Additionally, on August 20, 2003, LATISHA SINCLAIR was observed by an undercover officer with FRANKLIN while the undercover officer made a purchase of PCP.   LATISHA SINCLAIR was in the passenger seat of FRANKLIN's vehicle while he was providing PCP to the undercover officer. Activation # 1972 captures LATISHA SINCLAIR speaking with a female, known as RONA, on FRANKLIN's cellular telephone.   SINCLAIR mentioned that TRACY (the covert name for the undercover officer) kept calling about wanting some "water," a common code for PCP.  This call is interrupted by an incoming call from "TRACY" and FRANKLIN told her that he was about to pull up now.

**Criminal History of LATISHA SINCLAIR**

136.    LATISHA SINCLAIR does not have a criminal recorded that could be detected by the investigators.

137.    For reasons detailed above, it is likely that the items detailed in Section II related to narcotics trafficking activity by LATISHA SINCLAIR, and/or co-conspirators, are present at 6010 Logan Way, #C3, Bladensburg, Maryland.

62

04370

KENNETH A. COLE

138.    KENNETH A. COLE currently resides at 300 Yoakum Parkway, Alexandria, Virginia

apt. 1126. KENNETH A. COLE has been identified as a member of the conspiracy locally centered

around 18th Street and M Street, N.E., and he works for FRANKLIN distributing PCP and Ecstacy in

the area.    During the investigation, KENNETH A. COLE has been observed by the use of video

surveillance conducting numerous street transactions of PCP on numerous occasions.    KENNETH A.

COLE has been observed by law enforcement selling from, among other places, 1226 18th Place, N.E.,

and also from 1211 18th Place, N.E.    Cooperating individuals also have provided reliable information

that KENNETH A. COLE frequently, and recently, conducts numerous hand-to-hand sales in the target

area.

139.    The records of the telephone inside of 300 Yoakum Pkwy., demonstrate that the

telephone has made calls to, and received calls from, members of the conspiracy, including WILLIAM

D. ROBINSON, JOSEPH L. BLACKSON , and KENNETH DODD, among others.    Additionally, the

rental management office for this address has records showing that a vehicle associated with

KENNETH A. COLE (a Jeep Cherokee, tag number ADS8375 VA) is registered to park in a parking

lot controlled by the rental management. The investigating team also has observed this vehicle being

driven by KENNETH A. COLE in the target area.    Recently, law enforcement agents obtained

information  through KENNETH A. COLE'S probation officer, who indicated that KENNETH A.

COLE gave 300 Yoakum Parkway, Alexandria, Va. #1126 as being his primary place of residence.

04371

Criminal History of KENNETH A. COLE

140.    The following criminal history was developed for KENNETH A. COLE from records

created and/or maintained by the FBI and various other federal, state and local law enforcement

agencies, and through other investigative means:

Criminal History:

| DATE | CHARGE | DISPOSITION |
|------|--------|-------------|
| 8/22/02 | CONTEMPT-FELONY | DISMISSED |
| 7/18/02 | ATT DIST PCP | 1-5 YEARS |
| 9/30/00 | SIMPLE ASSAULT | DISMISSED |
| 8/22/00 | UCSA POSS MARIJUANA | NOLLE |
| 3/15/00 | UCSA POSS MARIJUANA | 1 YEAR |
| 5/7/99 | UCSA POSS MARIJUANA | 1 YEAR PROB |
| 6/10/95 | UCSA POSS MARIJUANA | NO PAPERED |
| 8/8/91 | UCSA PWID COCAINE | NO PAPERED |

141.    For reasons detailed above, it is likely that the items detailed in Section II related to

narcotics trafficking activity by KENNETH A. COLE, and/or co-conspirators are present at 300

Yoakum Parkway, Alexandria, Virginia apt. 1126.

## SEARCH WARRANT ASSOCIATED WITH INDIVIDUALS NOT YET FULLY IDENTIFIED

142.    Certain persons have been overheard during Court-authorized interception of various

telephone conversations that your affiant believes were drug-related, yet their identities could not be

positively determined.  In most cases, the telephone calls in question were placed between one of the

Subject Telephones and a residential telephone - meaning the unidentified person either resides at, or

has access to the location where the residential telephone is in service.  Under these circumstances,

authorization is being sought to search the locations where the residential telephones are in service.

Authorization is only sought to search locations where these calls took place several times in what

64

appeared to be a pattern of unlawful phone usage related to narcotics trafficking.

143.     For those cases where an unknown subject used a <u>cellular</u> telephone to communicate with a Subject Telephone, authorization to search the residence of the cellular telephone's subscriber of record is not being sought, unless additional information has been developed to suggest that the subscriber of the cellular telephone is likely the same person who engaged in one or more pertinent conversations.

**1712 M  Street, NE,
Washington, D.C.**

144.  . Investigation revealed that a residential telephone line is installed at the above address. The telephone number assigned to this line is **(202) 397-2270**. According to the Verizon Washington Telephone Company, this telephone number is subscribed to by MONICA A. BELL of 1712 M Street, NE, Washington, D.C.

**Intercepted Communications involving telephone number (202) 397-2270**

145.     During Court-authorized monitoring of FRANKLIN's telephone used by FRANKLIN to contact associates of the 18th Street and M Street co-conspirators, an unidentified female engaged in a number of relevant conversations. Most of these conversations involved arranging meeting times so that the female (referred to as "MONIE") could meet with FRANKLIN and could test a sample of the most recently purchased bulk quantity of PCP obtained by FRANKLIN.

146.     In Activation 1517, 8/16/2003, FRANKLIN called MONIE (202-397-2270). FRANKLIN asked whether everything was "good," and MONIE replied "yeah."  Call 1499 was an activation where FRANKLIN was purchasing a new batch of PCP from his supplier, HERBERT EUGENE MARTIN, and this transaction was observed by the case agents. Activation 1512 was a

04373

conversation between FRANKLIN and MONIE where FRANKLIN told MONIE to come down to

WILLIAM D. ROBINSON's house. Activation1517 was the response to FRANKLIN from MONIE

after she tested the new batch of PCP.

147.    In Activation 5398, 9/23/2003, MONIE called FRANKLIN and said that FRANKLIN

had asked her to do "that," believed to mean testing, and MONIE asked, "Now where are you?"

FRANKLIN told MONIE that she needed to bring "that out to [him] because what [he] has is too big

to bring in." MONIE agreed. Activations 5389, 5392, and 5397 were all telephone conversations

between FRANKLIN and MONIE arranging the testing of the new batch of PCP. Activation 5705 and

5707, were both conversations wherein MONIE told FRANKLIN that "the stuff [is] power." MONIE

also told FRANKLIN that "the stuff [was] alright." With respect to Activations 6357 and 6362,

9/30/2003, the calls all entailed conversations where MONIE was again testing the quality of PCP for

FRANKLIN. It is clear to investigators that MONIE tests the quality of PCP for FRANKLIN, and

therefore is an integral part of the conspiracy since she aids the conspiracy in maintaining quality

control on the product.

148.    In Activation 5584, 9/25/2003, MONIE called FRANKLIN and warned him not to

come around the area. FRANKLIN asked her if there had been a shooting. MONIE said there had

been, and told FRANKLIN not to come around.

**Criminal History of MONICA A. BELL**

149.    MONICA A. BELL  has not yet been fully identified, yet FRANKLIN repeatedly

referred to this unknown female as MONIE.

150.    For reasons detailed above, it is likely that the items detailed in Section II related to

04374

narcotics trafficking associated with co-conspirators are present at 1712 M Street, N.E., Washington, D.C.

### 1718 M Street, NE,
### Washington, D.C.

151.     Investigation revealed that a residential telephone line is installed at the above address. The telephone number assigned to this line is **(202) 399-0642**, according to Verizon Washington.  The number is subscribed to ANGELA NIXON, of 1718 M Street, N.E., Washington, D.C.  The user of ANGELA NIXON's phone regularly called  and had drug-related conversations with FRANKLIN. ANGELA NIXON's telephone number has also been used repeatedly to contact other members of the 18th Street and M Street conspiracy.  At 1718 M Street, extensive surveillance has revealed that many members of the 18th Street and M Street conspiracy come and go from this residence.

**Intercepted Communications involving telephone number**
**(202) 399-0642**

152.  In Activation 2906, 8/29/2003, FRANKLIN talked to an individual identified as QUACK at the telephone associated with this location (202-399-0642).  FRANKLIN asked for QUACK, and then told her to bring his "off" to the door.  QUACK agreed and the call ended.  In Activation 3245, 8/31/2003, FRANKLIN called the same number and asked for QUACK.  QUACK got on the telephone and FRANKLIN told her he needed to get in because "they took [his] stuff and put it in there."

**Surveillance of 1718 M Street, N.E., Washington, D.C.**

153.  On numerous occasions, surveillance was conducted around the area of 1718 M Street, N.E., Washington, D.C.  Based upon these observations, law enforcement observed that the residence was repeatedly being used by numerous members of the 18th Street and M Street co-conspirators.  These

04375

members repeated entered and exited the location in short periods of time. Based upon the surveillance, the investigation, and the knowledge of how the co-conspirators conduct their narcotics business, it is apparent that they are using this location as a location to stash narcotics.

**Criminal History of ANGELA NIXON**

154.    ANGELA NIXON and RAQUEL NIXON (who also is reported to reside at 1718 M Street, N.E., Washington, D.C.) have not been fully identified.

155.    For reasons detailed above, it is likely that the items detailed in Section II, related to narcotics trafficking activity by the 18th Street and M Street conspiracy members, are present at 1718 M Street, N.E.

**1211 18th Place, #4, NE,**
**Washington, D.C.**

156.    Investigation revealed that a residential telephone line is installed at the above address. The telephone number assigned to this telephone line is **(202) 398-4732**. According to the Verizon Washington Telephone Company, this telephone number is subscribed to by APRIL JACKSON, with an address of 1211 18th Place, Apartment #4, N.E., Washington, D.C.   APRIL JACKSON has been identified by cooperating witnesses as the resident of the above listed address.   APRIL JACKSON allows numerous members of the 18th Street and M Street conspiracy to use her residence as a place from which to sell narcotics, and to use as a stash location.

**Surveillance of 1211 18th Place, #4, N.E.**

157.    Frequent surveillance has been conducted on and around the residence of 1211 18th Place, N.E., Washington, D.C., over the last year, and officers have observed many members of the 18th Street and M Street conspiracy going into and out of 1211 18th Place.   Additionally, numerous

68

04376

apparent drug transactions occurring from the door of 1211 18th Place and around 1211 18th Place have been captured on videotape. On the surveillance videos, it is clear that individuals who seek to purchase PCP or Ecstacy call out to conspiracy members who wait in the window of 1211 18th Place, Apartment #4, for customers. Once a customer arrives, the seller comes downstairs, to the building's front lock-out door. The co-conspirators then can be clearly seen as they receive currency from the buyers, and then go back upstairs, only to return later and exchange an item with the buyer.

**Information from Cooperating Witnesses in relation to 1211 18th Place, #4, NE, Washington, D.C.**

158.    Reliable Cooperating Witnesses have conducted narcotics purchases from RONNIE TUCKER and JAMES D. HILL, and others members of the 18th and M Street conspiracy, who were selling drugs from the front door of 1211 18th Place in clear and daylight conditions. RONNIE TUCKER also has been seen manning the drug sales from the window that appears to go to Apartment #4, and purchasers have been observed shouting up to him from the ground level. JAMES D. HILL also serves sellers from the front door of the location.

**Additional information in relation to 1211 18th Place, #4, N.E., Washington, D.C.**

159.    The Metropolitan Police Department, 5th District Officers routinely have observed narcotics transactions in the area of 1211 18th Place. When these officers seek to approach the buyers or sellers, they often run into 1211 18th Place, N.E., to avoid arrest or further police contact.

160.    During this investigation, numerous pen registers have been conducted on members of the 18th Street and M Street co-conspirators' telephones. This includes, but is not limited to, pens on the phones of FRANKLIN, WILLIAM D. ROBINSON, and JOSEPH L. BLACKSON. APRIL JACKSON's telephone number 202-398-4732, has hit on each of theses pens repeatedly throughout this

69

investigation, further emphasizing the drug relationship between the apartment, it's occupant, and the drug conspiracy.

**Criminal History of APRIL JEWEL JACKSON**

161.    The following criminal history was developed for APRIL JEWEL JACKSON from records created and/or maintained by the FBI and various other federal, state and local law enforcement agencies, and through other investigative means:

| DATE | CHARGE | DISPOSITION |
|------|--------|-------------|
| 8-13-03 | UCSA PWID COC & HEROIN | DISMISSED |
| 3-10-00 | YOUTH ACT | 53 MONTHS |

162.    For reasons detailed above, it is likely that the items detailed in Section II related to narcotics trafficking activity by members of the 18th and M Street conspiracy are present at 1211 18th Place, Apartment #4, N.E., Washington, D.C.

**1226 18th Place Place, #1, N.E.,
Washington D.C.**

163.    Investigation revealed that a residential telephone line is installed at the above address. The telephone number assigned to this telephone line is **(202) 398-3303**. According to the Verizon Washington Telephone Company, this telephone number is subscribed to by SHARONDRA WARR, of 1226 18th Place, #1, N.E., Washington, D.C.

**Surveillance of 1226 18th Place, #1, N.E., Washington, D.C.**

164.    Surveillance has been conducted numerous time around the residence of 1226 18th Place, #1, N.E., Washington, D.C.  Many co-conspirators have been observed going into and out of 1226 18th Place, N.E.  Additionally, numerous apparent drug transactions have been observed as they

70

were occurring from the door of 1226 18th Place and around 1226 18th Place.

**Information from Cooperating Witnesses in relation to 1226 18th Place, #1, N.E., Washington, D.C.**

165.    Reliable Cooperating Witnesses have conducted narcotics purchases from SHAWN HINSON and others members of the 18th Street and M Street conspiracy from the location of 1226 18th Place, N.E., Washington, D.C.    Cooperating Witnesses and agents also have observed numerous narcotics transactions being conducted by WILLIAM D. ROBINSON, FRANKLIN, and other members of the 18th Street and M Street conspiracy in the first floor apartment listed above.

**Additional information in relation to 1226 18th Place, #1, N.E., Washington, D.C.**

166.    The Metropolitan Police Department, 5th District Officers have observed narcotics transactions in the area of 1226 18th Place. When they have gone to approach the buyers and sellers, they often flee into 1226 18th Place to avoid arrest or further police contact.

167.    During this investigation, numerous pen registers have been conducted on members of the 18th Street and M Street co-conspirators' telephones. These pens include, but are not limited to, the phones of FRANKLIN, and WILLIAM D. ROBINSON. SHARONDRA WARR's telephone number of 202-398-3303, has hit on each of theses pens on numerous occasions throughout this investigation, further emphasizing the drug connection between the location, the occupant, and the conspiracy.

168.    For reasons detailed above , it is likely that the items detailed in Section II related to narcotics trafficking activity by the members of the 18th Street and M Street conspiracy are present at 1226 18TH Place, #1, N.E., Washington, D.C.

71

04379

**1226 18th Place, #2, N.E.,**
**Washington, D.C.**

169.    Investigation revealed that a residential telephone line is installed at the above address.

The telephone numbers assigned to this telephone line ar **(202) 388-3599** and **(202) 388-1001** .

According to the Verizon Washington Telephone Company, this telephone number is subscribed to by

ROBERTA MOORE, of 1226 18th Place, #2, N.E., Washington, D.C.

**Surveillance of 1226 18th Place, #2, N.E., WDC**

170.    Agents have regularly watched and taped activity around the residence at 1226 18th

Place, #2, N.E., Washington, D.C., and they have observed many members of the 18th Street and M

Street conspiracy going into and out of 1226 18th Place.    Additionally, officers and agents have

watched numerous apparent drug transactions occurring from the door of 1226 18th Place and the area

around 1226 18th Place.

**Information from Cooperating Witnesses in relation to 1226 18th Place, #2, N.E.**

171.    Reliable Cooperating Witnesses have conducted narcotics purchases from SHAWN

HINSON, and others members of the 18th Street and M Street conspiracy, from within 1226 18th Place,

N.E., Washington, D.C.    Cooperating Witnesses and Agents have observed numerous narcotics

transactions being conducted by WILLIAM D. ROBINSON, FRANKLIN, and other members of the

conspiracy in the apartment listed above.

**Additional information in relation to 1226 18th Place, #2, N.E., Washington, D.C.**

172.    The Metropolitan Police Department, 5th District Officers have observed narcotics

transactions in the area of 1226 18th Place, N.E.    When they have gone to approach the buyers or

sellers, they often flee into 1226 18th Place to avoid arrest or further police contact.

72

04380

173.    During this investigation, numerous pen registers have been conducted on members of the 18th Street and M Street co-conspirators' telephones. These pens have included, but are not limited to, the phones of FRANKLIN, and WILLIAM D. ROBINSON.    ROBERTA MOORE's telephone numbers of 202-388-3599 and (202) 388-1001, have hit on each of theses pens on numerous occasions throughout this investigation, further emphasizing the narcotics relationship between the location, the occupant, and the conspiracy.

174.    For reasons detailed above, it is likely that the items detailed in Section II related to narcotics trafficking activity by the 18th Street and M Street conspirators are present at 1226 18th Place, #2, N.E., Washington, D.C.

## SEARCHES ON VEHICLES ASSOCIATED WITH MEMBERS OF THE CONSPIRACY

### Vehicles associated with JOHN L. FRANKLIN

#### A 1995 Ford Taurus station wagon bearing D.C. license plate BS1536, VIN. 1FALP57U7SA266553

175.    FRANKLIN has been observed driving this vehicle on a regular basis to meet with HERBERT EUGENE MARTIN and other individuals to distribute PCP.    FRANKLIN also used this vehicle when he sold to an undercover officer.    This vehicle is registered to FRANKLIN.

#### A 1997 Ford Expedition bearing D.C. license plate AY7768 , VIN. 1FMFU18L9VLA98739

176.    FRANKLIN has been observed driving this vehicle on a regular basis to meet with HEBERT MARTIN and other individuals to distribute PCP.    FRANKLIN also used this vehicle when he sold to an undercover officer.    This vehicle is registered to FRANKLIN.

73

04381

**1997 Cadillac ELT , bearing D.C. license
plate BT4424, VIN. 1G6ET1299VU600310**

177.     FRANKLIN has been observed driving this vehicle on a regular basis to meet with

HEBERT MARTIN and other individuals to distribute PCP.   FRANKLIN also used this vehicle when

he sold to an undercover officer.  This vehicle is registered to FRANKLIN.

**Vehicles associated with HERBERT EUGENE MARTIN**

**1996 Cadillac Seville, bearing D.C. license plate
BN6888, VIN. 1G6KS52Y8TU820698**

178.     HERBERT EUGENE MARTIN has been observed driving this vehicle on a regular

basis, to meet with FRANKLIN and other individuals to distribute PCP.  This vehicle is registered to

HERBERT EUGENE MARTIN.

**1999 Cadillac SLS, bearing D.C. license plate
BS3640, VIN. 1G6KS54Y1XU903313**

179.     HERBERT EUGENE MARTIN has been observed driving this vehicle on a regular

basis, to meet with FRANKLIN and other individuals to distribute PCP.  This vehicle is registered to

HERBERT EUGENE MARTIN.

**1996 Chevrolet Tahoe, bearing D.C. license plate
BD1623, VIN. 1GNEK13R4TJ339964**

180.     HERBERT EUGENE MARTIN  has been observed driving this vehicle on a regular

basis, to meet with FRANKLIN and other individuals to distribute PCP.  This vehicle is registered to

MARTIN.

04382

Vehicle associated with WILLIAM D. ROBINSON

### 1995 Mercedes C 280, bearing D.C. license plate BL9067, VIN. WDBHA28E1SF124952

181.    This vehicle is registered to WILLIAM D. ROBINSON, and officers conducting surveillance have seen WILLIAM D. ROBINSON operating this vehicle numerous times during this investigation.  On many occasions, officers have seen WILLIAM D. ROBINSON park this vehicle mere feet from where he can be seen engaging in what is clearly the illicit sale of drugs.

**Vehicle associated with EDWARD N. SPEARS.**

### 1996 Chevrolet Monte Carlo, bearing D.C. license plate BS7259, VIN. 1G1GZ37G8GR170551

182.    This vehicle, registered to Pamela K. Swann, of 2645 Douglass Rd., S.E.,  Apartment 301, Washington, D.C., has been observed by surveillance agents being driven by EDWARD N. SPEARS on numerous occasions in the 18th Street and M Street area.  This vehicle has also been observed parked in front of  2645 Douglass Rd. S.E., Washington, D.C.  This is the address where EDWARD N. SPEARS lives with his girlfriend, Pamela Swann.  On several occasions, officers conducting surveillance have seen this car parked across the street from EDWARD N. SPEARS as he appears to engage in the illicit sale of drugs.  Within the last week, WILLIAM D. ROBINSON has been seen driving the vehicle.

**Vehicle associated with TRUE NAME UNKNOWN, also known as "Shug," also known as "Donnell Mack," also known as "Herman Walker"**

### 1992 Chevrolet Lumina, bearing Maryland license plate JMD312, VIN.  2G1WL54T6N9261996

183.    This vehicle is registered to Nichole Michelle Harris of 6013 Applegarth Place, Capitol

04383

Heights, Maryland. Law enforcement officers conducting surveillance have seen "SHUG" driving this vehicle, on a regular basis.  "SHUG" has also been seen meeting with FRANKLIN at 1200 G Street, N.E., Washington, D.C., while driving the above vehicle.  This address is one consistently used by FRANKLIN to meet with other members of the conspiracy to exchange drugs and money.   This vehicle, which "SHUG" has been observed driving on numerous occasions, has also been seen in the 18th Street and M Street area many times by members of law enforcement, and  has been observed parked in front of 6013 Applegarth Place, Capitol Heights, Maryland.

### Vehicles associated with RONNIE TUCKER

#### 2002 Mazda SUV, bearing Maryland license plate M785489,VIN.4F2YU08182KM23369

184.    This vehicle is  registered to Teshawn Sullivan-Tucker of 5507 Marlboro Pike, Apartment 15, Forestville, Maryland.  RONNIE TUCKER has been observed driving this vehicle on a regular basis by law enforcement officers conducting surveillance. RONNIE TUCKER has also been seen meeting with other members of the 18th Street and M Street conspiracy on several occasions when they were clearly engaged in illicit street sales of drugs.  During several of these meetings, this vehicle was parked directly across the street from RONNIE TUCKER and his co-conspirators.

### Vehicle associated with KENNETH DODD

#### 2000 Chevrolet S12, truck bearing D.C. license plate AX7562, VIN. 1GCCS1442YK142523.

185.    The above vehicle, registered to KENNETH DODD, of 5092 Jay St.,  N.E., Washington, D.C., has been observed by surveillance agents being driven by KENNETH DODD on numerous occasions in the 18th Street and M Street  area.  This vehicle has also been observed parked

76

in front of 1829 M Street, N.E., Washington, D.C., his primary residence. This is the address where

KENNETH DODD lives. Undercover officers also have made several purchases of drugs from

KENNETH DODD within a yard of where DODD parks this car.

### Vehicle associated with KENNETH A. COLE

**1997 Jeep, bearing Virginia license plate
ADS8375, VIN. 1J4GZ58Y3VC506224.**

186.    The above vehicle is registered to Eureka N. Campbell of 4235 S. 16th, Apartment 32,

Arlington, Virginia. KENNETH A. COLE has been observed by surveillance personnel driving this

vehicle, on a regular basis. KENNETH A. COLE has also been seen meeting with other members of

the 18th Street and M Street conspiracy immediately after he has disembarked from this vehicle and, at

times, when the conspirators are clearly involved in the illicit sales of drugs. Surveillance has also

revealed that other members of the conspiracy, including ANTHONY R. DAVIS and KENNETH

DODD, drive the above-listed vehicle from time to time.

### V.    CONCLUSION

Based on the foregoing information, I submit that there is probable cause to believe that JOHN

L. FRANKLIN; MICHAEL ABNEY; JOSEPH L. BLACKSON, also known as "JOE BLACK";

KENNETH A. COLE, also known as "CRICKET"; ANTHONY R. DAVIS, also known as

"FOOTBALL"; KENNETH DODD, also known as "K," and "K-DOG"; CEASAR HARRIS; JAMES

D. HILL, also known as "FOXY"; JAMAL HINSON; SHAWN HINSON, also known as "JACK";

CANDICE HOWARD; ELIZABETH LEE; JONTE D. ROBINSON, also known as "TAY";

WILLIAM D. ROBINSON, also known as "DEE"; LATISHA SINCLAIR also known as "TISH,"

RONNIE TUCKER, also known "TUCK," WILLIAM H. SIMMONS, also known as "MIKE";

04385

EDWARD N. SPEARS, also known as "JUNIOR"; DWAINE WILLIAMS, also known as DWAYNE

WILLIAMS and "SCOOTER"; TRUE NAME UNKNOWN, also known as "SHUG", "DONNELL

MACK," and "HERMAN WALKER," and others known, and as yet unknown, are involved in an

ongoing conspiracy to distribute PCP, Ecstacy, and crack cocaine within the aforementioned target

locations, located in Washington, D.C., the state of Maryland, and the Commonwealth of Virginia, and

that such locations contain evidence and instrumentalities of the crimes of conspiracy to distribute and

possess with intent to distribute, and distribution and possession with intent to distribute, illegal

narcotics, as more particularly set forth above in the application for the issuance of the search warrant.

Detective Joseph F. Sopata
District of Columbia,
Metropolitan Police Department
Washington, D.C.

Sworn to and subscribed before me this _____ day of March, 2004.

United States Magistrate Judge

78

04386