FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 166E-WF-222990

On (date) 3/16/04

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name)   Jonathan L. Franklin

(Street Address)   1314 Belmont St NW

(City)   Washington DC

Description of Item(s):
1. Black SKS Assault Rifle ser # 1604138 (closet)
2. Magazine with .223 ammunition from SKS Rifle (closet)
3. H&K .223 Assault Rifle ser.# 48-008085 (closet)
4. Magazine with .223 Ammo from H&K Rifle (closet)
5. K.B.I. Sawed off Assault Rifle ser.# sm 05167 (closet)
6. Magazine from K.B.I. Assault Rifle with .762 Ammo (closet)
7. (Black) Hawk 12 gauge Shotgun ser.# 0003077 (closet)
8. 5 Shotgun shells taken from the Hawk shotgun (closet)
9. Sturm, Ruger & Co. .45 Pistol ser # 662-45414 (Room 6)
10. Full magazine with .45 Ammo taken from Sturm Ruger (Room 6)
11. .45 cal Ammo (2 boxes), 3 boxes 9mm Ammo, loose .380 Ammo, (Room 6)
12. 2 Plastic bags with unknown pills found in Jacket (Room 6)
13. EverFresh Juice Bottle with Residue found in Luggage (Room 6)
14. Ocean Spray Juice Bottle with Residue - closet in (Room 6)
15. Photos and Phone List Room 6 in closet
16. Heat sealed Plastic bag with unknown white Pills nightstand (Room 6)
17. Safe Deposit Contract, envelope, business card
18. $1290.00 Cash found in top drawer (Room 6)
19. Gambling Cards, letters, Receipts found in nightstand (Room 6)
20. $1000 Cash found w pills under Nightstand (Room 6)

Received By: Ken White _____ (Signature)

Received From: In Custody _____ (Signature)

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### Receipt for Property Received/Returned/Released/Seized

File # _166E-WF-222790._

On (date) _3/16/04_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name)_____Jonathan L. Franklin_____

(Street Address)_____1314 Belmont St NW_____

(City)_____Wash DC_____

Description of Item(s):

| # | Description | Location |
|---|-------------|----------|
| 21.) | One Winchester .45 cal Round | (Room 6) |
| 22.) | 2 Cameras, Birth Certificate, SSN, Photos | (Room 6) |
| 23.) | $200⁰⁰ Found in Sock Drawer | (Room 6) |
| 24.) | Ruger Black Gun Box - Found Under Bed | (Room 6) |
| 25.) | Silver Air Jordan Box with Financial Documents | (Room 6) |
| 26.) | Silver Prada Bag with Cash $20,030 | (Room 6) |
| 27.) | Bank Statements, Auto Insurance, | (Room 6) |
| 28.) | 7.62, 380 ammunition | (closet outside Room G) |
| 29.) | Washington Post Newspaper, Metro Section, Feb 17, 2004 | (Room G) |
| 30.) | Bullet Proof Vest, light blue color | (closet outside Room G) |
| 31.) | Parking Citation - Ford Truck (license 1A92625) | (Room G) |
| 32.) | Blue notebook containing letter | (closet outside Room G) |
| 33.) | Cartier watch; minicci watch; armitron watch; 3 rings, 3 necklace; 2 bracelet, Spendant; Searing | (Room G) |
| 34.) | Ring - gold with diamond | (Room B - coffee table) |
| 35.) | Cell phone - in jacket of Jonathan Franklin | (Room G) |
| 36.) | White and black fur coat | (Room G - closet) |
| 37.) | Black Fur coat | (Room G - closet) |
| 38.) | Black gun case for H&K .223 assault rifle | (closet outside room G) |
| 39.) | Photos | (closet - Room K) |

Received By: _Ken White_
(Signature)

Received From: _In custody_
(Signature)

*U.S. GPO: 2002-487-341/51262

\7 (Rev 8-11-94)                                                                    Page __1__ of __1__

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # __166 E - WF - 222790__

On (date) __03 / 16 / 04__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) __1200 G St NE__

(City) __WASHINGTON D.C.__

Description of Item(s): _____

1) SPRINT Phone Bill in The name of Terry A.
FRANKLIN.

FD-597 (Rev 8-11-94)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 166E-WF-222790

On (date) 3-16-04

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) WILLIAM SIMMONS
(Street Address) 1226 G ST NE
(City) WASHINGTON DC

Description of Item(s):

① BAG CONTAINING MISC. RECORDS FROM MIDDLE 2nd FLOOR BEDROOM "D", BUREAU. TOP DRAWER

② (1) NOKIA CELL PHONE & CHARGER

③ (3) THREE SHELL CASINGS FROM BACK PORCH AREA

④ ONE BAGGIE, CLEAR, CONTAINING SUSPECTED CRACK COCAINE

⑤ MISC. RECORDS FROM 2nd FLOOR FRONT BEDROOM, ROOM "C"

⑥ HANDWRITTEN NOTE - WILLIAM SIMMONS, UPSTAIRS HALLWAY

LAST ITEM

Received By: SA MATT SCHRECK
(Signature)

Received From: PREMISES 1226 G ST NE
(Signature) DC

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _166E - WF - 222790_

On (date) ___3 - 16 · 04___

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) ___FRANCES L. DAVIS___

(Street Address) ___1825 M STREET Apt 4    NE___

(City) ___Washington DC___

Description of Item(s):  C1: Packaging material (zip·locks and vials)
C2: Ziplock bags w/ white residue.
F1: Cozy containing zip lock bags & razor blades.
F2: Crack pipe
A1: Misc. photos
A3: Taurus 45 caliber Auto pistol w/ magazine and nine
     live 45 caliber rounds of Ammunition. Serial # NuE 55083
F4: Two crack pipes
F5: Blue plastic box w/ small zip·lock bags and steel wool
C3: Paper tissue wrapped around numerous zip·lock
C4: 2 pages w/ numbers
C5-A  Plastic bag w/ numerous white pills
C5-B  Brown metal cash box w/ pad lock and set of keys
C5-C  Appr. $2600⁰⁰ U.S Currency
A2: $50⁰⁰ U.S Currency
F-6: Sentry 1100 Safe w/ zip·lock, steams, and paperwork
C-6  Mail matter in name Anthony Davis and misc records
C-7  Numerous zip·lock bag in paper bag, and one zip w/ Marijuana Residue
C-8  $120⁰⁰ in US Currency

Received By: _SA. Bryon D. WeWitt_    Received From: _Frances L. Davis_
                        (Signature)                                          (Signature)