## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
    )
    v.    )    Criminal No. 04-428 RMC
    )
JONATHAN L. FRANKLIN, et al.    )
    )
    Defendants.    )
    )

## MOTION FOR ADMISSION OF
## DAWN E. MURPHY-JOHNSON *PRO HAC VICE*

Undersigned counsel is a member of the Bar of this Court, and for the reasons set forth in the Declaration of Dawn E. Murphy-Johnson, filed herewith, moves for the admission of Dawn E. Murphy-Johnson *pro hac vice* to the Bar of this Court for the purpose of representing Keith Odle in the above-captioned matter.

Respectfully submitted,

COLLIER SHANNON SCOTT PLLC

By:    *Barry J. Pollack*
    Barry J. Pollack
    3050 K Street, N.W.
    Washington Harbour – Suite 400
    Washington, D.C. 20007
    Telephone: (202) 342-8472
    Facsimile: (202) 342-8451
    *Counsel for Keith Odle*

Date: January 31, 2006

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
    )
v.    )    Criminal No. 04-428 RMC
    )
JONATHAN L. FRANKLIN, et al.    )
    )
    Defendants.    )
_____)

## DECLARATION OF
## DAWN E. MURPHY-JOHNSON

Pursuant to Criminal Rule 44.1(d) of the local rules of the United States District Court for the District of Columbia, undersigned counsel, Dawn E. Murphy-Johnson, who seeks to appear in this matter *pro hac vice* for the purpose of representing Keith Odle, declares as follows:

1) The declarant's full name is Dawn Elise Murphy-Johnson.

2) Ms. Murphy-Johnson's office address is: Collier Shannon Scott, PLLC, Washington Harbour, 3050 K Street, N.W., Suite 400, Washington, D.C. 20007. Her telephone number is (202) 342-8427. Her facsimile number is (202) 342-8451.

3) Ms. Murphy-Johnson is a member of the Bars of the Commonwealth of Virginia (admitted June 6, 2005; No. 70213), the United States District Court for the Eastern District of Virginia, and the United States Court of Appeals for the Fourth Circuit.

4) Ms. Murphy-Johnson is a member in good standing of all the bars of which she is a member and has not been disciplined by any bar.

5) Ms. Murphy-Johnson has never been admitted *pro hac vice* in this Court.

6) Ms. Murphy-Johnson has an application for membership pending with the Bar for the District of Columbia.

Undersigned counsel attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that she be admitted *pro hac vice* to the Bar of this Court to appear in the above-captioned matter.

Respectfully submitted,

By: _____
DAWN E. MURPHY-JOHNSON
COLLIER SHANNON SCOTT, PLLC
Washington Harbour, Suite 400
3050 K Street, N.W.
Washington, DC 20007-5108
Telephone: (202) 342-8472
Facsimile:  (202) 342-8451
*Counsel for Keith Odle*

Date:  January 31, 2006

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-428 RMC |
| | ) | |
| JONATHAN L. FRANKLIN, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] ORDER

Upon consideration of the MOTION FOR ADMISSION OF DAWN E. MURPHY-JOHNSON *PRO HAC VICE*, it is by the Court on this _____ day of January/February 2006 hereby

ORDERED that the MOTION FOR ADMISSION OF DAWN E. MURPHY-JOHNSON *PRO HAC VICE* is GRANTED; and it is further

ORDERED that Dawn E. Murphy-Johnson is hereby admitted to the bar of this Court *pro hac vice* to represent Keith Odle in the above-captioned matter.

_____
Rosemary M. Collyer
United States District Judge