UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 04-128 (RMC) |
| JOHNATHAN L. FRANKLIN, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## SCHEDULING ORDER

As discussed in the Status Conference held in open Court on February 24, 2006, it is hereby **ORDERED** that:

1. Trial Groupings. Group Three now consists of defendants Kenneth Dodd, Jonte Robinson, Tommie Dorsey, and Larry Gooch. Defendant April Dodd has been severed from Group Three. Defendants Shawn Hinson and Keith Odle are not assigned to a trial group.

2. Joinder Motions. Messrs. Hinson and Odle shall respond to the Government's oral motion to try them in Group Three no later than March 24, 2006. The Government shall reply no later than April 24, 2006.

3. Legal Motions Deadline. Any further "legal" motions (e.g., motions for severance) by defendants listed in Paragraph 1, above, shall be filed no later than June 19, 2006. The Government shall respond no later than July 10, 2006. A hearing on legal motions is set for July 31, 2006, at 2:00 p.m.

4. Evidentiary Motions Deadline. Any further "evidentiary" motions (e.g., motions to suppress evidence, statements, or identifications) by defendants listed in Paragraph 1, above, shall

be filed no later than August 18, 2006. The Government shall respond no later than September 18, 2006. A hearing on evidentiary motions is set for 9:30 a.m. on October 13, 2006, and shall continue, if needed, at 9:30 a.m. on October 20, 2006.

     5. <u>Death Penalty Challenge</u>. Mr. Gooch's motion challenging the constitutionality of the death penalty shall be filed no later than June 19, 2006. The Government shall respond no later than September 30, 2006. A hearing on this motion is set for October 20, 2006, at 2:00 p.m.

     6. <u>Discovery Request</u>. The Government shall respond to Mr. Gooch's discovery request for crime scene photographs no later than March 8, 2006.

**SO ORDERED**.


Signed: February 24, 2006.　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　　　　　　　　United States District Judge