# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 04-128-25 (RMC) |
| KEITH ODLE, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

In a Status Conference held in open court on February 24, 2006, the parties advised the Court that Defendant Keith Odle, who is currently being held in the D.C. Jail pending transfer to FCI Petersburg, has a limited supply of the medication Benadryl that is likely to be depleted within a matter of days. The Court therefore directs the Warden of the D.C. Jail to review the medication supply of Keith Odle, Reg. No. 37633-037, and provide additional medication if needed.

**SO ORDERED**.

Date: February 27, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge