UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> JONATHAN L. FRANKLIN, et al. ) <br> ) <br> Defendants. ) <br> ) | Criminal No. 1:04-cr-00128 RMC |

### [PROPOSED] ORDER

Upon consideration of THE GOVERNMENT'S ORAL MOTION FOR JOINDER, it is by the Court on this _____ day of March/April 2006 hereby

ORDERED that the GOVERNMENT'S ORAL MOTION FOR JOINDER is DENIED; and it is further

[Circle whichever of the following is applicable]

ORDERED that defendant Keith Odle shall be tried separately from his co-defendants; OR it is further;

ORDERED that defendant Keith Odle shall be joined for trial with April Dodd and/or Shawn Hinson in what will be designated as Group 4.

_____<br>
The Hon. Rosemary M. Collyer<br>
United States District Judge