UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 1:04-cr-00128 RMC |
| ) | |
| JONATHAN L. FRANKLIN, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL
ADDRESS OF COUNSEL FOR DEFENDANT, KEITH ODLE**

**CLERK OF THE COURT** will please note the change of firm name and email address of Barry J. Pollack, Esq., and Dawn Murphy-Johnson, counsel for Defendant, Keith Odle.  Effective April 17, 2006, undersigned counsel's new firm name and affiliation changed from Collier Shannon Scott, PLLC to Kelley Drye & Warren, LLP d/b/a Kelley Drye Collier Shannon.  Mr. Pollack's email address is now BPOLLACK@KELLEYDRYE.COM.  Ms. Murphy-Johnson's email address is DMURPHY-JOHNSON@KELLEYDRYE.COM.  The firm address and other contact information remain unchanged:

> Kelley Drye Collier Shannon
> Washington Harbour, Suite 400
> 3050 K Street, N.W.
> Washington, DC 20007-5108
> Barry Pollack:  (202) 342-8472  (direct)
> Dawn Murphy-Johnson:  (202) 342-8527  (direct)
> Facsimile:  (202) 342-8451

> Respectfully submitted,
>
> By: _/s/ Barry Pollack_____
> Barry J. Pollack
> Kelley Drye Collier Shannon
> Washington Harbour, Suite 400
> 3050 K Street, N.W.
> Washington, DC 20007-5108
> Telephone: (202) 342-8472
> Facsimile:  (202) 342-8451

Date:  April 19, 2006