UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 04-128 (RMC) |
| | : | |
| **JOHN L. FRANKLIN, ET AL.** | : | |
| | : | |
| | : | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH
TO REPLY TO THE VARIOUS DEFENSE MOTIONS FOR SEVERANCE**

The United States of America, through its attorney, the United States Attorney for the District of Columbia, requests this court to grant an extension of various defense motions for severance, document 516 and 517, filed on behalf of Keith Odle and Shawn Hinson, respectively. The Government asserts the following in support of this request:

1. According to the Court's February 24, 2006 scheduling order, attorneys for defendants Keith Odle and Shawn Hinson were to file their opposition, if any, to the Government's joinder motion by March 24, 2006. The Government's reply was due April 24, 2006.

2. The Government attorneys were involved in the trial of defendant in Group I of the indictment from March, 2006, until a verdict was reported on May 25, 2006.

3. Consequently, the Government was unable to file a reply to the defendant's opposition in a timely manner. The Government requests an extension of time within which to reply until June 23,

2006. It does not anticipate that any party will be prejudiced by a delay in receiving the reply.

    WHEREFORE, the Government requests this court to grant an extension of time within which to file the reply to the various defendant's opposition to joinder until June 23, 2006.

                        Respectfully Submitted,

                        KENNETH WAINSTEIN
                        UNITED STATES ATTORNEY


                        Darlene Soltys
                        Assistant United States Attorney
                        DC Bar # 431-036
                        Organized Crime and Narcotics Section
                        555 4th Street, N.W. –
                        Washington, D.C. 20001
                        (202) 514-8147


                        John P. Dominguez
                        Assistant United States Attorney
                        DC Bar # 959809
                        Organized Crime & Narcotics Section
                        555 4th Street, N.W. – Room 4247
                        Washington, D.C. 20001
                        (202) 514-7060
                        Fax: 202-514-8707

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was caused to be served by mail on counsel for the following defendants on this 2nd day of June, 2006.

_____
John P. Dominguez
Assistant U.S. Attorney