UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No.: 04-128 (RMC) |
| : | |
| **JOHN L. FRANKLIN, ET AL.** : | |
| : | |
| : | |

**ORDER**

Upon consideration of the Government's Motion for Extension of Time within which to answer the various defense oppositions to joinder, (documents 516 and 517) and the entire record herein, it is this ____ day of June, 2006,

ORDERED, that leave of the court is granted to the Government to file its reply to the various defense motions for joinder until June 23, 2006.

Date: _____
Judge
United States District Court
For the District of Columbia