## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>JONATHAN L. FRANKLIN, et al. )<br>)<br>)<br>Defendants.   )<br>_____)  | Criminal No. 1:04-cr-00128 RMC |

### [PROPOSED] ORDER

**UPON CONSIDERATION OF** Defendant Keith Odle's Motion for a Bill of Particulars and the entire record herein, it is this _____ day of _____ 2006, hereby

**ORDERED** that Mr. Odle's motion is hereby GRANTED, and it is further

**ORDERED** that the Government shall file with the Court and serve upon Mr. Odle within ten (10) days of this Order a bill of particulars addressing each of the following:

(1) When and how did Mr. Odle join the conspiracies charged in Counts One and Two?

(2) Did Mr. Odle remain a member of the conspiracies until they ended in approximately November 2004, or did he withdraw from them earlier? If he withdrew, when did the withdrawal occur?

(3) How were the acts referenced in Overt Acts 15 and 16 allegedly in furtherance of the charged conspiracies?

(4) How was Mr. Odle's alleged firearm possession, referenced in Overt Act 20, in furtherance of the charged conspiracies?

(5) With whom did Mr. Odle allegedly conspire in each of the charged conspiracies?

(6) Other than those acts already identified in the Indictment, upon what overt acts, if any, does the Government intend to rely at trial in proving the charged conspiracies?

_____<br>
The Honorable Rosemary M. Collyer<br>
United States District Judge