### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:04-cr-00128 RMC |
| ) | |
| JONATHAN L. FRANKLIN, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### [PROPOSED] ORDER

Upon consideration of DEFENDANT KEITH ODLE'S MOTION FOR SEVERANCE, it is by the Court on this _____ day of _____ 2006 hereby

ORDERED that DEFENDANT KEITH ODLE'S MOTION FOR SEVERANCE is GRANTED; and it is further

[Circle whichever of the following is applicable]

ORDERED that defendant Keith Odle shall be tried separately from his co-defendants; OR it is further;

ORDERED that defendant Keith Odle shall be joined for trial with April Dodd and/or Shawn Hinson in what will be designated as Group 4.

_____
The Hon. Rosemary M. Collyer
United States District Judge