# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | Criminal No. 1:04-cr-00128 RMC |
| ) | |
| JONATHAN L. FRANKLIN, et al.    ) | |
| ) | |
| Defendants.    ) | |
| _____) | |

## [PROPOSED] ORDER

**UPON CONSIDERATION OF** Defendant Keith Odle's Motion to Dismiss Counts One and Two of the Superseding Indictment against him, and the entire record herein, it is this _____ day of _____ 2006, hereby

**ORDERED** that Mr. Odle's motion is hereby GRANTED.

_____
The Honorable Rosemary M. Collyer
United States District Judge