UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JONATHAN L. FRANKLIN, et al. )<br>)<br>Defendants. )<br>_____ ) | Criminal No. 1:04-cr-00128 RMC |

### DEFENDANT KEITH ODLE'S MOTION TO
### JOIN AND ADOPT MOTIONS OF CO-DEFENDANTS

Defendant Keith Odle, by undersigned counsel, respectfully seeks permission to join and adopt relevant motions filed by his co-defendants in this matter. Prior to any proceedings relating to these motions or prior to the Court's consideration of them, Mr. Odle will specifically identify those motions which he would seek to join.

Respectfully submitted,

KELLEY DRYE COLLIER SHANNON

By: _____/s/_____
Barry J. Pollack
Dawn E. Murphy-Johnson
3050 K Street, N.W.
Washington Harbour – Suite 400
Washington, D.C.  20007
Telephone: (202) 342-8472
Facsimile:  (202) 342-8451

Date: June 19, 2006

*Counsel for Keith Odle*