UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:04-cr-00128 RMC |
| ) | |
| JONATHAN L. FRANKLIN, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER**

**UPON CONSIDERATION OF** Defendant Keith Odle's Motion to Join and Adopt Motions of Co-Defendants, and the entire record herein, it is this ____ day of _____, 2006 hereby

**ORDERED** that Mr. Odle's motion is hereby GRANTED.

_____
The Honorable Rosemary M. Collyer
United States District Judge