UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:04-cr-00128 RMC |
| | ) | |
| JONATHAN L. FRANKLIN, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT KEITH ODLE'S MOTION FOR
AN EXTENSION OF TIME WITHIN WHICH TO REPLY TO
THE GOVERNMENT'S OPPOSITION TO HIS MOTION FOR SEVERANCE**

For the reasons set forth in his accompanying memorandum, Defendant Keith Odle, by undersigned counsel, respectfully requests an extension of time within which to file his reply to the Government's opposition to his motion for severance.

Respectfully submitted,

KELLEY DRYE COLLIER SHANNON

By: _____/s/_____
Barry J. Pollack
Dawn E. Murphy-Johnson
3050 K Street, N.W.
Washington Harbour – Suite 400
Washington, D.C. 20007
Telephone: (202) 342-8472
Facsimile: (202) 342-8451

Date: June 27, 2006

*Counsel for Keith Odle*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | Criminal No. 1:04-cr-00128 RMC |
| ) | |
| JONATHAN L. FRANKLIN, et al.    ) | |
| ) | |
| Defendants.    ) | |
| _____) | |

**MEMORANDUM IN SUPPORT OF
DEFENDANT KEITH ODLE'S MOTION FOR
AN EXTENSION OF TIME WITHIN WHICH TO REPLY TO
THE GOVERNMENT'S OPPOSITION TO HIS MOTION FOR SEVERANCE**

Defendant Keith Odle, through undersigned counsel, requests that the Court to grant an extension of time within which he may file his reply to the Government's opposition to his motion for severance. Mr Odle filed his motion for severance (Docket Item 569) on June 19, 2006. The Government filed its memorandum in opposition to this motion (Docket Item 574) on June 23, 2006.

Under local rule 47(d), Mr. Odle's reply is due this Friday, June 30th. Counsel for Mr. Odle are both in trial this week, which is followed by the 4th of July holiday next week. Due to these circumstances, Mr. Odle requests an extension of time within which to file his reply until Monday, July 10th.

Counsel for Mr. Odle attempted to secure the Government's agreement to this request, but received no response.

For the reasons set forth herein, Defendant Keith Odle respectfully requests that the Court grant an extension of time within which to file his reply.

Respectfully submitted,

KELLEY DRYE COLLIER SHANNON

By: _____/s/_____
Barry J. Pollack
Dawn E. Murphy-Johnson
3050 K Street, N.W.
Washington Harbour – Suite 400
Washington, D.C. 20007
Telephone: (202) 342-8472
Facsimile: (202) 342-8451

Date: June 27, 2006

*Counsel for Keith Odle*