**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:04-cr-00128 RMC |
| ) | |
| JONATHAN L. FRANKLIN, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**[PROPOSED] ORDER**

**UPON CONSIDERATION OF** Defendant Keith Odle's Motion for an Extension of Time Within Which to Reply to the Government's Opposition to His Motion for Severance, and the entire record herein, it is this ____ day of June, 2006 hereby

**ORDERED** that Mr. Odle's motion is hereby GRANTED, and it is further

**ORDERED** that Mr. Odle will have until Monday, July 10th to file his reply to the Government's opposition to his motion for severance.

                                                                                    _____
                                                                                    The Honorable Rosemary M. Collyer
                                                                                    United States District Judge