UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No. 04-128 (RMC) |
| v. : | |
| : | |
| **JOHN FRANKLIN, et al.** : | |
| : | |
| : | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE
OPPOSITION TO MOTIONS DEALING WITH LEGAL ISSUES**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court grant it an extension of time in which to answer various motions dealing with legal related issues.

1. By way of a Scheduling Order issued on February 24, 2006, the Court directed the Government to respond to legal motions by Monday, July 10, 2006. The deadline for the filing of the defense motions was June 19, 2006. The Court has set a hearing on those motions for July 31, 2006.

2. The pending legal motions are as follows:

Jonte Robinson – #563 (names of cooperators counsel), #564 (compel disclosure), #558 (impeachment of cooperators), #559 (404(b)), #560 (adopting other motions), #561 (Bruton disclosure), #562 (preserving Jencks communicated through electronic mail);

Shawn Hinson – #572 (adopting other motions);

April Dodd – #573 (adopting other motions);

Kenneth Dodd – #567 (adopting other motions);

Keith Odle – #571 (adopting other motions), #570 (dismiss Counts 1 and 2), #568 (Bill of Particulars);

Larry Gooch – #565 (sever Cunningham/Lane murder Counts), #576 (dismiss Counts 1 and 2), #579 (sever drug counts), #577 (exclude Lurk murder testimony), #575 (adopt other motions).

3. The Government seeks an extension of time by which to respond to these motions as both undersigned Government attorneys have been out of the office on leave for a two week period. The Government expects to respond to these motions in sufficient time to allow responses and adequate preparation by all parties for the July 31, 2006 hearing and seeks July 19, 2006 as a deadline.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451-058

By:   DARLENE M. SOLTYS
Bar No. 431-036
202-514-8147

JOHN P. DOMINGUEZ
Bar No. 959-809
202-514-7060
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530

**Certificate of Service**

I certify that on this 10th day of July, 2006, a copy of the foregoing motion was served on counsel for the defense through the court's ECF filing system.

_____
Darlene M Soltys

2