UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| :--- | :--- | :--- |
| | : | |
| v. | : | Criminal No:  04-128 (RMC) |
| | : | |
| JOHN L. FRANKLIN | : | |
| (Keith Odle ) | : | |
| **Defendant.** | | |

**NOTICE OF APPLICABILITY OF  ENHANCED PENALTIES
AND INFORMATION CONCERNING DEFENDANT'S PRIOR CONVICTION**

Pursuant to Title 21, United States Code,  Section 851(a)(1), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant, Keith Odle, has been convicted of the following offense:

| Offense | Case Number | Court/Jurisdiction | Date |
| :---: | :---: | :---: | :---: |
| PWID CDS | 86293 | Circuit Court, Montgomery Co., MD | 10-30-2000 |

The United States further informs the Court that the existence of any prior conviction(s) for a felony drug offense(s) as defined by Title 21, United States Code, Section 802 (44), may subject the defendant to enhanced penalties under Title 21, United States Code, Section 841(b).  The

existence of one prior qualifying drug conviction subjects the defendant to a sentence of not less than 20 years imprisonment nor more than life.

        Respectfully submitted,

        KENNETH WAINSTEIN
        UNITED STATES ATTORNEY

        _____
        DARLENE M. SOLTYS
        Assistant United States Attorney
        D.C. BAR NO. 431-036

        _____
        JOHN P. DOMINGUEZ
        Assistant United States Attorney
        D.C. BAR NO. 959-909
        555 4th St., NW
        Washington, DC

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing Government's Notice to be served upon counsel for the defense through the Court's ECF filing system.

        _____
        DARLENE SOLTYS