UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 04-128 (RMC) |
| v. | : | |
| | : | |
| JOHN FRANKLIN, et al. | : | |
| (April Dodd, | : | |
| (Kenneth Dodd, | : | |
| (Tommie Dorsey, | : | Hearing: July 31, 2006 |
| (Larry Gooch, | : | |
| (Shawn Hinson, | : | |
| (Keith Odle and | : | |
| (Jonte Robinson) | : | |
| _____ | : | |

**GOVERNMENT'S NOTICE OF PENDING LEGAL ISSUES FOR THE
JULY 31, 2006 MOTIONS HEARINGS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully provides the Court with the following outline and information regarding the July 31, 2006 motions hearings on legal issues pending in the above-captioned case. We offer to the Court a list of pending motions and responses that are ripe for resolution.

1. **Joinder of Keith Odle and Shawn Hinson to the Group 3 trial** – Shawn Hinson's Opposition to Government's Oral Motion for Joinder (Doc. # 517), Keith Odle's Opposition to Government's Oral Motion for Joinder (Doc. # 516), Odle's Motion for Severance (Doc. # 569), Government's Reply to Hinson and Odle's Oppositions (Doc. # 574), Odle's Reply to Government's Opposition (Doc. # 582) and Hinson's Supplemental Motion (Doc. # 584).

2. **Severance of Defendants based on grouping with Capital Defendant** – Tommie Dorsey's Motion to be Severed (Doc. # 358 and 363), Kenneth Dodd's Motion to Sever (Doc.

#367), Jonte Robinson's Motion for Severance (Doc. # 361) and the Government's Opposition thereto (Doc. #431).

    3. Various Legal Motions – **Jonte Robinson's Motion for Impeachment Evidence on Hearsay Declarants** (Doc. # 558), **Motion for Disclosure of Co-defendant's statement's** (Doc. # 561), **Preservation of Electronic Mail** (Doc. # 562), **Request to be informed of Defense Counsel** (Doc. #563), **Motion to Compel Disclosure of Confidential Informants** (Doc. # 564); Shawn Hinson – Adopting other Motions (Doc. #572); April Dodd – Same (Doc. #573); Kenneth Dodd – Same (Doc. #567); Keith Odle – Same (Doc. #571); Larry Gooch – Same (Doc. #575) and Government's Omnibus Response (Doc. # 594).

    **Jonte Robinson's Motion for 404(b) Evidence** (Doc. # 559), joined by April Dodd (Doc. # 573), Shawn Hinson (Doc. # 572) and Larry Gooch (Doc. # 575) and the Government's Notice of Intrinsic Evidence (Doc. # 593)

    **Keith Odle's Motion for Bill of Particulars** (Doc. #568) and joined by Shawn Hinson (Doc. #572); the Government's Response thereto (Doc. # 590) and Odle's Reply (Doc. # 599).

    **Keith Odle's Motion to Dismiss Counts 1 and 2** (Doc. # 570), joined by defendants Gooch (Doc. #575), Hinson (Doc. # 572), K. Dodd (Doc. #567), Robinson (Doc. #560) and A. Dodd (Doc. #573), the Government's Opposition thereto (Doc. #592) and Odle's Reply (Doc. # 600).

    **Larry Gooch's Motions to Sever or Strike Narcotics and RICO conspiracies** (Doc. #576), **Cunningham/Lane Murders** (Doc. #565), **substantive drug counts** (Doc. # 579) and **evidence pertaining to Lurk Murder** (Doc. # 577); joined by defendants Odle (Doc. #571),

Gooch (Doc. #575), Hinson (Doc. # 572), K. Dodd (Doc. #567), Robinson (Doc. #560) and A. Dodd (Doc. #573) and the Government's Opposition thereto (Doc. 591).

    4. **Government's Motion for a Booking Order** (for Larry Gooch) (Doc.# 588) and Larry Gooch's Opposition thereto (Doc. # 589).

    5. **Motion to Suppress Wiretap Evidence** - originally filed by John Franklin (Doc. # 379), joined by Shawn Hinson (Doc. # 406) and Kenneth Dodd (Doc. #429) and the Government's opposition (Doc. # 399).[1]

As far as the Government is aware, this list contains the sum of the pending legal motions filed by the defense in Group 3 that appear ripe for resolution.

                      Respectfully submitted,

                        KENNETH L. WAINSTEIN
                        United States Attorney
                        Bar No. 451-058

By:    DARLENE M. SOLTYS
        Bar No. 431-036
        202-514-8147

        JOHN P. DOMINGUEZ
        Bar No. 959-809
        202-514-7060
        Assistant United States Attorneys
        555 4th Street, N.W.
        Washington, D.C. 20530

---

[1] While technically these are "evidentiary" motions, they raise no new issues of fact or law. Given that the Court has already ruled on the admission of the wiretap evidence in the January, 2006 motions hearings dealing with Group 1, the government submits that the Court could rule on these motions now.

## Certificate of Service

I certify that on this 27th day of July, 2006, a copy of the foregoing motion was served on counsel for the defense through the court's ECF filing system.

```
                              _____
                              Darlene M Soltys
```

Case 1:04-cr-00128-RMC    Document 602    Filed 07/27/2006    Page 5 of 5