UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 04-128 (RMC) |
| v. | : | |
| | : | |
| JOHN FRANKLIN et al, | : | |
|   (Kenneth Dodd | : | |
|   Tommie Dorsey | : | |
|   Jonte Robinson | : | Motions Date: October 13, 2006 |
|   Larry Gooch | : | |
|   Shawn Hinson and | : | |
|   Keith Odle) | : | |
|     Defendants. | : | |
| | : | |

**GOVERNMENT'S SUGGESTION FOR SCHEDULING OF
MOTIONS HEARINGS**

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully provides the Court with the following outline and information regarding the October 13, 2006 motions hearings in the above captioned case. We offer to the Court a list of pending motions and advise the parties wherein evidentiary hearings are necessary and wherein motions can be resolved on the pleadings.

    1. <u>Motion to Suppress Evidence based on the Search Warrant</u> - filed and /or joined by Shawn Hinson (Doc. # 409) and Kenneth Dodd (Doc. # 621). The issues dealing with the <u>Leon</u> "good faith" exception, and the challenge to the warrant as over broad, staleness of facts, and inadequate nexus can be resolved without the need for testimony. (Government's original Opposition is Doc. # 398, # 649 adopts that motion for K. Dodd, and # 419 adopts that motion for S. Hinson).

    2. <u>Motion to Suppress Wiretap Evidence</u> - filed and /or joined by Shawn Hinson (Doc.

#406),  Kenneth Dodd (Doc. # 429) and Larry Gooch (Doc. #603).  The issues of necessity, minimization, continuation and exhaustion can be resolved without the need for an evidentiary hearing.  (Government's opposition is Doc. # 399, # 420 adopts that motion to S. Hinson, # 610 adopts that motion to K. Dodd and # 669 adopts that motion to L. Gooch).

     3. Motion to Suppress Evidence (#428) and Statement  (#427) filed by Kenneth Dodd. The Government's opposition is Document # 650.  Jeff Puffenbarger, of the Charles County Sheriff's Department and Special Agent Rich Stallings will testify on the issue of arrest and consent to search the residence wherein Dodd was located.

     4. Motion to Suppress Identifications filed by Tommie Dorsey (Doc. # 330) and Jonte Robinson (Doc. # 319).  Dorsey and Robinson both challenges the suggestivity of the photo spreads shown to Hebert Jones. The Government will call two homicide detectives (Detectives Ray Crawford and Johnny Watson) to resolve issues of suggestivity.  Robinson challenged the suggestivity of a crew photo shown to Ms. Jones. We do not believe any further witnesses are necessary on this issue as we demonstrated an independent basis for her identification.  Robinson also challenged the identification of himself as the person who sold to under cover officer Jermone McClinton. The Government will have Officer McClinton available as a witness.

     5. Motion to Suppress Identification (Doc. # 407) filed by Shawn Hinson. The Government opposition is Doc. # 430. Hinson challenged suggestivity of MPD Officer Jermone McClinton's three out of court identifications of Hinson and the suggestivity of the show ups done by MPD Officers Clarence Brooks and Walter Ellerbee. Hinson later withdrew the portion of this motion dealing with the identifications by Ellerbee and McClinton. The Government will have Officer Brooks available to testify.

     6. Motion to Suppress Identification filed by Larry Gooch (Doc. # 652).  Resolution of

this motion will require the testimony of Detective Danny Whalen who showed the array to the witness. (Government's opposition is Doc. # 668).

    7. <u>Motion to Suppress Evidence</u> - filed by Tommie Dorsey (Doc. # 327). The Government's opposition is Doc. # 657. This will require the presentation of witnesses and the Government will call Officers Mike Lynch, Leandria Hunsucker and Fred Knight.

    8. <u>Motion to Suppress Statements</u> - filed by Larry Gooch (Doc. # 557). The Government's response is document #652. The Government made certain concessions in the motion and consequently, no hearing is necessary.

    As far as the Government is aware, this list contains the sum of the motions filed by the defense in Group III.

                                      Respectfully submitted,
                                      JEFFREY A. TAYLOR
                                      United States Attorney
                                      Bar No. 498-610

              By:        _____
                         DARLENE M. SOLTYS
                         Bar No. 431-036
                         202-514-8147

                         _____
                         JOHN P. DOMINGUEZ
                         Bar No. 959-809
                         202-514-7060
                         Assistant United States Attorneys
                         555 4th Street, N.W.
                         Washington, D.C. 20530

**Certificate of Service**

    I certify that on this 5TH of OCTOBER, 2006, a copy of the foregoing motion was served on counsel for the six defendants in Group Three through the court's ECF filing system.

                                                         _____
                                                         Darlene M Soltys