UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Criminal Action No. 04-128 (RMC) |
| **JONATHAN FRANKLIN**, *et al.*, | ) ) ) | |
| (KENNETH DODD, SHAWN HINSON, JONTE D. ROBINSON, TOMMIE DORSEY, LARRY GOOCH, and KEITH A. ODLE) | ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**STANDING ORDER FOR JOINT PRETRIAL STATEMENT**[1]

To administer this case in a manner consistent with the highest quality of justice, it is **ORDERED** that, no later than **5:00 p.m. on Thursday, December 14, 2006**, the parties shall file with the Court a Joint Pretrial Statement that meets the criteria set forth below. Nonconforming submissions will not be accepted. The Joint Pretrial Statement shall include:

A. a neutral statement of the case for the Court to read to prospective jurors;

B. a proposed questionnaire for prospective jurors to complete, which clearly indicates any questions on which the parties disagree, with specific objections noted below each disputed question;

C. any other proposed *voir dire* questions, not already addressed by the proposed questionnaire, that the parties wish the Court to ask during the individual sequestered

---

[1] Effective November 3, 2003, for all criminal cases.

      questioning of each juror, which clearly indicates any questions on which the parties disagree, with specific objections noted below each disputed question;

D.    <u>a list of proposed jury instructions</u>, followed by the text of each proposed instruction, that indicates:

    1.    the instructions on which the parties agree;

    2.    the instructions on which the parties disagree, with specific objections noted below each disputed instruction; and the proposed instruction's source (*e.g.*, the Red Book, Matthew Bender's Federal Jury Instructions) or, for modified or new instructions, supporting legal authority (*e.g.*, *United States v. Taylor*, 997 F.2d 1551, 1555-56 (D.C. Cir. 1993));

Proposed instructions may be updated the first day of trial or as needed to reflect the evidence presented at trial. Absent a showing of good cause, no other modifications will be permitted. The Court encourages the parties to use the instructions given during the Group One trial [Dkt. #547], to the extent applicable, as a starting point, and will make available a copy of those instructions in WordPerfect format.

E.    <u>a list of expert witnesses</u>, accompanied by a brief description of each witness's area of expertise and expected testimony, followed by specific objections (if any) to each witness;

F.    <u>any motions in limine</u>, with citations to legal authority, that the parties reasonably anticipate will arise at trial, accompanied by any oppositions and replies thereto;

G.    <u>a preliminary list of exhibits</u>, followed by numbered copies of the exhibits, that each party intends to offer during trial (except that if the total number of pages exceeds 25,

    the exhibits should be submitted in a separate binder);

H. <u>any stipulations</u>, signed by counsel and the defendant(s); and

I. <u>proposed verdict forms</u>, as well as proposed special interrogatories (if any), that include a date and signature line for the jury foreperson.

  The parties must submit to chambers **both a printed and an electronic (computer disk) copy** of the Joint Pretrial Statement, preferably in WordPerfect format. The jury instructions section should be formatted so that each individual jury instruction begins on a new page. Finally, the printed copy should be three-hole punched, with each of the eight sections separated by labeled tab dividers.

  *Failure to comply with this Order will be deemed a waiver of all objections to matters covered by this Order.*

  **SO ORDERED**.

Dated: November 21, 2006.          /s/
                    ROSEMARY M. COLLYER
                    United States District Judge