UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 04-128 (RMC) |
| | : | |
| **JOHN FRANKLIN, et al** | : | |
| **(KEITH ODLE,** | : | |
| **LARRY GOOCH,** | : | |
| **SHAWN HINSON,** | : | |
| **JONTE ROBINSON,** | : | |
| **KENNETH DODD, and** | : | |
| **TOMMY DORSEY,** | : | |
| **Defendants.** | : | |

## GOVERNMENT'S MOTION TO CORRECT COUNT 117

The United States of America, through its attorney, the United States Attorney for the District of Columbia, moves this court to permit the Government to correct a typographical/clerical mistake in count 117 of the superseding indictment returned October 19, 2005, in the above captioned case. The Government notes that count 117 charges the murder of Christopher Lane (and explicitly names Christopher Lane as the decedent) on August 1, 2000, but erroneously alleges that William Cunningham died from injuries inflicted upon Christopher Lane. The count clearly puts the defendants on notice that they are charged with the murder of Christopher Lane. The reference to William Cunningham is a

typographical/clerical mistake of form, not substance, and the amendment should be permitted. The Government has filed a supporting memorandum of points and authorities in a separate pleading.

Respectfully Submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


Darlene Soltys
Assistant United States Attorney
DC Bar # 431-036
Organized Crime and Narcotics Section
555 4th Street, N.W. –
Washington, D.C. 20001
(202) 514-8147


John P. Dominguez
Assistant United States Attorney
DC Bar # 959809
Organized Crime & Narcotics Section
555 4th Street, N.W. – Room 4247
Washington, D.C. 20001
(202) 514-7060
Fax: 202-514-8707


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by e-mail (ECF) on counsel for the following defendants on this ____ day of November, 2006.

_____
John P. Dominguez
Assistant U.S. Attorney