UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 04-128 (RMC) |
| | : | |
| **JOHN FRANKLIN, et al** | : | |
| **(KEITH ODLE,** | : | |
| **LARRY GOOCH,** | : | |
| **SHAWN HINSON,** | : | |
| **JONTE ROBINSON,** | : | |
| **KENNETH DODD, and** | : | |
| **TOMMY DORSEY,** | : | |
| **Defendants.** | : | |

**ORDER**

Upon consideration of the Governments Motion to correct Count 117 of the superseding indictment filed October 19, 2005, and the entire record herein, it is this _____ day of December, that 2006,

ORDERED, that the Government's motion to correct a typographical/clerical mistake in count 117 of the superseding indictment returned October 19, 2005, in the above captioned case, is granted and the reference to William Cunningham in Count 117 should be amended and replaced with the name, Christopher Lane.

_____                                                                 _____
Date                                                                                 Judge
                                                                                         United States District Court
                                                                                         For the District of Columbia